## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| **RADIANT VISION SYSTEMS, LLC,** §<br>*Plaintiff* §<br>§<br>**v.** §<br>§<br>**ADMESY B.V.,** §<br>*Defendant* § | Case No. 1:21-CV-01115-DAE |

## ORDER

Before the Court is the Partially Agreed Motion to Amend Certain Deadlines and Unopposed Motion to Reset Trial Date, filed November 15, 2023 (Dkt. 56). By Text Order entered November 29, 2023, the District Court referred the Motion to this Magistrate Judge for disposition, pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas ("Local Rules").

Finding good cause therefor, the Court hereby **GRANTS** the parties' Motion and enters a **90-day extension** of all remaining deadlines in the Court's Scheduling Order, as follows:

| Event | Current Date | Amended Date |
|---|---|---|
| Substantial Completion of Document Discovery and Exchange Privilege Logs | Friday,<br>November 10, 2023 | Friday,<br>February 9, 2024 |
| Close of Fact Discovery | Friday,<br>December 1, 2023 | Friday,<br>March 1, 2024 |
| Opening Expert Reports for Party with Burden of Proof | Tuesday,<br>December 12, 2023 | Friday,<br>March 15, 2024 |
| Rebuttal Expert Reports | Friday,<br>January 18, 2024 | Friday,<br>April 19, 2024 |

1

| Event | Current Date | Amended Date |
|---|---|---|
| Close of Expert Discovery | Friday, February 16, 2024 | Friday, May 17, 2024 |
| Deadline to Meet and Confer to Discuss Narrowing Number of Claims Asserted and Prior Art References | Friday, March 1, 2024 | Thursday, May 30, 2024 |
| Last Day to File Dispositive and Daubert Motions | Friday, March 22, 2024 | Friday, June 14, 2024 |

The hearing on dispositive motions will be set by the Court after all responses and replies have been filed.

The trial date is **HEREBY VACATED** and will be determined at a later date by the Court. **If the parties elect not to file dispositive motions, they must contact the courtroom deputy on or before June 14, 2024 in order to set a trial date.** The parties shall consult Local Rule CV-16(e)-(g) regarding matters to be filed in advance of trial. At the time the trial date is set, the Court will also set the deadline for the filing of matters in advance of trial.

**SIGNED** on November 29, 2023.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE