# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| RADIANT VISION SYSTEMS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ADMESY B.V., <br><br> Defendant. | CIVIL ACTION NO. 1:21-CV-01115-DAE |

## JOINT REPORT REGARDING STATUS OF REEXAMINATION

Pursuant to the Court's Order dated March 12, 2024 (Doc. 85), Plaintiff Radiant Vision Systems, LLC ("Radiant") and Defendant Admesy B.V. ("Admesy") (collectively, "the Parties") provide this joint report on the status of the *Ex Parte* Reexamination of U.S. Patent No. 8,482,652 ("the '652 Patent").

On December 9, 2023, Admesy filed a request for *ex parte* reexamination of all claims of the '652 Patent with the U.S. Patent and Trademark Office ("PTO"), which was instituted as to all claims on February 12, 2024. On March 14, 2024, Radiant filed an Information Disclosure Statement. To date, no other filings or actions have been submitted in connection with reexamination. The '652 Patent remains under reexamination at the PTO.

Dated: May 13, 2024

Respectfully submitted,

/s/ Theresa H. Nguyen
Christina J. McCullough, WA Bar No. 47147
CMcCullough@perkinscoie.com
Theresa H. Nguyen, WA Bar No. 53296
RNguyen@perkinscoie.com
Samantha Hunt (Admitted *Pro Hac Vice*)
samanthahunt@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue, 49th Floor
Seattle, WA  98101
T: 206-359-8000
F: 206-359-9000

Janice L. Ta, Bar No. 24075138
JTa@perkinscoie.com
**PERKINS COIE LLP**
405 Colorado Street Suite 1700
Austin, Texas 78701
T: 737-256-6100
F: 737-256-6300

Emily I. Rich (Admitted *Pro Hac Vice*)
Erich@perkinscoie.com
**PERKINS COIE LLP**
700 13th St. N.W., Suite 800
Washington, DC 20005
T: 202-654-3301
F: 202-654-6211

Hessam Gharaviram (Admitted *Pro Hac Vice*)
HGharaviram@perkinscoie.com
**PERKINS COIE LLP**
3150 Porter Drive
Palo Alto, CA 94304
T: 650-838-4319

*Attorneys for Plaintiff Radiant Vision Systems, LLC*

/s/ Scott P. Amy
Scott P. Amy, GA Bar No. 141416
s.amy@pkhip.com
Joseph W. Staley, GA Bar No. 142571
j.staley@pkhip.com
Andrea P. Nguyen, GA Bar No. 306931
a.nguyen@pkhip.com
**PERILLA KNOX HILDEBRANDT LLP**
5871 Glenridge Drive, Suite 350
Atlanta, GA 30328
T:  770-927-7802
F:  877-389-6779

Leah Bhimani Buratti, TX Bar No. 24064897
leah@bccaustin.com
**BOTKIN CHIARELLO CALAF PLLC**
1209 Nueces Street
Austin, Texas 78701
T: 512-566-3909
F: 737-289-4695

*Attorneys for Defendant Admesy B.V.*

## **CERTIFICATE OF SERVICE**

I certify that on May 13, 2024, the foregoing was filed using the Court's ECF system, which will automatically send electronic notice of such filing to all attorneys of record.

/s/ Scott P. Amy
Scott P. Amy