| | Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| **[1.4]** | a reflector carried by the filter assembly, wherein the filter assembly is configured to move the reflector between first and second positions, and wherein in the first position the reflector is at least partially aligned with the optical path and reflects at least a portion of the light toward an input different than the image sensor, and in the second position the reflector is positioned outside of the optical path. | *Sugiyama* discloses a reflector carried by the filter assembly that reflects at least a portion of the light toward an input different than the image sensor. (EX1006, 2:61-3:5; Fig. 1)<br><br>As shown in Figure 1 below, *Sugiyama* discloses a reflector in the form of a beam splitter 20 that "consists of a half-mirror, etc. It reflects some of the incident light while letting other such light pass through. Some of the light made to converge by optical lens 4 is reflected to spectral sensor 21, and other such light is passed through to rotary filter 3. Light receiving element 2 is a two-dimensional light receiving sensor consisting of a monochrome CCD, etc., and receives light from multiple points of sample light source 6. Spectral sensor 21 detects the spectral distribution of the light entering it. A spectral optical filter 7 is located between the sample and the spectral sensor 21 for separating the light into primary wavelengths." (*Id.*, 2:61-3:5). The reflector in *Sugiyama* allows the measurement of the same area of a sample light source to be measured with two different image sensors.<br><br><br><br>*Dominic* (EX1008) teaches that various types of reflectors are interchangeable for the purpose of reflecting at least a portion of light in the optical path toward an optical input different than an image sensor in the optical path in an imaging device allowing the same area of light to |

| Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
| | be measured by two different sensors. *Dominic* teaches, for example, that a mirror, prism, beamsplitter, or another type of reflector are all interchangeable and can be substituted one for another for such purpose. (*Id.*, *see, e.g.,* ¶ [0023]). |
| | *Dominic* further teaches that a moveable reflector can be substituted for a beam splitter, wherein the movement of the reflector can be the movement that "can be, for example, translational, rotational, or any combination thereof" in and out of alignment with the optical path (*Id.*, *see*, e.g., ¶ [0030]). |
| | Furthermore, *Dominic* teaches that the coupling element 116, which can be any of many types of reflectors, can be movable in and out of alignment with the optical path to selectively direct light to one of the detectors. For example, it may be translationally movable (e.g., the embodiments of FIGS. 3 and 5), rotationally movable (e.g., the embodiment of FIG. 4), or any combination thereof and the "movement may be accomplished manually or using a motor or the like." (*Id.*, ¶ [0032]; Figs. 2-5). |
| | However, to the extent the functionality of the beam splitter 20 of *Sugiyama* is not the same as the claimed mirror, it would have been obvious to a person of ordinary skill in the art at the time of the invention that a moveable mirror could be substituted for the beamsplitter of *Sugiyama*, either as a component separate from the filter wheel or mounted on the rotary filter wheel 3 of *Sugiyama*, and that the movement can be configured to move the reflector (mirror) wherein in the first position the reflector is at least partially aligned with the optical path and reflects at least a portion of the light toward an input different than the |

201

| Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
| | image sensor, and in the second position the reflector is positioned outside of alignment with the optical path. |

*Haenel* (EX1003) discloses a reflector carried by the filter assembly, wherein the filter assembly is configured to move the reflector in and out of the optical path from the lens.

*Haenel* teaches that the reflector can be carried either by the filter assembly or directly by the filter wheel itself and that the two embodiments are interchangeable for the purpose of reflecting at least a portion of the light toward an input different than the image sensor. (*See, e.g., Id.*, 6:6-13).

*Haenel* describes an embodiment in which a reflector (mirror 24) is disposed on a carrier 22 mounted in a guide 21, i.e., on a micro roll table equipped with a controllable drive 42, 43 (not shown in FIG. 1). The position of the first mirror 24, depends on the functional state of the camera, i.e., as shown in FIG.2 mirror 24 is either within the optical path (primary beam path 12) or outside of the optical path 12 (the latter position being indicated by the fragmentary view of mirror 24 in FIG. 2). (*Id.*, 5:48-59).

In an alternative embodiment, *Haenel* describes a reflector directly carried by a filter wheel. *Haenel* describes that a "first mirror 24 may be disposed in a mount 23 (shown in dotted lines in Fig. 1) fastened to the filter wheel 15 at the location of an opening for one of the filters 19." (*Id.*, 5:56-59; 6:6-9).

202

| Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
| | Specifically, *Haenel* discloses a reflector carried by a filter wheel: "A first mirror 24 is disposed on a carrier 22 mounted in a guide 21, i.e. on a micro roll table equipped with a controllable drive 42, 43 (not shown in FIG. 1)." (*Id.*, 5:48–50). <br><br> "In a further embodiment, first mirror 24 may be disposed in a mount 23 (shown in dotted lines in FIG. 1) fastened to filter wheel 15 at the location of an opening for one of the filters 19." (*Id.*, 5:56–59). <br><br> <br><br> "In the further embodiment in which first mirror 24 and mount 23 are mounted as an attached component at the location of a filter opening in filter wheel 15 which is built into the camera, the reflecting surface of mirror 24 lies completely in the primary beam path 12 if filter wheel is rotated into a predetermined position." (*Id.*, 6:31–37). <br><br> In addition, *Haenel* states, "First mirror 24 may be replaced by a known pivotal mirror with associated pivot drive or by a known fixed, partially |

| Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
| | transmitting beam dividing mirror in a manner understood by those skilled in the art." (*Id.*, 6:39–42).<br><br>Accordingly, it would have been obvious to modify *Sugiyama* such that the beam splitter 20 is replaced by a reflector carried by a filter assembly, or even carried by the filter wheel 3 of *Sugiyama*, as disclosed in *Haenel*. A POSITA would have been motivated to make such a modification to Sugiyama to make more efficient use of space. It likewise would have been obvious to replace the beam splitter 20 in *Sugiyama*, shown above, with a mirror carried by the filter wheel 3, as disclosed in *Haenel*. A POSITA would have been motivated to make such a modification to *Sugiyama* to make a more efficient use of space as well as to utilize the reflective properties of the mirror to reflect more light.<br><br>The filter assembly of *Sugiyama*, as modified above, is configured to move the reflector between first and second positions, wherein in the first position the reflector is at least partially aligned with the optical path and reflects at least a portion of the light toward an input different than the image sensor, and in the second position the reflector is positioned outside of the optical path.<br><br>Therefore, *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent renders obvious each and every feature of claim 1. |

204

**Claim 2**

| | Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| 2 | The imaging device of claim 1, further comprising a filter carried by the filter wheel, wherein the filter wheel is configured to move the filter between filtering and non-filtering positions, wherein in the filtering position the filter is at least partially aligned with the optical path and filters at least a portion of the light, and in the non-filtering position the filter is | *Sugiyama*, *Haenel*, and *Dominic* and/or the Admitted Prior Art in the '652 Patent are applied as above against claim 1.<br><br>*Sugiyama* discloses a filter carried by the filter wheel, wherein the filter wheel is configured to move the filter between filtering and non-filtering positions, and wherein in the filtering position the filter is at least partially aligned with the optical path and filters at least a portion of the light, and in the non-filtering position the filter is positioned out of alignment with the optical path, as shown in Figures 1 and 2(b) below. [EX1006, 3:6–11; 3:19–22; *see also* Figs. 1, 2(a) & 2(b)].<br><br><br><br>FIG.2(b)<br><br> |

| | Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | positioned out of alignment with the optical path. | *Sugiyama* further discloses that: "Rotary filter 3 includes filters 3a, 3b and 3c having spectral transmittance characteristics approximate to color matching functions x($\lambda$), y($\lambda$), z($\lambda$), respectively, of the CIE standard XYZ colorimetric reference system, which are incorporated on the radius of rotary filter 3 around and equidistant from axis 3d. Rotary filter driver 5 drives rotary filter 3 and rotates it around axis 3d." [*Id.*, 3:6–11; *see also* Fig. 2(a) & 2(b)]. <br><br> *Sugiyama* further discloses: "Rotary filter controller 10 controls rotary filter driver 5 and rotates rotary filter 3 so that filters 3a through 3c are successively placed on the optical path between optical lens 4 and light receiving element 2." (*Id.*, 3:19–22). <br><br> Moreover, it was well-known by persons of ordinary skill in the art at that time of the invention that rotary filter could include non-filtering positions, such as open positions or shutters. The rotary filter 3 of *Sugiyama* has an entire quadrant that could function as an open position or a shutter. <br><br> Therefore, *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent renders obvious each and every feature of claim 2. |

**Claim 3**

| | Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| 3 | The imaging device of claim 2 wherein the | *Sugiyama*, *Haenel*, and *Dominic* and/or the Admitted Prior Art in the '652 Patent are applied as above against claims 1 and 2. |

206

**Page 207 of 565**

| Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
| reflector is in the second position when the filter is in the filtering position. | Specifically, as shown in Figure 1 above, *Sugiyama* discloses a beam splitter 20 that "consists of a half-mirror, etc. It reflects some of the incident light while letting other such light pass through. Some of the light made to converge by optical lens 4 is reflected to spectral sensor 21, and other such light is passed through to rotary filter 3. Light receiving element 2 is a two-dimensional light receiving sensor consisting of a monochrome CCD, etc., and receives light from multiple points of sample light source 6. Spectral sensor 21 detects the spectral distribution of the light entering it. A spectral optical filter 7 is located between the sample and the spectral sensor 21 for separating the light into primary wavelengths." (EX1006, 2:61-3:5). Moreover, as discussed above, *Haenel* describes a mirror being an attached component of a filter assembly, that can be a filter wheel, at the location of a filter opening in a filter wheel which is built into the camera, the reflecting surface of mirror the lying completely outside of alignment with the optical path if the filter wheel is rotated into a predetermined position with a filter of its filter wheel in the filtering position. (EX1003, *see, e.g.,* 6:31–38). Therefore, *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent renders obvious each and every feature of claim 3. |

207

**Claim 4**

| | Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| 4 | The imaging device of claim 1, wherein the input different than the image sensor comprises an optical input configured to collect at least a portion of the light reflected by the reflector when the reflector is in the first position, and wherein the optical input is configured to transmit the reflected light to a spectrometer. | *Sugiyama*, *Haenel*, and *Dominic* and/or the Admitted Prior Art in the '652 Patent are applied as above against claim 1.<br><br>*Sugiyama* further discloses an "optical input" – namely, "a structure that gathers light and directs it to another location" and the collecting at least a portion of the light reflected by the reflector when the reflector is in a first position and wherein the optical input is configured to transmit the reflected light to a spectrometer. (EX1006, 3:1-5).<br><br>*Sugiyama* discloses a spectral optical filter 7 that is located between the sample and the spectral sensor 21 for separating the light into primary wavelengths. (*Id.*, 3:3-5). The spectral optical filter 7 is "a structure that gathers light and directs it to another location," namely, the spectral sensor.<br><br>*Sugiyama* further discloses that the spectral sensor 21, in combination with the spectral signal processor 22 and other components in the controller 9, are a spectrometer. (*See, e.g., Id.,* 3:30-62). This is confirmed by reference to the priority Japanese application, JP69293A (published as JP32460182), which defines the sensor 21 as a spectroscopic sensor.<br><br>Further, as acknowledged by Specim, a member of the Applicant/Patentee Radiant's own Konica Minolta Group (https://www.specim.com/company/about-us/): "Spectral sensors, also called spectrometers are instruments that are used in spectroscopy to study light. Spectral sensors capture and measure the light reflected or |

208

| Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
| | emitted by an object or scene in the form of a reflectance spectrum." (*see*, Ex. 1013; *see* https://www.specim.com/technology/how-does-spectral-sensing-work/). The spectral sensor of *Sugiyama* is, therefore, acknowledged to be a spectrometer.<br><br>To the extent spectral optical filter 7 and/or the spectral sensor 21 are not considered an "optical input," the use of an optical input to collect a portion of reflected light was well-known by persons of ordinary skill in the art of systems for acquiring optical data, including spectrometers, at the time of the invention of the '652 Patent.<br><br>For example, *Dominic* (EX1008), which is generally directed to a dual colorimeter and spectrometer, discloses the use of a fiber optic to collect reflected light. *Dominic* discloses an embodiment (FIG. 5) wherein light is reflected to and collected by an optical input in the form of a fiber optic 124 towards detector 104 when the reflector is in a first position aligned with the optical path and to the second detector 102 when moved out of alignment with the optical path 108. (*See Id.*, ¶¶ [0019], [0023]; Fig. 5)<br><br>Furthermore, *Dominic* teaches that the coupling element 116, which can be any of many types of reflectors, can be movable to selectively direct light to one of the detectors. For example, it may be translationally movable (e.g., the embodiments of FIGS. 3 and 5), rotationally movable (e.g., the embodiment of FIG. 4), or any combination thereof and the "movement may be accomplished manually or using a motor or the like." (*Id.*, ¶ [0023], [0032]; Figs. 2-5). |

| | Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | | *Dominic* further teaches that detector 104 can be part of a spectrophotometer, spectroradiometer, or calorimeter. The spectrophotometer, spectroradiometer, or colorimeter can be part of the apparatus 100, or alternatively, components of a spectrophotometer, spectroradiometer, calorimeter, or any other device for analyzing signals from the detector 104, can be part of the apparatus 100. (*Id., see, e.g.,* ¶ [0029]; *see also* Fig. 5 below). <br><br> <br> Figure 5 <br><br> Furthermore, in the Background of the '652 Patent, the inventors state that Figures 1A and 1B (which are Applicant Admitted Prior Art) show schematic illustrations of a conventional system for collecting light within a camera. (EX1001, 1:32–34). The '652 Patent further states that, "[r]eferring to FIGS. 1A and 1B together, the light passes through a lens assembly or imaging lens 102, and the system 100 sends the light to an optical or spectrometer fiber optic input 104. The optical fiber 104 in turn transmits the light to a spectrometer (not shown)." (*Id.*, 1:34–38). <br><br> Therefore, *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent renders obvious each and every feature of claim 4. |

**Claim 5**

|   | Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|-------|-----------------------------------------------------------------------------------------------------------|
| 5 | The imaging device of claim 4 wherein the optical input is a light pipe. | *Sugiyama*, *Haenel*, and *Dominic* and/or the Admitted Prior Art in the '652 Patent are applied as above against Claim 4.<br><br>As discussed above, there are many examples of the use of a light pipe (*e.g.*, a fiber optic) to transmit reflected light to spectrometers in the prior art.<br><br>For example, *Dominic* (EX1008) which is generally directed to a dual colorimeter and spectrometer, discloses the use of a fiber optic to collect reflected light. *Dominic* discloses an embodiment (FIG. 5) wherein light is reflected to and collected by an optical input in the form of a fiber optic 124 towards detector 104 when the reflector is in a first position aligned with the optical path and to the second detector 102 when moved out of alignment with the optical path 108. (*See Id.*, ¶¶ [0019], [0023]; Fig. 5).<br><br>*Dominic* further teaches that detector 104 can be part of a spectrophotometer, spectroradiometer, or calorimeter. The spectrophotometer, spectroradiometer, or colorimeter can be part of the apparatus 100, or alternatively, components of a spectrophotometer, spectroradiometer, calorimeter, or any other device for analyzing signals from the detector 104, can be part of the apparatus 100. (*See Id.*, ¶ [0029]; *see also* Fig. 5 below). |

**Page 212 of 565**

| Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
| |  Figure 5 <br><br> Furthermore, in the Background of the '652 Patent, the inventors state that Figures 1A and 1B (which are Applicant Admitted Prior Art) show schematic illustrations of a conventional system for collecting light within a camera. (EX1001, 1:32–34). The '652 Patent further states that, "[r]eferring to FIGS. 1A and 1B together, the light passes through a lens assembly or imaging lens 102, and the system 100 sends the light to an optical or spectrometer fiber optic input 104. The optical fiber 104 in turn transmits the light to a spectrometer (not shown)." (*Id.*, 1:34–38). <br><br> In view of *Dominic* and/or the Applicant Admitted Prior Art in the '652 Patent, it would have been obvious to a person of ordinary skill in the art at the time of the invention of the '652 Patent to modify *Sugiyama* to incorporate an optical input or fiber optic bundle, in particular a light pipe, to collect a portion of the light reflected by a reflector when it is aligned with the optical path, and transmit light to a spectrometer. <br><br> Therefore, *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent renders obvious each and every feature of claim 5. |

212

**Claim 6**

| | Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| 6 | The imaging device of claim 4 wherein the optical input is an optical fiber. | *Sugiyama*, *Haenel*, and *Dominic* and/or the Admitted Prior Art in the '652 Patent are applied as above against Claim 4. <br><br> As discussed above, there are many examples of the use of a fiber optic to transmit reflected light to spectrometers in the prior art. <br><br> For example, *Dominic* (EX1008) which is generally directed to a dual colorimeter and spectrometer, discloses the use of a fiber optic to collect reflected light. *Dominic* discloses an embodiment (FIG. 5) wherein light is reflected to and collected by an optical input in the form of a fiber optic 124 towards detector 104 when the reflector is in a first position aligned with the optical path and to the second detector 102 when moved out of alignment with the optical path 108. (*See Id.*, ¶¶ [0019], [0023]; Fig. 5). <br><br> Furthermore, *Dominic* teaches that the coupling element 116, which can be any of many types of reflectors, can be movable in and out of alignment with the optical path to selectively direct light to one of the detectors. For example, it may be translationally movable (e.g., the embodiments of FIGS. 3 and 5), rotationally movable (e.g., the embodiment of FIG. 4), or any combination thereof and the movement may be accomplished manually or using a motor or the like. (*Id.*, ¶¶ [0023], [0032]; Figs. 2-5). <br><br> *Dominic* further teaches that detector 104 can be part of a spectrophotometer, spectroradiometer, or calorimeter. The |

213

| | Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | | spectrophotometer, spectroradiometer, or colorimeter can be part of the apparatus 100, or alternatively, components of a spectrophotometer, spectroradiometer, calorimeter, or any other device for analyzing signals from the detector 104, can be separate from the apparatus. (*Id.*, ¶ [0029]; *see also* Fig. 5 below).<br><br><br>Figure 5<br><br>Furthermore, in the Background of the '652 Patent, the inventors state that Figures 1A and 1B (which are Applicant Admitted Prior Art) show schematic illustrations of a conventional system for collecting light within a camera. (EX1001, 1:32–34). The '652 Patent further states that, "[r]eferring to FIGS. 1A and 1B together, the light passes through a lens assembly or imaging lens 102, and the system 100 sends the light to an optical or spectrometer fiber optic input 104. The optical fiber 104 in turn transmits the light to a spectrometer (not shown)." (*Id.*, 1:34–38).<br><br>In view of *Dominic* and/or the Applicant Admitted Prior Art in the '652 Patent, it would have been obvious to a person of ordinary skill in the art at the time of the invention of the '652 Patent to modify *Sugiyama* to incorporate an optical input that is an optical fiber to collect a portion of |

214

| | Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | | the light reflected by a reflector when it is aligned with the optical path, and transmit light to a spectrometer.<br><br>Therefore, *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent renders obvious each and every feature of claim 6. |

**Claim 7**

| | Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| 7 | The imaging device of claim 1 wherein the reflector comprises a continuous surface mirror. | *Sugiyama*, *Haenal*, and *Dominic* and/or the Admitted Prior Art in the '652 Patent are applied as above against claim 1.<br><br>*Haenel* (EX1003) discloses the first mirror 24 as a singular "first reflecting surface" which is inherently a continuous surface mirror. (*See, e.g., Id.*, 6:6). Alternatively, it would have been obvious to a POSITA that this refers to a continuous surface mirror.<br><br>Moreover, *Dominic* (EX1008) teaches that various types of reflectors are interchangeable for the purpose of reflecting at least a portion of light in the optical path toward an optical input different than an image sensor in the optical path in an imaging device. *Dominic* teaches, for example, that a mirror, prism, beamsplitter, or another type of reflector, are all interchangeable and can be substituted one for another for such purpose. (*Id.*, ¶ [0023]).<br><br>Furthermore, *Dominic* teaches that the coupling element 116, which can be any of many types of reflectors, can be movable in and out of |

215

**Page 216 of 565**

| Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
|  | alignment with the optical path to selectively direct light to one of the detectors. For example, it may be translationally movable (e.g., the embodiments of FIGS. 3 and 5), rotationally movable (e.g., the embodiment of FIG. 4), or any combination thereof and the movement may be accomplished manually or using a motor or the like. (*Id.*, ¶¶ [0023], [0032]; Figs. 2-5).<br><br>Thus, to the extent *Haenel* is considered to not teach a continuous surface mirror, it would have been obvious in view of *Dominic* to a POSITA that the beam diverting optics can be substituted for a continuous surface mirror.<br><br>Therefore, *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent renders obvious each and every feature of claim 7. |

**Claims 8 and 9**

| | Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| 8 | The imaging device of claim 1 wherein the reflector comprises a Fresnel mirror. | *Sugiyama*, *Haenel*, and *Dominic* and/or the Admitted Prior Art in the '652 Patent are applied as above against claim 1.<br><br>*Dominic* (EX1008) teaches that various types of reflectors are interchangeable and can be substituted one for another for the purpose of reflecting at least a portion of light in an optical path toward an optical input different than an image sensor in the optical path in an imaging device. *Dominic* teaches the reflector (the coupling element 116) can be a movable or rotational optical element, such as a mirror, prism, |

216

| | Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | | beamsplitter, another type of reflector, or a fiber bundle, that has at least two positions to selectively direct light when in a first position to the first detector 104 or in a second position to the second detector 102. FIG. 5 illustrates an embodiment similar to that in FIG. 3 except that the light is directed along a fiber optic 124 towards the first detector 104 when the coupling element is in a first position aligned with the optical path and to the second detector 102 when moved out of alignment with the optical path 108. (*Id.,* ¶¶ [0023], [0030]; Fig. 5).<br><br>*Dominic* teaches that any of these coupling elements, for example, a mirror, prism, beamsplitter, or another type of reflector, and any number of different modes of movement of a reflector, are interchangeable and can be substituted one for another for the purpose of moving the reflector between first and second positions in and out of alignment with an optical path such that when positioned at least partially in the optical path reflects at least a portion of light in the optical path toward an optical input different than an image sensor in the optical path. (*Id.*; ¶¶ [0023], [0032]; Figs. 2-5)<br><br>It would, thus, be obvious for a POSITA to substitute one type of reflector (such as a Fresnel mirror) for another type of reflector or mirror.<br><br>Therefore, *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent renders obvious each and every feature of claim 8. |
| 9 | The imaging device of claim 1 wherein the reflector | *Sugiyama*, *Haenel*, and *Dominic* and/or the Admitted Prior Art in the '652 Patent are applied as above against claim 1. |

217

**Page 218 of 565**

| Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
| comprises a diffuser. | *Dominic* (EX1008) teaches that various types of reflectors are interchangeable and can be substituted one for another for the purpose of reflecting at least a portion of light in an optical path toward an optical input different than an image sensor in the optical path in an imaging device. *Dominic* teaches the reflector (the coupling element 116) can be a movable or rotational optical element, such as a mirror, prism, beamsplitter, another type of reflector, or a fiber bundle, that has at least two positions to selectively direct light when in a first position to the first detector 104 or in a second position to the second detector 102. FIG. 5 illustrates an embodiment similar to that in FIG. 3 except that the light is directed along a fiber optic 124 towards the first detector 104 when the coupling element is in a first position aligned with the optical path and to the second detector 102 when moved out of alignment with the optical path 108. (*Id.,* ¶¶ [0023], [0030]; Fig. 5). <br><br> *Dominic* teaches that any of these coupling elements, for example, a mirror, prism, beamsplitter, or another type of reflector, and any number of different modes of movement of a reflector, are interchangeable and can be substituted one for another for the purpose of moving the reflector between first and second positions in and out of alignment with an optical path such that when positioned at least partially in the optical path reflects at least a portion of light in the optical path toward an optical input different than an image sensor in the optical path. <br><br> It would, thus, be obvious for a POSITA to substitute one type of reflector (such as a diffuser) for another type of reflector or mirror. (*Id.,* ¶¶ [1023], [0032]; Figs. 2-5). |

218

| Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
| | Therefore, *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent renders obvious each and every feature of claim 9. |

**Claim 10**

| | Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| 10 | The imaging device of claim 1 wherein the filter assembly has a thickness, and wherein the reflector fits within a thickness of the filter assembly. | *Sugiyama*, *Haenel*, and *Dominic* and/or the Admitted Prior Art in the '652 Patent are applied as above against claim 1.<br><br>Neither the '652 Patent specification nor claim 10 provide a point of reference for determining what constitutes a thickness of the filter assembly. For example, neither specifies whether the "thickness" is determined in the longitudinal direction along the optical path or in a direction transverse to the optical path.<br><br>Considering that the filter assembly is defined as comprising both the filter wheel and the reflector, and that both the filter wheel and the reflector are component parts of the filter assembly, whether or not the reflector is carried by the filter wheel, inherently the reflector is within a thickness of the filter assembly.<br><br>Moreover, *Haenel* (EX1003) as discussed above, discloses that the reflector fits within a thickness of the filter assembly. In the embodiment wherein the reflector (mirror 24) is disposed in a mount 23 (shown in dotted lines in FIG. 1) fastened to filter wheel 15 at the location of an opening for one of the filters 19, the dotted lines in Fig. 1 fit within the |

219

| | Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | | opening for a filter in the filter wheel and, thus, fits within a transverse thickness of the filter assembly. (*Id.*, 5:56-59).<br><br>Therefore, *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent renders obvious each and every feature of claim 10. |

## Claim 13

| | Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| [13.0] | A digital imaging system, comprising: | *Sugiyama* discloses an imaging system. (EX1006, 1:7–9; 1:53–55; Abstract).<br><br>*Sugiyama* discloses that: "This invention pertains to a two-dimensional colorimeter to measure the chromaticity at various samples at multiple points." (*Id.*, 1:7–9).<br><br>*Sugiyama* further discloses that: "It is an object of the present invention to provide a two-dimensional colorimeter of simple construction which is capable of accurately measuring chromaticity at multiple points on a sample surface." (*Id.*, 1:53–55).<br><br>*Sugiyama* further discloses that: "A two-dimensional colorimeter focuses light through a beam splitter onto a rotary filter so that a first light receiving element can receive light from multiple points on a sample. A rotating filter can provide multiple measurements based upon different wavelengths of light. A portion of the light from the beam splitter also contacts a spectral sensor which separates the light from a |

220

| | Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | | particular point into primary wavelength elements which are converted into electrical signals. Based on these primary wavelength elements, the first signals from the light receiving element are corrected. As a result, the measurement of chromacity of multiple points on a sample can be performed accurately using a device of simple construction." (*Id.*, Abstract). |
| [13.1] | a digital camera including a body; | *Sugiyama* also discloses that its imaging system is a digital camera including a body. (EX1006, 1:6–15; 1:53–55; 4:57–59).<br><br>*Sugiyama* discloses that: "This invention pertains to a two-dimensional colorimeter to measure the chromaticity at various samples at multiple points." (*Id.*, 1:7–9).<br><br>*Sugiyama* further discloses that: "It is an object of the present invention to provide a two-dimensional colorimeter of simple construction which is capable of accurately measuring chromaticity at multiple points on a sample surface." (*Id.*, 1:53–55).<br><br>A colorimeter is a form of a digital camera including a body.<br><br>Further, *Haenel* (EX1003) discloses a digital camera that includes a body. The Background of the Invention states that "[t]he present invention relates to a camera for opto-electronically scanning any desired scene," and further states that the fields of use for such camera include image transmission, image processing, and image evaluation" (*Id.*, 1:6-15). |

221

| | Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | | *Haenel* further discloses "a camera having a front wall 16 in which a lens connecting device 17 is attached for mounting an exchangeable lens 20." (*Id.*, 4:57–59). |
| [13.2] | a lens carried by the body, wherein the lens allows light to enter the body; | *Sugiyama* discloses a lens carried by the body wherein the lens allows light to enter into the body of the imaging device along an optical path, as shown in Figure 1 below. (EX1006, 2:55-61; 3:19–22; Fig. 1).<br><br><br><br>*Sugiyama* discloses that: "This colorimeter consists of light receiver 1 and controller 9. Light receiver 1 consists of light receiving element 2, rotary filter 3, optical lens 4, rotary filter driver 5, beam splitter 20 and spectral sensor 21, and receives the light from sample light source 6." (*Id.*, 2:55-59).<br><br>*Sugiyama* further discloses that: "Optical lens 4 causes the light from sample light source 6 to converge." (*Id.*, 2:60–61).<br><br>*Sugiyama* further discloses that: "Rotary filter controller 10 controls rotary filter driver 5 and rotates rotary filter 3 so that filters 3a through 3c are successively placed on the optical path between optical lens 4 and light receiving element 2." (*Id.*, 3:19–22). |

| Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
| | *Haenel* (EX1003) also discloses a lens carried by the body, the lens allowing light to enter the body. *Haenel* discloses "a camera having a front wall 16 in which a lens connecting device 17 is attached for mounting an exchangeable lens 20." (*Id.*, 4:57–59). The dashed/dotted line labeled as 12 is described as the major beam path or primary beam path, which is used to represent light allowed by the lens to enter the body of the camera along an optical path. (*See, e.g., Id.*, 5:28–31; 5:43–47; Fig. 1). <br><br> <br><br> Fig. 1 |
| **[13.3]** an image sensor carried by the body, wherein the image sensor detects at least a portion of the light that enters the body; | *Sugiyama* discloses an image sensor carried by the body wherein the image sensor detects at least a portion of the light that enters the body along the optical path, as shown in Figure 1 below. (EX1006, 2:66–3:1; Fig. 1). |

223

| Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
| | |

*Sugiyama* further discloses that: "Light receiving element 2 is a two-dimensional light receiving sensor consisting of a monochrome CCD, etc., and receives light from multiple points of sample light source 6." (*Id.*, 2:66–3:1).

Further, *Haenel* (EX1003) discloses an image sensor carried by the body wherein the image sensor detects at least a portion of the light that enters the body along the optical path, as shown in Figure 1 below.

*Haenel* discloses both a line sensor 32 and an auxiliary sensor 7 that are disposed on a carrier spaced apart from the lens. (*See, e.g., Id.,* 4:62–68).

*Haenel* further describes and illustrates the line sensor 32 and the auxiliary sensor 7 spaced apart from the lens 20, and either sensor may be configured to receive at least a portion of the light entering the body of the camera along the optical path or primary beam path 12. (*See, e.g., Id.,* 4:62–68; 5:11–14; 5:26–34;7:24–27; Fig. 1).

224

| | Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | | Fig. 1 |
| [13.4] | a filter wheel movably positioned in the body between the lens and the image sensor, wherein the filter wheel is configured to rotate within the body about a rotational axis that is generally parallel with an optical path of the light passing from the lens to the image sensor; | *Sugiyama* and *Haenel* each disclose a filter wheel movably positioned in the body between the lens and the image sensor, wherein the filter wheel is configured to rotate within the body about a rotational axis that is generally parallel with an optical path of the light passing from the lens to the image sensor.<br><br>*Sugiyama* discloses a filter wheel movably positioned in the body between the lens and the image sensor, wherein the filter wheel is configured to rotate about a rotational axis that is generally parallel to the light path passing form the lens to the image sensor, as shown in Figure 1 below. (EX1006, 2:55-59: Fig. 1).<br><br>FIG. 1 |

225

| Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
| | *Sugiyama* further discloses that: "This colorimeter consists of light receiver 1 and controller 9. Light receiver 1 consists of light receiving element 2, rotary filter 3, optical lens 4, rotary filter driver 5, beam splitter 20 and spectral sensor 21, and receives the light from sample light source 6." (*Id.*, 2:55-59).<br><br>*Haenel* (EX1003) also discloses a filter wheel 15 that is located downstream of the lens 20 and upstream of the line sensor 32 or auxiliary sensor 7 and, thus, filter wheel 15 is positioned in the body of the camera between the lens and the image sensor. (*Id.*, 5:39-42; 6:48-57; Fig. 1). *Haenel* further describes that a plurality of filters 19 may be fastened to mounts 18 on the filter wheel. (*Id*).<br><br>Further, shown in Fig. 1 below, the filter wheel 15 is configured to rotate about a rotational axis connected to filter wheel drive 9 that is generally parallel to the optical path 12 of light passing from the lens to the image sensor. (*See, e.g., Id.,* 7:36-47).<br><br><br>Fig. 1 |

226

| | Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| [13.5] | a filter carried by the filter wheel; a reflector carried by the filter wheel, wherein the filter wheel is configured to selectively position one of the filter and the reflector between the lens and the image sensor; and | *Sugiyama* discloses a filter carried by the filter wheel, wherein the filter wheel is configured to move the filter between filtering and non-filtering positions, and wherein in the filtering position the filter is at least partially aligned with the optical path and filters at least a portion of the light, and in the non-filtering position the filter is positioned out of alignment with the optical path, as shown in Figures 1 and 2(b) below. [EX1006, 2:61-3:5; 3:6–11; 3:19–22; *see also* Figs. 1, 2(a) & 2(b)].<br><br><br><br>FIG.2(b)<br><br><br><br>*Sugiyama* further discloses that: "Rotary filter 3 includes filters 3a, 3b and 3c having spectral transmittance characteristics approximate to color |

227

| Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
| | matching functions $x(\lambda)$, $y(\lambda)$, $z(\lambda)$, respectively, of the CIE standard XYZ colorimetric reference system, which are incorporated on the radius of rotary filter 3 around and equidistant from axis 3d. Rotary filter driver 5 drives rotary filter 3 and rotates it around axis 3d." [*Id.*, 3:6–11; *see also* Fig. 2(a) & 2(b)]. <br><br> *Sugiyama* further discloses: "Rotary filter controller 10 controls rotary filter driver 5 and rotates rotary filter 3 so that filters 3a through 3c are successively placed on the optical path between optical lens 4 and light receiving element 2." (*Id.*, 3:19–22). <br><br> As shown in Figure 1 below, *Sugiyama* also discloses a reflector in the form of a beam splitter 20 that "consists of a half-mirror, etc. It reflects some of the incident light while letting other such light pass through. Some of the light made to converge by optical lens 4 is reflected to spectral sensor 21, and other such light is passed through to rotary filter 3. Light receiving element 2 is a two-dimensional light receiving sensor consisting of a monochrome CCD, etc., and receives light from multiple points of sample light source 6. Spectral sensor 21 detects the spectral distribution of the light entering it. A spectral optical filter 7 is located between the sample and the spectral sensor 21 for separating the light into primary wavelengths." (*Id.*, 2:61-3:5). <br><br> |

| Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
| --- | --- |
| | *Dominic* (EX1008) teaches that various types of reflectors are interchangeable for the purpose of reflecting at least a portion of light in the optical path toward an optical input different than an image sensor in the optical path in an imaging device allowing the same area of a sample light source to be measured with two different image sensors. *Dominic* teaches, for example, that a mirror, prism, beamsplitter, or another type of reflector, are all interchangeable and can be substituted one for another for such purpose. (*Id.*, ¶ [0023]).<br><br>Dominic further teaches that a moveable reflector can be substituted for a beam splitter, wherein the movement of the reflector can be the movement that "can be, for example, translational, rotational, or any combination thereof" in and out of alignment with the optical path (*Id.*, s*ee*, e.g., ¶¶ [0030], [0032]).<br><br>However, to the extent the functionality of the beam splitter 20 of *Sugiyama* is not the same as the claimed mirror, it would have been obvious to a person of ordinary skill in the art at the time of the invention that a mirror could have been mounted on the rotary filter wheel 3 of *Sugiyama* as shown by *Haenel*.<br><br>*Haenel* (EX1003) also discloses a filter carried by a filter wheel movably positioned in the body between the lens and the image sensor, wherein the filter wheel is configured to rotate about a rotational axis that is generally parallel to the light path passing form the lens to the image sensor, as shown in Figure 1 below and that the filter wheel can carry both a reflector and a filter. |

229

| | Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | | *Haenel* discloses that a plurality of filters 19 may be fastened to mounts 18 on the filter wheel 15. (*Id.*, 5:39–42; 6:48–57; Fig. 1).<br><br>*Haenel* further discloses a first mirror 24 and mount 23 being mounted as an attached component at the location of a filter opening in filter wheel 15 built into the camera, the reflecting surface of mirror 24 laying completely in the primary beam path 12 if filter wheel 15 is rotated into a predetermined position. (*See, e.g., Id.*, 6:31–38).<br><br><br><br>*Haenel*, thus, discloses a filter wheel (filter wheel 15) carrying both a filter and a reflector.<br><br>*Haenel* further discloses that when the first mirror 24 is fastened to the filter wheel 15, the reflector may be rotated in and out of a predetermined position (namely, in and out of optical path 12) by turning the filter wheel. (*See, e.g., Id.,* 6:31-38; 7:4-8; 7:34–39). |

230

| Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
| | *Haenel* further discloses that in a first position, the reflector is aligned with the primary beam path 12 or optical path and reflects light toward an input different than the image sensor. (*See, e.g.,* 5:48–62; 5:60–62: "First mirror 24 produces a deflected ancillary beam path 25 for a view finder sensor 30. View finder sensor 30 is likewise an area sensor."; 7:4–12). *Haenel* further discloses that that in a second position, the reflector is removed from the primary beam path 12 or optical path such that fine focusing can take place by the auxiliary sensor 7. (*See, e.g.,* 7:20–31).<br><br>*Haenel* further discloses a filter wheel disposed immediately downstream of lens connecting device having a plurality of filters fastened in respective mounts which are supported by the filter wheel. (*See, e.g.,* 6:48–57: "The respectively used filter 19 is concentrically pivoted into primary beam path 12"). *Haenel* further discloses the mirror 24 can be disposed on the filter wheel 15 and can be disposed in a first position completely outside of alignment with the primary beam path 12 or completely within the primary beam path 12. (*See, e.g.,* 5:48–62: "The position of the first mirror 24, depends on the functional state of the camera, i.e., as shown in Fig. 2 mirror 24 is either within primary beam path 12 or outside of the primary beam path 12").<br><br>*Haenel* further discloses pivoting a previously selected filter on a filter wheel into position and then pivoting another filter on the filter wheel into position in the primary beam path. (*See, e.g.,* 7:36–47). |

231

Page 232 of 565

| | Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | | |

Fig. 1

optical path or primary beam path [12]

rotational axis of filter wheel [15]

| | Claim | |
|---|---|---|
| [13.6] | an optical input configured to receive at least a portion of the light reflected from the reflector when the filter wheel positions the reflector between the lens and the image sensor; and | *Sugiyama* and *Haenel* each disclose an optical input configured to receive at least a portion of the light reflected from the reflector when the filter wheel positions the reflector between the lens and the image sensor. (EX1006, 3:3-5; 3:30-62) |
| | | *Sugiyama* discloses an "optical input" – namely, "a structure that gathers light and directs it to another location" and that the optical input is configured to receive at least a portion of the light reflected from a reflector positioned between the lens and the image sensor. |
| | | *Sugiyama* discloses a spectral optical filter 7 that is located between the sample and the spectral sensor 21 for separating the light into primary wavelengths. (*Id.*, 3:3-5). The spectral optical filter 7 is "a structure that gathers light and directs it to another location," namely, the spectral sensor. |

232

Page 233 of 565

| Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
|  | *Sugiyama* further discloses that the spectral sensor 21, in combination with the spectral signal processor 22 and other components in the controller 9, are a spectrometer. (*See, e.g., Id.*, 3:30-62). This is confirmed by reference to the priority Japanese application, JP69293A (published as JP32460182), which defines the sensor 21 as a spectroscopic sensor.<br><br>Further, as acknowledged by Specim, a member of the Applicant/Patentee Radiant's own Konica Minolta Group (https://www.specim.com/company/about-us/): "Spectral sensors, also called spectrometers are instruments that are used in spectroscopy to study light. Spectral sensors capture and measure the light reflected or emitted by an object or scene in the form of a reflectance spectrum." (EX 1013, see https://www.specim.com/technology/how-does-spectral-sensing-work/). The spectral sensor of *Sugiyama* is, therefore, acknowledged to be a spectrometer.<br><br>To the extent spectral optical filter 7 and/or the spectral sensor 21 is not considered an "optical input," the use of an optical input to collect a portion of reflected light was well-known by persons of ordinary skill in the art of systems for acquiring optical data, including spectrometers, at the time of the invention of the '652 Patent.<br><br>For example, *Dominic* (EX1008) which is generally directed to a dual colorimeter and spectrometer, discloses the use of a fiber optic to collect reflected light. Dominic discloses an embodiment (FIG. 5) wherein light is reflected to and collected by an optical input in the form of a fiber optic 124 towards detector 104 when the reflector is in a first position aligned with the optical path and to the second detector 102 when moved |

233

| | Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | | out of alignment with the optical path 108. (*Id.*, ¶¶ [0019], [0023]; Fig. 5).<br><br>*Dominic* further teaches that detector 104 can be part of a spectrophotometer, spectroradiometer, or calorimeter. The spectrophotometer, spectroradiometer, or colorimeter can be part of the apparatus 100, or alternatively, components of a spectrophotometer, spectroradiometer, calorimeter, or any other device for analyzing signals from the detector 104, can be part of from the apparatus 100. (*Id.*, ¶ [0029]; *see also* Fig. 5 below).<br><br><br><br>Figure 5<br><br>*Haenel* (EX1003) discloses an "optical input" – namely, "a structure that gathers light and directs it to another location" and that the optical input is configured to receive at least a portion of the light reflected from the reflector when the filter wheel positions the reflector between the lens and the image sensor. *Haenel* discloses that in a first position, the reflector is aligned with the primary beam path 12 or optical path and reflects light toward an input different than the image sensor. (*See, e.g., Id.*, 5:48–62; 5:60–62). *Haenel* further discloses that "[t]he ancillary beam path 25 is produced by way of a light focusing Fresnel lens 26, a |

234

| | Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | | deflecting mirror 27, which produces a true-to-side view finder image 29 and an additional lens 28 which produces a reduced image. The view finder sensor 30 is mounted on a fixed carrier 31." (*Id.*, 5:63-68). |

The Fresnel lens 26 is "a structure that gathers light and directs it to another location," namely to the deflecting mirror 27 and ultimately to the additional lens 28 and view finder sensor 20, as shown in more in Figure 2 below:

Further, the use of an optical input to collect a portion of reflected light was well-known by persons of ordinary skill in the art of systems for acquiring optical data, including spectrometers, at the time of the invention of the '652 Patent.

For example, *Dominic* (EX1008) which is generally directed to a dual colorimeter and spectrometer, discloses the use of a fiber optic to collect reflected light. *Dominic* discloses an embodiment (FIG. 5) wherein light is reflected to and collected by an optical input in the form of a fiber optic 124 towards detector 104 when the reflector is in a first position with the optical path and to the second detector 102 when moved out of

235

**Page 236 of 565**

| Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
| | alignment with the optical path 108. (*Id.*, ¶¶ [0019], [0023]; Fig. 5 below).<br><br><br><br>Figure 5<br><br>Furthermore, in the Background of the '652 Patent, the inventors state that Figures 1A and 1B (which are Applicant Admitted Prior Art) show schematic illustrations of a conventional system for collecting light within a camera. (EX1001; 1:32–34). The '652 Patent further states that, "[r]eferring to FIGS. 1A and 1B together, the light passes through a lens assembly or imaging lens 102, and the system 100 sends the light to an optical or spectrometer fiber optic input 104. The optical fiber 104 in turn transmits the light to a spectrometer (not shown)." (*Id.*, 1:34–38). |

| | Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | | <br>**FIG. 1A**<br>**Prior Art**   **FIG. 1B**<br>**Prior Art**<br><br>In view of *Dominic* and/or the Admitted Prior Art in the '652 Patent, it was at least within the knowledge of ordinarily skilled artisan in the art at the time of the invention of the '652 Patent to use an optical input or fiber optic bundle to collect a portion of the light reflected by the reflector 20 when the first mirror (or reflector) is aligned with the primary beam path 12 or optical path, and transmit the light to the spectral sensor 21 (a spectrometer).<br><br>Further, *Dominic* and/or the Admitted Prior Art in the '652 Patent provide motivation to combine their disclosures to use an optical input or fiber optic bundle to collect a portion of the light reflected by a reflector when the reflector is aligned with the optical path in the imaging device of *Sugiyama*.<br><br>Accordingly, it would have been obvious to a person of ordinary skill in the art at the time of the invention of the '652 Patent to modify Sugiyama to incorporate an optical input or fiber optic bundle to collect a portion of the light reflected by a reflector when the reflector is aligned with the optical path or axis, and collect at least a portion of the reflected light |

237

| | Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | | with an optical input configured to receive at least a portion of the light reflected from the reflector when the filter wheel positions the reflector between the lens and the image sensor. |
| [13.7] | a spectrometer coupled to the optical input. | *Sugiyama* discloses a spectrometer, in particular spectral sensor 21 coupled to optical input (the spectral optical filter 7). (EX1006, 3:1-5). |
| | | The spectral sensor of *Sugiyama* is a spectrometer, as acknowledged by Specim, a member of the Applicant/Patentee's own Konica Minolta Group. (EX1013, *see also* https://www.specim.com/company/about-us/). |
| | | *Dominic* (EX1008), which is generally directed to a dual colorimeter and spectrometer, discloses a spectrometer coupled to an optical input configured to receive at least a portion of the light reflected from a reflector and the use of an optical input, in particular a fiber optic to collect the reflected light. *Dominic* discloses an embodiment (FIG. 5) wherein light is reflected to and collected by an optical input in the form of a fiber optic 124 towards detector 104 when the reflector is in a first position aligned with the optical path and to the second detector 102 when moved out of alignment with the optical path 108. (*Id.*, ¶¶ [0019], [0023]; Fig. 5). |
| | | *Dominic* further teaches that detector 104 can be part of a spectrophotometer, spectroradiometer, or calorimeter. The spectrophotometer, spectroradiometer, or colorimeter can be part of the apparatus 100, or alternatively, components of a spectrophotometer, spectroradiometer, calorimeter, or any other device for analyzing signals from the detector 104, can be part of the apparatus 100. (*Id.*, ¶ [0029]; *see also* Fig. 5 below). |

238

| Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
| | <br>Figure 5<br><br>Furthermore, in the Background of the '652 Patent, the inventors state that Figures 1A and 1B (which are Applicant Admitted Prior Art) show schematic illustrations of a conventional system for collecting light within a camera. (EX1001, 1:32–34). The '652 Patent further states that, "[r]eferring to FIGS. 1A and 1B together, the light passes through a lens assembly or imaging lens 102, and the system 100 sends the light to an optical or spectrometer fiber optic input 104. The optical fiber 104 in turn transmits the light to a spectrometer (not shown)." (*Id.*, 1:34–38).<br><br><br>FIG. 1A Prior Art    FIG. 1B Prior Art |

239

| | Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | | In view of *Dominic* and/or the Applicant Admitted Prior Art in the '652 Patent, it would have been obvious to a person of ordinary skill in the art at the time of the invention of the '652 Patent modify Sugiyama to incorporate an optical input or fiber optic bundle to collect a portion of the light reflected by a reflector 116 when the reflector is aligned with the primary beam path or optical path, and transmit the light to a spectrometer.<br><br>Therefore, *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent renders obvious each and every feature of claim 13. |

**Claim 15**

| | Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| 15 | The system of claim 13 wherein the reflector is a mirror. | *Sugiyama*, *Haenel*, and *Dominic* and/or The Admitted Prior Art in the '652 Patent are applied as above against claim 13.<br><br>*Haenel* describes a reflector that is a mirror (first mirror 24) having a reflecting surface. (EX1003, 6:31–38).<br><br>Therefore, *Sugiyama* (EX1006) in view of *Haenel* (EX1003) and further in view of *Dominic* (EX1008) and/or the Admitted Prior Art in the '652 Patent (EX1001) renders obvious each and every feature of claim 15. |

240

**Claim 16**

| | Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| 16 | The system of claim 15 wherein the mirror is a Fresnel mirror. | *Sugiyama*, *Haenel*, and *Dominic* and/or the Admitted Prior Art in the '652 Patent are applied as above against claims 15 and 13.<br><br>Further, *Haenel* discloses use of a Fresnel lens 26 for directing light in ancillary optical path 26. (EX1003, 5:63-64).<br><br>*Dominic* (EX1008) teaches that various types of reflectors are interchangeable and can be substituted one for another for the purpose of reflecting at least a portion of light in an optical path toward an optical input different than an image sensor in the optical path in an imaging device. *Dominic* teaches the reflector (the coupling element 116) can be a movable or rotational optical element, such as a mirror, prism, beamsplitter, another type of reflector, or a fiber bundle, that has at least two positions to selectively direct light when in a first position to the first detector 104 or in a second position to the second detector 102. FIG. 5 illustrates an embodiment similar to that in FIG. 3 except that the light is directed along a fiber optic 124 towards the first detector 104 when the coupling element is in a first position aligned with the optical path and to the second detector 102 when moved out of alignment with the optical path 108. (*Id.*, ¶¶ [0023], [0030]; Fig. 5).<br><br>*Dominic* teaches that any of these coupling elements, for example, a mirror, prism, beamsplitter, or another type of reflector, and any number of different modes of movement of a reflector, are interchangeable for the purpose of moving a reflector between first and second positions in and out of alignment with an optical path such that when positioned in at least partially in the optical path reflects at least a portion of light in |

241

| | Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | | the optical path toward an optical input different than an image sensor in the optical path. (*Id.*, ¶¶ [ 0023], [0032]; Figs. 2-5).<br><br>Therefore, *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent renders obvious each and every feature of claim 16. |

**Claim 17**

| | Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| 17 | The system of claim 13 wherein the spectrometer is integral with the digital camera. | *Sugiyama*, *Haenel*, and *Dominic* and/or the Admitted Prior Art in the '652 Patent are applied as above against claim 13.<br><br>In *Sugiyama*, the optical filter 7 and the spectral sensor 21 are both shown to be integral components of the light receiver 1 in Fig. 1 below and, therefore integral with a digital camera. (EX1006, 2-54-59; Fig. 1).<br><br><br><br>Further, *Dominic* (EX1008), which is generally directed to a dual colorimeter and spectrometer and in which the spectrometer can be integral with the imaging system, discloses the use of a fiber optic to collect at least a portion of the reflected light and direct the light to a |

242

| Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
| | spectrometer. The imaging system of *Dominic* allows a user to measure light properties with two different detectors using a single device. (*Id.*, ¶ [0019]).<br><br>*Dominic* discloses an embodiment (FIG. 5) wherein light is reflected to and collected by an optical input in the form of a fiber optic 124 towards detector 104 when the reflector is in a first position aligned with the optical path and to the second detector 102 when moved out of alignment with the optical path 108. (*Id.*, ¶ [0023]; Fig. 5).<br><br>*Dominic* further teaches that detector 104 can be part of a spectrophotometer, spectroradiometer, or calorimeter. The spectrophotometer, spectroradiometer, or colorimeter can be part of the apparatus 100, or alternatively, components of a spectrophotometer, spectroradiometer, calorimeter, or any other device for analyzing signals from the detector 104, can be separate from the apparatus. (*Id.*, ¶ [0029]; *see also* Fig. 5 below).<br><br><br>Figure 5<br><br>Furthermore, in the Background of the '652 Patent, the inventors state that Figures 1A and 1B (which are Applicant Admitted Prior Art) show |

| Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
| | schematic illustrations of a conventional system for collecting light within a camera. (EX1001, 1:32–34). The '652 Patent further states that, "[r]eferring to FIGS. 1A and 1B together, the light passes through a lens assembly or imaging lens 102, and the system 100 sends the light to an optical or spectrometer fiber optic input 104. The optical fiber 104 in turn transmits the light to a spectrometer (not shown)." (*Id.*, 1:34–38).<br><br>Thus, in view of *Sugiyama* and *Haenel*, in view of *Dominic* and/or the Admitted Prior Art it would have been obvious to the POSITA at the time of the invention to integrate a spectrometer with a digital camera, in particular a colorimeter.<br><br>Therefore, *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent renders obvious each and every feature of claim 17. |

**Claim 18**

| | Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| [18.0] | A method of acquiring optical data with an imaging device having a filter assembly positioned along an optical axis between a | *Sugiyama* and *Haenel* both disclose a method of acquiring optical data with an imaging device having a filter assembly positioned along an optical axis between a lens and an imaging sensor.<br><br>*Sugiyama* discloses a method of acquiring optical data using an imaging device that has a filter assembly positioned along an optical axis between a lens and an imaging sensor, as shown in Figure 1 below. (EX1006, 2:55-61; 2:66–3:1). |

244

| Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
| lens and an imaging sensor, the method comprising: | |

*Sugiyama* further discloses that: "This colorimeter consists of light receiver 1 and controller 9. Light receiver 1 consists of light receiving element 2, rotary filter 3, optical lens 4, rotary filter driver 5, beam splitter 20 and spectral sensor 21, and receives the light from sample light source 6." (*Id.*, 2:55-59).

*Sugiyama* further discloses that: "Optical lens 4 causes the light from sample light source 6 to converge." (*Id.*, 2:60–61).

*Sugiyama* further discloses that: "Light receiving element 2 is a two-dimensional light receiving sensor consisting of a monochrome CCD, etc., and receives light from multiple points of sample light source 6." (*Id.*, 2:66–3:1).

*Haenel* (EX1003) discloses an imaging device (i.e., a camera) that acquires optical data using a filter assembly positioned along an optical axis between a lens and an imaging sensor, as shown below in Figure 1 of *Haenel*.

| | Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | | |

*Haenel* further discloses "a camera having a front wall 16 in which a lens connecting device 17 is attached for mounting an exchangeable lens 20." (*Id.*, 4:57–59). The dashed/dotted line labeled as 12 is described as the major beam path or primary beam path, which is used to represent light entering the camera along an optical path. (*See, e.g., Id.,* 5:28–31; 5:43–47; Fig. 1).

*Haenel* further discloses both a line sensor 32 and an auxiliary sensor 7 that are disposed on a carrier spaced apart from the lens. (*See, e.g., Id.,* 4:62–68). *Haenel* further discloses and illustrates the line sensor 32 and the auxiliary sensor 7 spaced apart from the lens 20, and either sensor may be configured to receive the light along the optical path or primary beam path 12. (*See, e.g., Id.,* 4:62–68; 5:11–14; 5:26–34; 7:24–27; Figs. 1).

*Haenel* further discloses a filter wheel 15 that is located downstream of the lens 20 and upstream of the line sensor 32 or auxiliary sensor 7. (*Id.*, 5:39–42; 6:48–57; Fig. 1).

246

Page 247 of 565

| | Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | | *Haenel* further discloses a reflector (mirror 24) that is located downstream of the lens 20 and upstream of the line sensor 32 or auxiliary sensor 7. (*Id.*, 5:48-59; 7:4-8; Fig. 1).<br><br>The filter wheel and the reflector are components of the filter assembly in claim 18. |
| [18.1] | selectively moving the filter assembly to move a reflector carried by the filter assembly between a first position and a second position aligned with the optical axis extending between the lens and the imaging sensor; | *Sugiyama* and *Haenel* both disclose selectively moving the filter assembly to move a reflector carried by the filter assembly between a first position and a second position aligned with the optical axis extending between the lens and the imaging sensor.<br><br>*Sugiyama* discloses a reflector carried by the filter assembly, wherein the filter assembly includes a reflector, and wherein the reflector is at least partially aligned with the optical path and reflects at least a portion of the light toward an input (spectral optical filter and/or spectral sensor 21) different than the image sensor, and in the second position the reflector is positioned outside the optical path. (EX1006, 2:61-3:5; Fig. 1)<br><br>Specifically, as shown in Figure 1 below, *Sugiyama* discloses a beam splitter 20 that "consists of a half-mirror, etc. It reflects some of the incident light while letting other such light pass through. Some of the light made to converge by optical lens 4 is reflected to spectral sensor 21, and other such light is passed through to rotary filter 3. Light receiving element 2 is a two-dimensional light receiving sensor consisting of a monochrome CCD, etc., and receives light from multiple points of sample light source 6. Spectral sensor 21 detects the spectral distribution of the light entering it. A spectral optical filter 7 is located |

247

| | Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | | between the sample and the spectral sensor 21 for separating the light into primary wavelengths." (*Id.*, 2:61-3:5). |

The '652 Patent (EX1001) and Dominic (EX1008) specifically equate various reflectors (including mirrors) and beam splitters.

*Dominic* teaches that various types of reflectors are interchangeable for the purpose of reflecting at least a portion of light in the optical path toward an optical input different than an image sensor in the optical path in an imaging device. *Dominic* teaches, for example, that a mirror, prism, beamsplitter, or another type of reflector, are all interchangeable and can be substituted one for another for such purpose. (EX1006, ¶ [0023]).

*Dominic* further teaches that a moveable reflector can be substituted for a beam splitter, wherein the movement of the reflector can be the movement that "can be, for example, translational, rotational, or any combination thereof" in and out of alignment with the optical path. (*Id.*, ¶¶ [0023], [0030]).

Furthermore, *Dominic* teaches that the coupling element 116, which can be any of many types of reflectors, can be movable to selectively direct

248

| Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
| | light to one of the detectors. For example, it may be translationally movable (e.g., the embodiments of FIGS. 3 and 5), rotationally movable (e.g., the embodiment of FIG. 4), or any combination thereof and the "movement may be accomplished manually or using a motor or the like." (*Id.*, ¶¶ [0023], [0032]; Figs.2-5).<br><br>However, to the extent the functionality of the beam splitter 20 of *Sugiyama* is not the same as the claimed mirror, it would have been obvious to a person of ordinary skill in the art at the time of the invention that a moveable mirror could have substituted for the beamsplitter of *Sugiyama*, either as a component separate from the filter wheel or mounted on the rotary filter 3 of *Sugiyama*.<br><br>*Haenel* (EX1003) discloses a reflector carried by a filter wheel: "A first mirror 24 is disposed on a carrier 22 mounted in a guide 21, i.e., on a micro roll table equipped with a controllable drive 42, 43 (not shown in FIG. 1)." (*Id.*, 5:48–50). |

249

| Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
| | <br>Fig. 1<br><br>"In a further embodiment, first mirror 24 may be disposed in a mount 23 (shown in dotted lines in FIG. 1) fastened to filter wheel 15 at the location of an opening for one of the filters 19." (*Id.*, 5:56–59).<br><br>"In the further embodiment in which first mirror 24 and mount 23 are mounted as an attached component at the location of a filter opening in filter wheel 15 which is built into the camera, the reflecting surface of mirror 24 lies completely in the primary beam path 12 if filter wheel is rotated into a predetermined position." (*Id.*, 6:31–37).<br><br>In addition, *Haenel* states, "First mirror 24 may be replaced by a known pivotal mirror with associated pivot drive or by a known fixed, partially transmitting beam dividing mirror in a manner understood by those skilled in the art." (*Id.*, 6:39–42).<br><br>Accordingly, it would have been obvious to modify *Sugiyama* to substitute its reflector (beam splitter 20) with a moveable reflector |

250

| Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
| | configured to be moveable between a first position and a second position aligned with the optical axis extending between the lens and the imaging sensor as taught by both *Haenel*, and *Dominic* and/or the Admitted Prior Art in the '652 Patent.<br><br>A POSITA would have been motivated to make such a modification to *Sugiyama* to make a more efficient use of space as well as to utilize the reflective properties of the mirror to reflect more light in view of each of *Haenel* and *Dominic*.<br><br>The filter assembly of *Sugiyama*, as modified above, is configured to move the reflector between first and second positions, wherein in the first position the reflector is aligned with the optical path and reflects at least a portion of the light toward an input different than the image sensor, and in the second position the reflector is positioned outside of alignment with the optical path. |
| **[18.2]** wherein selectively moving the filter assembly comprises rotating a filter wheel about a rotational axis that is generally parallel with the optical axis; | *Sugiyama* (EX1006) and *Haenel* (EX1003) each disclose selectively moving a filter assembly comprises rotating a filter wheel about a rotational axis that is generally parallel with the optical axis.<br><br>*Sugiyama* discloses a filter assembly including a filter wheel as one of its component parts that can be rotated about a rotational axis that is generally parallel with the optical axis, as shown in Figure 1 below. [EX1006, 2:55-59; 3:6–11; *see also* Figs. 1, 2(a) & 2(b)]. |

251

| Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|-------|---------------------------------------------------------------------------------------------------------------|
| | |

*Sugiyama* further discloses that: "This colorimeter consists of light receiver 1 and controller 9. Light receiver 1 consists of light receiving element 2, rotary filter 3, optical lens 4, rotary filter driver 5, beam splitter 20 and spectral sensor 21, and receives the light from sample light source 6.: (*Id.*, 2:55-59).

*Sugiyama* further discloses that: "Rotary filter 3 includes filters 3a, 3b and 3c having spectral transmittance characteristics approximate to color matching functions $x(\lambda)$, $y(\lambda)$, $z(\lambda)$, respectively, of the CIE standard XYZ colorimetric reference system, which are incorporated on the radius of rotary filter 3 around and equidistant from axis 3d. Rotary filter driver 5 drives rotary filter 3 and rotates it around axis 3d." (*Id.*, 3:6–11; *see also* Fig. 2(a) & 2(b), as shown for example in Fig. 2(b) below).

252

| | Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | | **FIG. 2 (b)**<br><br>3a<br>3d<br>3b<br>3c<br>**3** rotary filter<br><br>*Haenel* (EX1003) also discloses a filter assembly including a filter wheel as one of its component parts that can be rotated about a rotational axis that is generally parallel with the optical axis.<br><br>As shown in Fig. 1 below, the filter wheel is configured to rotate about a rotational axis connected to filter wheel drive 9 that is generally parallel to the optical path 12. (*See, e.g., Id.,* 7:36-47). |

253

| | Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | | |
| [18.3] | reflecting at least a portion of light transmitted along the optical axis when the reflector is aligned with the optical axis; and | *Sugiyama* discloses reflecting at least a portion of light transmitted along the optical axis when the reflector is aligned with the optical axis. (EX1006, 2:61-3:5)

Specifically, as shown in Figure 1 below, *Sugiyama* discloses a reflector (beam splitter 20) that "consists of a half-mirror, etc. It reflects some of the incident light while letting other such light pass through. Some of the light made to converge by optical lens 4 is reflected to spectral sensor 21, and other such light is passed through to rotary filter 3. Light receiving element 2 is a two-dimensional light receiving sensor consisting of a monochrome CCD, etc., and receives light from multiple points of sample light source 6. Spectral sensor 21 detects the spectral distribution of the light entering it. A spectral optical filter 7 is located between the sample and the spectral sensor 21 for separating the light into primary wavelengths." (*Id.*, 2:61-3:5). |

254

| **Claim** | **Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art** |
|---|---|
| | |

*Haenel* (EX1003) also discloses reflecting at least a portion of the light transmitted along the optical axis when the reflector is aligned with the optical axis.

*Haenel* discloses that when reflector (mirror 24) is aligned with the optical path 12 at least a portion of the light in the optical path is reflected to an input different than the imaging sensor.

*Haenel* discloses that the second moving device, comprised of either carrier 22 and guide 21 in one embodiment or filter wheel 15 in another embodiment, brings the reflector (mirror 24) into the primary optical path 12. By deflection at a right angle, ancillary beam path 25 is produced directing at least a portion of the light in the optical path away from the imaging sensor. (*Id.*, 7:4-9).

*Haenel* also discloses that when the first mirror 24 is fastened to the filter wheel 15, the reflector may be rotated in and out of a predetermined position (namely, in and out of optical path 12) by turning the filter wheel. (*See, e.g., Id.,* 6:31–38; 7:4–8; 7:34–39).

255

| | Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | | *Haenel* further discloses the mirror 24 can be disposed on the filter wheel 15 and can be disposed in a first position completely outside of alignment with the primary beam path 12 or completely within the primary beam path 12. (*See, e.g., Id.*, 5:48–62: "The position of the first mirror 24, depends on the functional state of the camera, i.e., as shown in Fig. 2 mirror 24 is either within primary beam path 12 or outside of the primary beam path 12"). <br><br> *Haenel* further discloses that in a first position, the reflector is aligned with the primary beam path 12 or optical path and reflects light toward an input different than the image sensor. (*See, e.g.,* 5:48–62; 5:60–62: "First mirror 24 produces a deflected ancillary beam path 25 for a view finder sensor 30. View finder sensor 30 is likewise an area sensor."; 7:4–12). |
| [18.4] | collecting at least a portion of the reflected light with an optical input. | *Sugiyama* and *Haenel* each disclose collecting at least a portion of the reflected light with an optical input. <br><br> *Sugiyama* discloses an "optical input" – namely, "a structure that gathers light and directs it to another location" and collecting at least a portion of the reflected light with an optical path. (EX1006, 3:1-5; 3:30-62). <br><br> *Sugiyama* discloses a spectral optical filter 7 that is located between the sample and the spectral sensor 21 for separating the light into primary wavelengths. (*Id.*, 3:1-5). The spectral optical filter 7 is "a structure that gathers light and directs it to another location," namely, the spectral sensor. <br><br> *Sugiyama* further discloses that the spectral sensor 21, in combination with the spectral signal processor 22 and other components in the |

256

| | Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | | controller 9, are a spectrometer. (*Id.*, 3:30-62). This is confirmed by reference to the priority Japanese application, JP69293A (published as JP32460182), which defines the sensor 21 as a spectroscopic sensor.<br><br>Further, as acknowledged by Specim, a member of the Applicant/Patentee Radiant's own Konica Minolta Group (https://www.specim.com/company/about-us/): "Spectral sensors, also called spectrometers are instruments that are used in spectroscopy to study light. Spectral sensors capture and measure the light reflected or emitted by an object or scene in the form of a reflectance spectrum." (EX1013, *see* https://www.specim.com/technology/how-does-spectral-sensing-work/). The spectral sensor of *Sugiyama* is, therefore, acknowledged to be a spectrometer.<br><br>*Haenel* (EX1003) also discloses an "optical input" – namely, "a structure that gathers light and directs it to another location" and collecting at least a portion of the reflected light with an optical path. *Haenel* discloses that in a first position, the reflector is aligned with the primary beam path 12 or optical path and reflects light toward an input different than the image sensor. (*See, e.g., Id.*, 5:48–62; 5:60–62).<br><br>*Haenel* further discloses the second moving device, comprised of either carrier 22 and guide 21 in one embodiment or filter wheel 15 in another embodiment, brings the first reflecting surface 24 into the primary beam path 12. By deflection at a right angle, ancillary beam path 25 is produced. Directing at least a portion of the light in the optical path 12 to a n optical input in the form of View Finder including view finder sensor 30 that is connected with a monitor 44 by switching a video duplex circuit 45 and an image of the scene appears on the monitor's screen 44. (*Id.*, 7:4-10). |

257

| | Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | | *Haenel* further discloses that "[t]he ancillary beam path 25 is produced by way of a light focusing Fresnel lens 26, a deflecting mirror 27, which produces a true-to-side view finder image 29 and an additional lens 28 which produces a reduced image. The view finder sensor 30 is mounted on a fixed carrier 31" (*Id.*, 5:63-68).<br><br>The Fresnel lens 26 is an optical input, namely "a structure that gathers light and directs it to another location," namely to the deflecting mirror 27 and ultimately to the additional lens 28 and view finder sensor 20, as shown in more in Figure 2 below:<br><br>Fig 2<br>filter wheel [15]<br>Filter<br>deflecting mirror [27]—— 27<br>ancillary beam path[25]<br>Fresnel lens [26]<br>mirror [24]<br><br>In the alternative, to the extent that the Fresnel lens 26 does not constitute an "optical input," the use of an optical input to collect a portion of reflected light was well-known by persons of ordinary skill in the art of systems for acquiring optical data, including spectrometers, at the time of the invention of the '652 Patent.<br><br>For example, *Dominic* (EX1008), which is generally directed to a dual colorimeter and spectrometer, discloses the use of a fiber optic to collect reflected light. *Dominic* discloses an embodiment (FIG. 5) wherein light |

258

| Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
| | is reflected to and collected by an optical input in the form of a fiber optic 124 towards detector 104 when the reflector is in a first position aligned with the optical path and to the second detector 102 when moved out of alignment with the optical path 108. (*Id.*, ¶¶ [0019], [0023]; Fig. 5).<br><br>Furthermore, in the Background of the '652 Patent, the inventors state that Figures 1A and 1B (which are Applicant Admitted Prior Art) show schematic illustrations of a conventional system for collecting light within a camera. (EX1001, 1:32–34). The '652 Patent further states that, "[r]eferring to FIGS. 1A and 1B together, the light passes through a lens assembly or imaging lens 102, and the system 100 sends the light to an optical or spectrometer fiber optic input 104. The optical fiber 104 in turn transmits the light to a spectrometer (not shown)." (*Id.*, 1:34–38).<br><br><br><br>FIG. 1A<br>Prior Art<br><br>FIG. 1B<br>Prior Art<br><br>In view of *Dominic* and/or the Admitted Prior Art in the '652 Patent, it was at least within the knowledge of ordinarily skilled artisan in the art |

| Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
| | at the time of the invention of the '652 Patent to use an optical input or fiber optic bundle to collect a portion of the light reflected by a reflector when the reflector is aligned with the optical path.<br><br>Further, *Dominic* and/or the Admitted Prior Art in the '652 Patent provide motivation to combine their disclosures to use an optical input or fiber optic bundle to collect a portion of the light reflected by a reflector when the reflector is aligned with the optical path in the imaging device of *Sugiyama*.<br><br>Accordingly, it would have been obvious to a person of ordinary skill in the art at the time of the invention of the '652 Patent to modify *Sugiyama* to use an optical input or fiber optic bundle to collect a portion of the light reflected by a reflector when the reflector is aligned with the optical path or axis and collect at least a portion of the reflected light with an optical input.<br><br>Thus, *Sugiyama* and *Haenel* each alone or further in view of *Dominic* and/or the Applicant Admitted Prior Art in the '652 Patent, show it would have been obvious to a person of ordinary skill in the art at the time of the invention of the '652 Patent to use an optical input or fiber optic bundle to collect a portion of the light reflected by a reflector when the reflector is aligned with the optical path or axis 26.<br><br>Therefore, *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent renders obvious each and every feature of claim 18. |

260

**Claims 19 and 20**

| | Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| 19 | The method of claim 18, further comprising transmitting at least a portion of the reflected light from the optical input to a spectrometer. | *Sugiyama*, *Haenel*, and *Dominic* and/or the Admitted Prior Art in the '652 Patent are applied as above against claim 18.<br><br>*Sugiyama* discloses transmitting at least a portion of the reflected light to a spectrometer. (EX1006, 3:1-5; 3:30-62)<br><br>As discussed above, *Sugiyama* discloses a spectral optical filter 7 that is located between the sample and the spectral sensor 21 for separating the light into primary wavelengths. (*Id.*, 3:1-5). The spectral optical filter 7 is "a structure that gathers light and directs it to another location," namely, the spectral sensor.<br><br>*Sugiyama* further discloses that the spectral sensor 21, in combination with the spectral signal processor 22 and other components in the controller 9, are a spectrometer. (*Id.*, 3:30-62). This is confirmed by reference to the priority Japanese application, JP69293A (published as JP32460182), which defines the sensor 21 as a spectroscopic sensor.<br><br>*Sugiyama* discloses a spectrometer, in particular spectral sensor 21 coupled to optical input (the spectral optical filter 7).<br><br>The spectral sensor of *Sugiyama* is a spectrometer, as acknowledged by Specim, a member of the Applicant/Patentee's own Konica Minolta Group (EX1013, *see also* https://www.specim.com/company/about-us/).<br><br>*Dominic* (EX1008), which is generally directed to a dual colorimeter and spectrometer, discloses a spectrometer coupled to an optical input |

261

| | Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | | configured to receive at least a portion of the light reflected from a reflector and the use of an optical input, in particular a fiber optic to collect the reflected light. *Dominic* discloses an embodiment (FIG. 5) wherein light is reflected to and collected by an optical input in the form of a fiber optic 124 towards detector 104 when the reflector is in a first position aligned with the optical path and to the second detector 102 when moved out of alignment with the optical path 108. (*Id.*, ¶¶ [0019], [0023]; Fig. 5).<br><br>*Dominic* further teaches that detector 104 can be part of a spectrophotometer, spectroradiometer, or calorimeter. The spectrophotometer, spectroradiometer, or colorimeter can be part of the apparatus 100, or alternatively, components of a spectrophotometer, spectroradiometer, calorimeter, or any other device for analyzing signals from the detector 104, can be separate from the apparatus. (*Id.*, ¶ [0029]; *see also* Fig. 5 below).<br><br><br>Figure 5<br><br>Furthermore, in the Background of the '652 Patent, the inventors state that Figures 1A and 1B (which are Applicant Admitted Prior Art) show schematic illustrations of a conventional system for collecting light |

262

| Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
| | within a camera. (EX1001, 1:32–34). The '652 Patent further states that, "[r]eferring to FIGS. 1A and 1B together, the light passes through a lens assembly or imaging lens 102, and the system 100 sends the light to an optical or spectrometer fiber optic input 104. The optical fiber 104 in turn transmits the light to a spectrometer (not shown)." (*Id.*, 1:34–38). <br><br> <br><br> **FIG. 1A** <br> *Prior Art*     **FIG. 1B** <br> *Prior Art* <br><br> In view of *Dominic* and/or the Admitted Prior Art in the '652 Patent, it was at least within the knowledge of ordinarily skilled artisan in the art at the time of the invention of the '652 Patent to use an optical input or fiber optic bundle to collect a portion of the light reflected by a reflector when the reflector is aligned with the optical path. <br><br> Further, *Dominic* and/or the Admitted Prior Art in the '652 Patent provide motivation to combine their disclosures to use an optical input or fiber optic bundle to collect a portion of the light reflected by a reflector when the reflector is aligned with the optical path in the imaging device of *Sugiyama*. |

263

| | Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | | In view of *Dominic* and/or the Applicant Admitted Prior Art in the '652 Patent, it would have been obvious to a person of ordinary skill in the art at the time of the invention of the '652 Patent modify Sugiyama to use an optical input or fiber optic bundle to collect a portion of the light reflected by a reflector 116 when the reflector is aligned with the primary beam path or optical path, and transmit the light to a spectrometer.<br><br>Therefore, *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent renders obvious each and every feature of claim 19. |
| 20 | The method of claim 18 wherein selectively moving the filter assembly to align the reflector with the optical axis comprises selectively moving the filter assembly to align a mirror with the optical axis. | *Sugiyama*, *Haenel*, and *Dominic* and/or the Admitted Prior Art in the '652 Patent are applied as above against claim 18.<br><br>Further, as shown in Figure 1 below, *Sugiyama* (EX1006) discloses a reflector in the form of beam splitter 20 that "consists of a half-mirror, etc. It reflects some of the incident light while letting other such light pass through. Some of the light made to converge by optical lens 4 is reflected to spectral sensor 21, and other such light is passed through to rotary filter 3. Light receiving element 2 is a two-dimensional light receiving sensor consisting of a monochrome CCD, etc., and receives light from multiple points of sample light source 6. Spectral sensor 21 detects the spectral distribution of the light entering it. A spectral optical filter 7 is located between the sample and the spectral sensor 21 for separating the light into primary wavelengths." (*Id.*, 2:61-3:5). |

264



The '652 Patent specifically equates mirrors and beam splitters. (EX1001, 1:53-63). However, to the extent the functionality of the beam splitter 20 of *Sugiyama* is not the same as the claimed mirror, it would have been obvious to a persona of ordinary skill in the art at the time of the invention that a mirror could have been mounted on the rotary filter 3 of *Sugiyama*.

Specifically, *Haenel* (EX1003) discloses a reflector carried by a filter wheel: "A first mirror 24 is disposed on a carrier 22 mounted in a guide 21, *i.e.*, on a micro roll table equipped with a controllable drive 42, 43 (not shown in FIG. 1)." (*Id.*, 5:48–50).

265

**Page 266 of 565**

| | Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | | |

Fig. 1

"In a further embodiment, first mirror 24 may be disposed in a mount 23 (shown in dotted lines in FIG. 1) fastened to filter wheel 15 at the location of an opening for one of the filters 19." (*Id.*, 5:56–59).

"In the further embodiment in which first mirror 24 and mount 23 are mounted as an attached component at the location of a filter opening in filter wheel 15 which is built into the camera, the reflecting surface of mirror 24 lies completely in the primary beam path 12 if filter wheel is rotated into a predetermined position." (*Id.*, 6:31–37).

In addition, *Haenel* states, "First mirror 24 may be replaced by a known pivotal mirror with associated pivot drive or by a known fixed, partially transmitting beam dividing mirror in a manner understood by those skilled in the art." (*Id.*, 6:39–42).

266

| Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
| | *Dominic* (EX1008) teaches that various types of reflectors are interchangeable for the purpose of reflecting at least a portion of light in the optical path toward an optical input different than an image sensor in the optical path in an imaging device. Dominic teaches, for example, that a mirror, prism, beamsplitter, or another type of reflector, are all interchangeable and can be substituted one for another for such purpose. (*Id.*, ¶ [0023]).<br><br>*Dominic* further teaches that a moveable reflector can be substituted for a beam splitter, wherein the movement of the reflector can be the movement that "can be, for example, translational, rotational, or any combination thereof" in and out of the optical path. (*Id.,* ¶¶ [0023], [0030]).<br><br>Furthermore, *Sugiyama* (EX1003) teaches that the coupling element 116, which can be any of many types of reflectors, can be movable to selectively direct light to one of the detectors. For example, it may be translationally movable (e.g., the embodiments of FIGS. 3 and 5), rotationally movable (e.g., the embodiment of FIG. 4), or any combination thereof and the "movement may be accomplished manually or using a motor or the like." (*Id.*, ¶ [0032]; Figs. 2-5).<br><br>Accordingly, it would have been obvious to modify *Sugiyama* such that the reflector of the filter assembly of *Sugiyama* is replaced with a moveable mirror and the method of acquiring optical data includes selectively moving the filter assembly to align the reflector with the optical axis comprises selectively moving the filter assembly to align a mirror with the optical axis considering that the '652 Patent and *Dominic* specifically teach the interchangeability of various  mirrors and beam |

267

| | Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | | splitters and that a moveable reflector in the form of a mirror can be substituted for a beam splitter.<br><br>Therefore, *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent renders obvious each and every feature of claim 20. |

**Claim 21**

| | Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| 21 | The method of claim 18 wherein selectively moving the filter assembly to align the mirror with the optical axis comprises selectively moving the filter assembly to align a Fresnel mirror with the optical axis. | *Sugiyama*, *Haenel*, and *Dominic* and/or the Admitted Prior Art in the '652 Patent are applied as above against claim 18.<br><br>Further, *Haenel* (EX1003) discloses use of a Fresnel lens 26 for directing light in ancillary optical path 26. (*Id.*, 5:63-64).<br><br>*Dominic* (EX1008) teaches that various types of reflectors are interchangeable and can be substituted one for another for the purpose of reflecting at least a portion of light in an optical path toward an optical input different than an image sensor in the optical path in an imaging device. Dominic teaches the reflector (the coupling element 116) can be a movable or rotational optical element, such as a mirror, prism, beamsplitter, another type of reflector, or a fiber bundle, that has at least two positions to selectively direct light when in a first position to the first detector 104 or in a second position to the second detector 102. FIG. 5 illustrates an embodiment similar to that in FIG. 3 except that the light is directed along a fiber optic 124 towards the first detector 104 when the coupling element is in a first position aligned with the optical path |

268

| | Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | | and to the second detector 102 when moved out of alignment with the optical path 108. (*Id.*, ¶¶ [0023], [0030]; Fig. 5).<br><br>*Dominic* teaches that any of these coupling elements, for example, a mirror, prism, beamsplitter, or another type of reflector, and any of a number of different modes of movement of a reflector, are interchangeable for the purpose of moving the reflector between first and second positions in and out of alignment with an optical path such that when positioned at least partially in the optical path reflects at least a portion of light in the optical path toward an optical input different than an image sensor in the optical path. *(Id.*, ¶¶ [0023], [0032]; Figs. 2-5).<br><br>It would, thus, be obvious for a POSITA to substitute one type of reflector (such as a Fresnel mirror) for another type of reflector or mirror as in *Sugiyama* or *Haenel*.<br><br>Therefore, *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent renders obvious each and every feature of claim 21. |

**Claim 23**

| | Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| 23 | The method of 18 further comprising selectively moving the | *Sugiyama*, *Haenel*, and *Dominic* and/or the Admitted Prior Art in the '652 Patent are applied as above against claim 18. |

269

| Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
| filter assembly to align a filter with the optical axis, wherein the filter is aligned with the optical axis when the reflector is not aligned with the optical axis. | <br><br>As shown in Figure 1 above, *Sugiyama* discloses a beam splitter 20 that "consists of a half-mirror, etc. It reflects some of the incident light while letting other such light pass through. Some of the light made to converge by optical lens 4 is reflected to spectral sensor 21, and other such light is passed through to rotary filter 3. Light receiving element 2 is a two-dimensional light receiving sensor consisting of a monochrome CCD, etc., and receives light from multiple points of sample light source 6. Spectral sensor 21 detects the spectral distribution of the light entering it. A spectral optical filter 7 is located between the sample and the spectral sensor 21 for separating the light into primary wavelengths." (*Id.*, 2:61-3:5).<br><br>*Sugiyama* further discloses a filter wheel (Rotary filter 3) such that: "Rotary filter 3 includes filters 3a, 3b and 3c having spectral transmittance characteristics approximate to color matching functions x(λ), y(λ), z(λ), respectively, of the CIE standard XYZ colorimetric reference system, which are incorporated on the radius of rotary filter 3 around and equidistant from axis 3d. Rotary filter driver 5 drives rotary filter 3 and rotates it around axis 3d." [*Id.*, 3:6–11; *see also* Fig. 2(a) & 2(b)]. |

270

| Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|-------|------------------------------------------------------------------------------------------------------------|
|  | Moreover, as discussed above, *Haenel* (EX1003) describes a mirror being either a component of a filter assembly separate from a filter wheel or as an attached component at the location of a filter opening in a filter wheel which is built into the camera, the reflecting surface of mirror the lying completely outside the optical path if the filter wheel is rotated into a predetermined position with a filter in the filtering position. (*Id.; see, e.g.*, 6:31–38). Haenel states that an electronic camera containing a filter wheel with various filters that can be selectively inserted into an optical axis (the beam path 12) by rotating the filter wheel by means of a controllable drive was well-known by persons of ordinary skill in the art of systems for acquiring optical data, including spectrometers, at the time of the invention of the '652 Patent. (*Id.; see, e.g.*, 3:16–25). *Haenel* (EX1003) also discloses that when the reflector (mirror 24) is in a position outside of the optical axis, the filter wheel can be rotated to place one of its filters in a filtering position in the optical axis. *Haenel* discloses that in operation, carrier 22 and guide 21 in one embodiment or filter wheel 15 in the alternative embodiment, can bring the first reflecting surface (mirror 24) into the primary optical path 12. By deflection at a right angle, ancillary optical path 25 is produced. View finder sensor 30 is connected with a monitor 44 by switching a video duplex circuit 45 and an image of the scene appears on the monitor's screen 44. (*Id.*, 7:5-12). *Haenel* further discloses that if control unit 34 indicates that fine focusing is taking place, the second moving device 43 can remove the |

271

| Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
| | first reflecting mirror 24 from the primary optical path 12 and the monitor 44 is connected, via the video duplex circuit 45, with the auxiliary sensor 7. (*Id.,* 7:20-24).<br><br>*Haenel* then discloses after performing all settings, control unit 34 puts the electronic camera into the state of scanning. If necessary, a previously selected filter 19 is pivoted into primary beam path 12 by actuating filter wheel 15. For this purpose, control unit 34 activates filter wheel drive 9. Then, control unit 34, by means of the first moving device brings line sensor 32 over image field 11. (*Id.,* 7:36-42).<br><br>*Haenel* also discloses when the reflector is attached as a component at the location of a filter opening in a filter wheel 15 which is built into the camera, the reflecting surface of mirror 24 lies completely in the primary beam path if filter wheel 15 is rotated into a predetermined position. (*Id.; see, e.g.,* 6:31–38; *see also* 7:36-47).<br><br>*Haenel* further discloses the mirror 24 can be disposed on the filter wheel 15 and can be disposed in a first position completely outside of primary beam path 12 or completely within the primary beam path 12. (*Id., See, e.g.,* 5:48–62: "The position of the first mirror 24, depends on the functional state of the camera, i.e., as shown in Fig. 2 mirror 24 is either within primary beam path 12 or outside of the primary beam path 12").<br><br>*Haenel* further discloses a filter wheel disposed immediately downstream of lens connecting device having a plurality of filters fastened in respective mounts which are supported by the filter wheel. (*Id., See, e.g.,* 6:48–57: "The respectively used filter 19 is concentrically pivoted into primary beam path 12"). *Haenel* further discloses the mirror |

272

| Claim | Disclosure in *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
| | 24 can be disposed on the filter wheel 15 and can be disposed in a first position completely outside of alignment with the primary beam path 12 or completely within the primary beam path 12. (*See, e.g.*, 5:48–62: "The position of the first mirror 24, depends on the functional state of the camera, i.e., as shown in Fig. 2 mirror 24 is either within primary beam path 12 or outside of the primary beam path 12"). <br><br>*Haenel* further discloses pivoting a previously selected filter into position and then pivoting another filter into position in the primary beam path. (*Id., See, e.g.*, 7:36–47). <br><br>In view of *Sugiyama* and *Haenel* it would have been obvious for the method of claim 18 to further comprise selectively moving the filter assembly to align a filter with the optical axis, wherein the filter is aligned with the optical axis when the reflector is not aligned with the optical axis. <br><br>Therefore, *Sugiyama* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent renders obvious each and every feature of claim 23. |

**(xi)     Proposed Rejection D2: Claims 11, 12, 14, and 22 are rendered obvious under 35 U.S.C. § 103(a) by *Sugiyama* and *Haenel*, further in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent and further in view of *Schiff*.**

**<u>Claims 11, 12, 14, and 22</u>**

| | Claim | Disclosure in *Sugiyama* and *Haenel*, further in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent and further in view of *Schiff* |
|---|---|---|
| 11 | The imaging device of claim 1 wherein the reflector is a first mirror, and wherein the imaging device further comprises a second mirror positioned outside of the optical path and a third mirror positioned outside of the optical path, wherein when the first mirror is in the first position the first mirror reflects | *Sugiyama*, *Haenel*, and *Dominic* and/or the Admitted Prior Art in the '652 Patent are applied as above against claim 1.<br><br>*Schiff* (EX1009) discloses a three-mirror system (mirrors 10, 12 and 14) of claim 11 in an imaging device (*Id.*, 1:6-9: Fig. 1).<br><br>*Schiff* discloses an imaging device in the form of a compact multiple image camera also with a color filter wheel (filter disc 106). (*Id.*, 4:63-5:6). *Schiff* discloses a filter assembly positioned between a lens (lens 102 or 104) and an image sensor (camera back 37), the filter assembly comprising a filter wheel 106 having a rotational axis generally parallel to the optical path 30 from the lens to the image sensor (*Id.*, 5:22-44), and a reflector (mirror 10) carried by the filter assembly movable in first and second positions in and out of alignment with the optical path 30 that when positioned at least partially in the optical path reflects at least a portion of the light toward an input (filter and lens assembly 16 and optical system housing for assembly 16) different than the image sensor (camera back 37) (*Id.*, 3:53-63: Fig. 1), and wherein the filter wheel 106 carries color filters 134, 136 and 138, the filter wheel configured to move a filter at least partially aligned with the optical path in a filtering position and out of alignment with the optical path in a non-filtering position, and wherein when the reflector is in a second position outside |

274

| Claim | Disclosure in *Sugiyama* and *Haenel*, further in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent and further in view of *Schiff* |
|---|---|
| at least a portion of the light to the second mirror, and the second mirror reflects at least a portion of the light to the third mirror. | of the optical path the filter carried by the filter wheel is configured to be in a filtering position in the optical path (*Id.,* 5:33-44).<br><br>*Schiff* also discloses what is described as a folded optical path system comprising three mirrors 10, 12, 14. (*Id.,* 3:16-22). An annotated version of Fig. 1 is reproduced below.<br><br><br><br>In the folded optical path system, mirror 10 is positioned in the primary optical path 30 between a lens and an imaging sensor. Mirror 10 is slidably mounted for transverse motion to and from a first position, illustrated in dotted lines in FIG. 1, wherein the mirror 10 operates to reflect light received along optical path 30, at right angles along optical path leg 32, to the mirror 12 outside of the primary optical path 30. Mirror 12 reflects light along a second optical path 34 to an optical input 16 including lens and a second filter wheel and after passing through optical input 16 to a third mirror 14. Thus, an image of the screen may be photographed on the film 22. For use of the auxiliary camera module 37, 38, mirror 10 is slid to a second position, shown in solid lines, in which the optical path leg 30 completely bypasses the mirror and strikes |

275

| | Claim | Disclosure in *Sugiyama* and *Haenel*, further in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent and further in view of *Schiff* |
|---|---|---|
| | | the aligned lens and filter system 38 of the auxiliary camera module. (*Id.*, 3:53-63). |
| | | Considering *Schiff* discloses an analogous prior art imaging system including a filter assembly comprised of a filter wheel and a reflector carried by the filter assembly for determining whether at least a portion of light entering the imaging system is reflected to an alternate image sensor, it would have been obvious at the time the claimed invention was made for a POSITA to incorporate a three mirror system such as disclosed by Schiff into an imaging device such as that in Sugiyama as modified by *Haenel* as recited in claim 11. |
| | | Therefore, *Sugiyama* and *Haenel* in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent and further in view of *Schiff* renders obvious each and every feature of claim 11. |
| 12 | The imaging device of claim 11 wherein each of the first, second, and third mirrors is independently adjustable within the imaging device. | *Sugiyama*, *Haenel*, and *Dominic* and/or the Admitted Prior Art in the '652 Patent are applied as above against claim 11. *Schiff* discloses that at least mirror 10 is moveable/adjustable independent of the other two mirrors 12 and 14 in the folded mirror system. (EX1009, 3:53-58). It would have been obvious at the time the claimed invention was made for a POSITA to not only configure mirror 10 to be adjustable but also mirrors 12 and 14. |

276

| | Claim | Disclosure in *Sugiyama* and *Haenel*, further in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent and further in view of *Schiff* |
|---|---|---|
| | | Therefore, *Sugiyama* and *Haenel* in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent and further in view of *Schiff* renders obvious each and every feature of claim 11. |
| 14 | The system of claim 13 wherein the reflector is a first mirror, and wherein the system further comprises second and third mirrors carried by the body, and wherein when the first mirror is positioned between the lens and the imaging sensor the first mirror reflects light to the second mirror, the second mirror reflects light from the first | *Sugiyama*, *Haenel*, and *Dominic* and/or the Admitted Prior Art in the '652 Patent are applied as above against claim 1.<br><br>As described above, *Schiff* (EX1009) discloses a three-mirror folded optical path system in which mirror 10 is positioned in the primary optical path 30 between a lens and an imaging sensor. Mirror 10 is slidably mounted for transverse motion to and from a first position, illustrated in dotted lines in FIG. 1, wherein the mirror 10 operates to reflect light received along optical path 30, at right angles along optical path leg 32, to the mirror 12 outside of the primary optical path 30. Mirror 12 reflects light along a second optical path 34 to an optical input 16 including lens and a second filter wheel and after passing through optical input 16 to a third mirror 14. Thus, an image of the screen may be photographed on the film 22. For use of the auxiliary camera module 37, 38, mirror 10 is slid to a second position, shown in solid lines, in which the optical path leg 30 completely bypasses the mirror and strikes the aligned lens and filter system 38 of the auxiliary camera module. (*Id.*, 3:53-63).<br><br>Considering *Schiff* discloses an analogous prior art imaging system including a filter assembly comprised of a filter wheel and a reflector carried by the filter assembly for determining whether at least a portion of light entering the imaging system is reflected to an alternate image sensor, it would have been obvious at the time the claimed invention was made for a POSITA to incorporate a three mirror system such as |

| Claim | Disclosure in *Sugiyama* and *Haenel*, further in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent and further in view of *Schiff* |
|---|---|
| mirror to the third mirror, and the third mirror reflects light from the second mirror to the optical input. | disclosed in Schiff into an imaging device such as that in Sugiyama and Haenel combined with the optical input to a spectrometer as disclosed in *Dominic*.<br><br>Therefore, *Sugiyama* and *Haenel* in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent and further in view of *Schiff* renders obvious each and every feature of claim 14. |
| **22**   The method of claim 18 wherein the reflector is a first mirror, and wherein reflecting at least a portion of the light comprises: reflecting at least a portion of the light from the first mirror to a second mirror, and reflecting at least a portion of the light from the second | *Sugiyama*, *Haenel*, and *Dominic* and/or the Admitted Prior Art in the '652 Patent are applied as above against claim 18.<br>*Schiff* (EX1009) discloses a three-mirror system (mirrors 10, 12 and 14) of claim 11 in an imaging device. (*Id.*, 1:6-9: Fig. 1).<br><br>*Schiff* discloses an imaging device in the form of a compact multiple image camera also with a color filter wheel (filter disc 106; *Id.*, 4:63-5:6). *Schiff* discloses a filter assembly positioned between a lens (lens 102 or 104) and an image sensor (camera back 37), the filter assembly comprising a filter wheel 106 having a rotational axis generally parallel to the optical path 30 from the lens to the image sensor (*Id.*, 5:22-44), and a reflector (mirror 10) carried by the filter assembly movable in first and second positions in and out of alignment with the optical path 30 that when positioned at least partially in the optical path reflects at least a portion of the light toward an input (filter and lens assembly 16 and optical system housing for assembly 16) different than the image sensor (camera back 37) (*Id.;* 3:53-63; Fig. 1), and wherein the filter wheel 106 carries color filters 134, 136 and 138, the filter wheel configured to move a filter at least partially aligned with the optical path in a filtering position and out of alignment with the optical path in a non-filtering |

| | Claim | Disclosure in *Sugiyama* and *Haenel*, further in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent and further in view of *Schiff* |
|---|---|---|
| | mirror to a third mirror, wherein the second and third mirrors are not aligned with the optical axis. | position, and wherein when the reflector is in a second position outside of the optical path the filter carried by the filter wheel is configured to be in a filtering position in the optical path (*Id.;* 5:33-44).<br><br>*Schiff* also discloses what is described as a folded optical path system comprising three mirrors 10, 12, 14. (*Id.,* 3:16-22). An annotated version of Fig. 1 is reproduced below.<br><br><br><br>In the folded optical path system, mirror 10 is positioned in the primary optical path 30 between a lens and an imaging sensor. Mirror 10 is slidably mounted for transverse motion to and from a first position, illustrated in dotted lines in FIG. 1, wherein the mirror 10 operates to reflect light received along optical path 30, at right angles along optical path leg 32, to the mirror 12 outside of the primary optical path 30. Mirror 12 reflects light along a second optical path 34 to an optical input 16 including lens and a second filter wheel and after passing through optical input 16 to a third mirror 14. Thus, an image of the screen may be photographed on the film 22. For use of the auxiliary camera module 37, 38, mirror 10 is slid to a second position, shown in solid lines, in |

279

| Claim | Disclosure in *Sugiyama* and *Haenel*, further in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent and further in view of *Schiff* |
|---|---|
| | which the optical path leg 30 completely bypasses the mirror and strikes the aligned lens and filter system 38 of the auxiliary camera module. (*Id.,* 3:53-63). Considering *Schiff* discloses an analogous prior art imaging system including a filter assembly comprised of a filter wheel and a reflector carried by the filter assembly for determining whether at least a portion of light entering the imaging system is reflected to an alternate image sensor, it would have been obvious at the time the claimed invention was made for a POSITA to incorporate a three mirror system such as disclosed by *Schiff* into an imaging device such as that in Sugiyama and *Haenel*. Therefore, *Sugiyama* and *Haenel* in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent and further in view of *Schiff* renders obvious each and every feature of claim 22. |

(xii)   **Proposed Rejection E1: Claims *1-10, 13, 15- 21 and 23* are rendered obvious under 35 U.S.C. § 103(a) by *Kreysar '049* in view of *Haenel, Dominic* and/or the Admitted Prior Art in the '652 Patent.**

**Claim 1**

| | Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| [1.0] | 1. An imaging device, comprising: | *Kreysar '049* discloses an imaging device. (EX1007, ¶ [0001]-[0002]; ¶ [0013]-[0014]). |

280

| | Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | | *Kreysar '049* discloses an imaging device, in particular an imaging photometer described as a type of digital camera (*Id.*, ¶ [0001]-[0002]) including a filter assembly positioned between a lens (lens assembly 110) and an image sensor 180 (*Id.*, ¶ [0013]-[0014]). |
| [1.1] | a lens configured to introduce light into the imaging device along an optical path; | *Kreysar '049* discloses a lens configured to introduce light into the imaging device along an optical path, as shown in Figure 1A below. (EX1007, ¶ [0014]; Fig. 1A).<br><br><br><br>*Fig. 1A*<br><br>*Kreysar '049* discloses the imaging photometer includes an imaging lens assembly 110 releasably coupled to a cover unit 112. The lens assembly 110 can include one or more lenses and/or optical elements configured to shape, size, and/or condition the light from the light source L before directing the light along the optical axis A toward the shutter assembly 120. (*Id.*, ¶ [0014]). |
| [1.2] | an image sensor spaced apart from the lens and configured | *Kreysar '049* discloses an image sensor spaced apart from the lens and configured to receive at least a portion of the light along the optical path, as shown in Figure 1A below. (EX1007, ¶ [0013]; Fig. 1A). |

281

| | Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | to receive at least a portion of the light along the optical path; | Fig. 1A<br><br>*Kreysar '049* discloses the rotary shutter assembly 120 is configured to rotatably move about an axis to allow light traveling through the imaging photometer 100 along an optical axis A to be imaged upon an image sensor 180 within the photometer for a desired exposure time. (*Id.*, ¶ [0013]).<br><br>The image sensor 180 is spaced apart from lens assembly 110 and configured to receive at least a portion of the light along the optical path. |
| [1.3] | a filter assembly positioned between the lens and the image sensor, wherein the filter assembly comprises a filter wheel | *Kreysar '049* discloses a filter assembly positioned between the lens and the image sensor, wherein the filter assembly comprises a filter wheel configured to rotate about a rotational axis that is generally parallel to the optical path. (EX1007, ¶¶ [0023], [0024]; Fig. 1A).<br><br>*Kreysar '049* discloses a filter assembly that comprises a filter wheel (first and second filter wheels 140a and 140b) carrying a plurality of filters 19, the filter wheels each having a rotational axis generally parallel to the optical (optical axis A) from the lens to the image sensor, and a reflector (a neutral density filter) carried by the second filter wheel 140b |

282

| | Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | configured to rotate about a rotational axis that is generally parallel to the optical path; and | at a location of an opening for one of the filters in the filter wheel, which "can reduce transmission of light using either reflection or absorption. Reflective neutral density filters, for example, use partial reflection to reduce light transmission evenly" (*Id.*, ¶ [0023]).<br><br>As shown in Figure 1A below, filter wheels 140a and 140b are positioned between the lens assembly 110 and the image sensor 180.<br><br><br>*Fig. 1A*<br><br>Further, *Kreysar '049* discloses the shutter assembly 120, first filter wheel 140a, and second filter wheel 140b can be rotatably mounted to a camera housing 160 with a suitable fastener 162 that projects along the axis B through the central aperture 123 of the shutter assembly 120 and the central apertures 152 of the first and second filter wheels 140a and 140b. The shutter assembly 120 and the first and second filter wheels 140a and 140b can accordingly rotatably move about the axis B, that is generally parallel to the optical axis A in a correlated manner to precisely align the shutter assembly 120 and one or more desired filters with the optical axis A. (*Id.*, ¶ [0024]). |
| [1.4] | a reflector carried by the | *Kreysar '049* discloses a reflector carried by the filter assembly that reflects at least a portion of the light, wherein the filter assembly is |

| Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
| filter assembly, wherein the filter assembly is configured to move the reflector between first and second positions, and wherein in the first position the reflector is at least partially aligned with the optical path and reflects at least a portion of the light toward an input different than the image sensor, and in the second position the reflector is positioned outside of the optical path. | configured to move the reflector between first and second positions in and out of alignment with the optical axis A. (EX1007, ¶¶ [0023], [0024], [0026]; Fig. 1A).<br><br>*Kreysar '049* discloses a reflector (a neutral density filter) carried by the second filter wheel 140b at a location of an opening for one of the filters in the filter wheel, which "can reduce transmission of light using either reflection or absorption. Reflective neutral density filters, for example, use partial reflection to reduce light transmission evenly." (*Id.*, ¶ [0023]).<br><br>As shown in Figure 1A below, *Kreysar '049* discloses the filter assembly including first filter wheel 140a, and second filter wheel 140b configured to be rotatably mounted to a camera housing 160 with a suitable fastener 162 that projects along the axis B through the central aperture 123 of the shutter assembly 120 and the central apertures 152 of the first and second filter wheels 140a and 140b. The shutter assembly 120 and the first and second filter wheels 140a and 140b can accordingly rotatably move about the axis B, that is generally parallel to the optical axis A in a correlated manner to precisely align the shutter assembly 120 and one or more desired filters with the optical axis A. (*Id.*, ¶ [0024]).<br><br><br>*Fig. 1A* |

284

| Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
| | *Kreysar '049* discloses the photometer 100 can further include a controller 190 configured to precisely coordinate the movement of the shutter assembly 120 and the first and second filter wheels 140a and 140b such that (a) the first or second apertures 126 and 128 of the shutter 122 and (b) the filters of the first and second filter wheels 140a and 140b are aligned with the optical axis A for image measurement. The controller 190 can also be operably coupled to the image sensor 180 to collect, organize, and/or calibrate the image measurement data. (*Id.*, ¶ [0026]).<br><br>*Kreysar '049*, thus, discloses wherein the filter wheel 140b is configured to move the reflector (the neutral density filter) carried by filter wheel 140b into a first position is at least partially aligned with the optical axis A and reflects at least a portion of the light and into a second position wherein the reflector is positioned outside of alignment with the optical axis A.<br><br>*Dominic* (EX1008) teaches that various types of reflectors are interchangeable for the purpose of reflecting at least a portion of light in the optical path toward an optical input different than an image sensor in the optical path in an imaging device allowing the same area of light to be measured by two different image sensors. Dominic teaches, for example, that a mirror, prism, beamsplitter, or another type of reflector, are all interchangeable and can be substituted one for another for such purpose. (*Id.*, ¶ [0023]). |

*Dominic* further teaches that a moveable reflector can be substituted for a beam splitter, wherein the movement of the reflector can be the movement that "can be, for example, translational, rotational, or any combination thereof" in and out of alignment with the optical path. (*Id.* ¶ [0030]).

*Haenel* (EX1003) discloses a reflector carried by the filter assembly, wherein the filter assembly is configured to move the reflector in and out of alignment with the optical path from the lens.

*Haenel* teaches that the reflector can be carried either by the filter assembly or directly by the filter wheel itself and that the two embodiments are interchangeable for the purpose of reflecting at least a portion of the light toward an input different than the image sensor. (*Id.*, 6:6-13).

*Haenel* describes an embodiment in which a reflector (mirror 24) is disposed on a carrier 22 mounted in a guide 21, i.e., on a micro roll table equipped with a controllable drive 42, 43 (not shown in FIG. 1). The position of the first mirror 24, depends on the functional state of the camera, i.e., as shown in FIG.2 mirror 24 is either within the optical path (primary beam path 12) or outside of the optical path 12 (the latter position being indicated by the fragmentary view of mirror 24 in FIG. 2). (*Id.*, 5:48-59).

In an alternative embodiment, *Haenel* describes a reflector directly carried by a filter wheel. *Haenel* describes that a "first mirror 24 may be disposed in a mount 23 (shown in dotted lines in Fig. 1) fastened to the filter wheel 15 at the location of an opening for one of the filters 19." (*Id.*, 5:56-59; 6:6-9).

Specifically, *Haenel* discloses a reflector carried by a filter wheel: "A first mirror 24 is disposed on a carrier 22 mounted in a guide 21, i.e. on a micro roll table equipped with a controllable drive 42, 43 (not shown in FIG. 1)." (*Id.*, 5:48–50).



Fig. 1

"In a further embodiment, first mirror 24 may be disposed in a mount 23 (shown in dotted lines in FIG. 1) fastened to filter wheel 15 at the location of an opening for one of the filters 19." (*Id.*, 5:56–59).

"In the further embodiment in which first mirror 24 and mount 23 are mounted as an attached component at the location of a filter opening in filter wheel 15 which is built into the camera, the reflecting surface of mirror 24 lies completely in the primary beam path 12 if filter wheel is rotated into a predetermined position." (*Id.*, 6:31–37).

In addition, *Haenel* states, "First mirror 24 may be replaced by a known pivotal mirror with associated pivot drive or by a known fixed, partially

| | Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | | transmitting beam dividing mirror in a manner understood by those skilled in the art." (*Id.*, 6:39–42).<br><br>Accordingly, it would have been obvious to modify *Kreysar '049* such that the reflector (the neutral density filter) is replaced by, interchanged with, a reflector carried by a filter assembly, or even carried by the filter wheel 140b of *Kreysar '049*, as disclosed in *Haenel.* A POSITA would have been motivated to make such a modification to *Kreysar '049* to make more efficient use of space. It likewise would have been obvious to replace the reflector in *Kreysar '049*, shown above, with a reflector carried by the filter wheel 3, as disclosed in *Haenel.* A POSITA would have been motivated to make such a modification to *Kreysar '049* to make a more efficient use of space as well as to utilize the reflective properties of the mirror to reflect at least a portion of the light toward an input different than the image sensor allowing the user to measure the same area of light of a sample light source with two different image sensors.<br><br>The filter assembly of *Kreysar '049*, as modified above, is configured to move the reflector between first and second positions, wherein in the first position the reflector is at least partially aligned with the optical path and reflects at least a portion of the light toward an input different than the image sensor, and in the second position the reflector is positioned outside of the optical path.<br><br>Therefore, *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent renders obvious each and every feature of claim 1. |

**Claim 2**

| | Claim | Disclosure in Kreysar '049 in view of Haenel and further in view of Dominic and/or the Admitted Prior Art |
|---|---|---|
| 2 | The imaging device of claim 1, further comprising a filter carried by the filter wheel, wherein the filter wheel is configured to move the filter between filtering and non-filtering positions, wherein in the filtering position the filter is at least partially aligned with the optical path and filters at least a portion of the light, and in the non-filtering position the filter is | *Kreysar '049*, *Haenel*, and *Dominic* and/or the Admitted Prior Art in the '652 Patent are applied as above against claim 1.<br><br>*Kreysar '049* discloses a filter carried by the filter wheel, wherein the filter wheel is configured to move the filter between filtering and non-filtering positions, and wherein in the filtering position the filter is at least partially aligned with the optical path and filters at least a portion of the light, and in the non-filtering position the filter is positioned out of alignment with the optical path. (EX1007, ¶¶ [0024], [0026]; Fig. 1A).<br><br>As shown in Figure 1A below, *Kreysar '049* discloses the filter assembly including first filter wheel 140a, and second filter wheel 140b can be rotatably mounted to a camera housing 160 with a suitable fastener 162 that projects along the axis B through the central aperture 123 of the shutter assembly 120 and the central apertures 152 of the first and second filter wheels 140a and 140b. The shutter assembly 120 and the first and second filter wheels 140a and 140b can accordingly rotatably move about the axis B, that is generally parallel to the optical axis A in a correlated manner to precisely align the shutter assembly 120 and one or more desired filters with the optical axis A. *(Id.*, ¶ [0024]). |

| Claim | Disclosure in Kreysar '049 in view of Haenel and further in view of Dominic and/or the Admitted Prior Art |
| --- | --- |
| positioned out of alignment with the optical path. | |

*Fig. 1A*

*Kreysar '049* discloses the photometer 100 can further include a controller 190 configured to precisely coordinate the movement of the shutter assembly 120 and the first and second filter wheels 140a and 140b such that (a) the first or second apertures 126 and 128 of the shutter 122 and (b) the filters of the first and second filter wheels 140a and 140b are aligned with the optical axis A for image measurement. The controller 190 can also be operably coupled to the image sensor 180 to collect, organize, and/or calibrate the image measurement data. (*Id.*, ¶ [0026]).

Moreover, it was well-known by persons of ordinary skill in the art at that time of the invention that rotary filter could include non-filtering positions, such as open positions or shutters.

Therefore, *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent renders obvious each and every feature of claim 2.

290

**Claim 3**

| | Claim | Disclosure in Kreysar '049 in view of Haenel and further in view of Dominic and/or the Admitted Prior Art |
|---|---|---|
| 3 | The imaging device of claim 2 wherein the reflector is in the second position when the filter is in the filtering position. | *Kreysar '049*, *Haenel*, and *Dominic* and/or the Admitted Prior Art in the '652 Patent are applied as above against claims 1 and 2.<br><br>Specifically, as shown in Figure 1A above, *Kreysar '049* (EX1007) discloses the filter assembly including first filter wheel 140a, and second filter wheel 140b can be rotatably mounted to a camera housing 160 with a suitable fastener 162 that projects along the axis B through the central aperture 123 of the shutter assembly 120 and the central apertures 152 of the first and second filter wheels 140a and 140b. The shutter assembly 120 and the first and second filter wheels 140a and 140b can accordingly rotatably move about the axis B, that is generally parallel to the optical axis A in a correlated manner to precisely align the shutter assembly 120 and one or more desired filters with the optical axis A. (*Id.*, ¶ [0024]; Fig. 1A). Thus, the filter wheels 140a and 140b are configured to place the reflector (the neutral density filter) on filter wheel 140b in a second position outside of alignment with the optical axis A while filter wheel 140a is configured to place a filter in a filtering position in alignment with optical axis A.<br><br>Moreover, as discussed above, *Haenel* (EX1003) describes a mirror being an attached component of a filter assembly, that can be a filter wheel, at the location of a filter opening in a filter wheel which is built into the camera, the reflecting surface of mirror the lying completely outside of alignment with the optical path if the filter wheel is rotated into a predetermined position with a filter of its filter wheel in the filtering position. (*Id.* 6:31–38). |

291

| Claim | Disclosure in Kreysar '049 in view of Haenel and further in view of Dominic and/or the Admitted Prior Art |
|---|---|
| | Therefore, *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent renders obvious each and every feature of claim 3. |

## Claim 4

| | Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| 4 | The imaging device of claim 1, wherein the input different than the image sensor comprises an optical input configured to collect at least a portion of the light reflected by the reflector when the reflector is in the first position, and wherein the optical input is configured to transmit the | *Kreysar '049*, *Haenel*, and *Dominic* and/or the Admitted Prior Art in the '652 Patent are applied as above against claim 1.

*Dominic* (EX1008), which is generally directed to a dual colorimeter and spectrometer, discloses the use of a fiber optic to collect reflected light. *Dominic* discloses an embodiment (FIG. 5) wherein light is reflected to and configured to be collected by an optical input in the form of a fiber optic 124 towards detector 104 when the reflector is in a first position aligned with the optical path and to the second detector 102 when moved out of alignment with the optical path 108. (*Id.*, ¶¶ [0019], [0023]; Fig. 5).

*Dominic* further teaches that detector 104 can be part of a spectrophotometer, spectroradiometer, or calorimeter. The spectrophotometer, spectroradiometer, or colorimeter can be part of the apparatus 100, or alternatively, components of a spectrophotometer, spectroradiometer, calorimeter, or any other device for analyzing signals from the detector 104, can be part of the apparatus 100. (*Id.*, ¶ [0029]; *see also* Fig. 5 below). |

**Page 293 of 565**

| | Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | reflected light to a spectrometer. | <br><br>Figure 5<br><br>Furthermore, in the Background of the '652 Patent, the inventors state that Figures 1A and 1B (which are Applicant Admitted Prior Art) show schematic illustrations of a conventional system for collecting light within a camera. (EX1001, 1:32–34). The '652 Patent further states that, "[r]eferring to FIGS. 1A and 1B together, the light passes through a lens assembly or imaging lens 102, and the system 100 sends the light to an optical or spectrometer fiber optic input 104. The optical fiber 104 in turn transmits the light to a spectrometer (not shown)." (*Id.*, 1:34–38).<br><br>Therefore, *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent renders obvious each and every feature of claim 4. |

## Claim 5

| | Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| 5 | The imaging device of claim | *Kreysar '049*, *Haenel*, and *Dominic* and/or the Admitted Prior Art in the '652 Patent are applied as above against claim 4. |

293

| Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
| 4 wherein the optical input is a light pipe. | As discussed above, there are many examples of the use of a light pipe (*e.g.*, a fiber optic) to transmit reflected light to spectrometers in the prior art.<br><br>For example, *Dominic* (EX1008), which is generally directed to a dual colorimeter and spectrometer, discloses the use of a fiber optic to collect reflected light. *Dominic* discloses an embodiment (FIG. 5) wherein light is reflected to and collected by an optical input in the form of a fiber optic 124 towards detector 104 when the reflector is in a first position aligned with the optical path and to the second detector 102 when moved out of alignment with the optical path 108. (*Id.*, ¶¶ [0019], [0023]; Fig. 5)<br><br>*Dominic* further teaches that detector 104 can be part of a spectrophotometer, spectroradiometer, or calorimeter. The spectrophotometer, spectroradiometer, or colorimeter can be part of the apparatus 100, or alternatively, components of a spectrophotometer, spectroradiometer, calorimeter, or any other device for analyzing signals from the detector 104, can be part of the apparatus 100. (*Id.*, ¶ [0029]; *see also* Fig. 5 below). |

| Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
| |  Figure 5 Furthermore, in the Background of the '652 Patent, the inventors state that Figures 1A and 1B (which are Applicant Admitted Prior Art) show schematic illustrations of a conventional system for collecting light within a camera. (EX1001, 1:32–34). The '652 Patent further states that, "[r]eferring to FIGS. 1A and 1B together, the light passes through a lens assembly or imaging lens 102, and the system 100 sends the light to an optical or spectrometer fiber optic input 104. The optical fiber 104 in turn transmits the light to a spectrometer (not shown)." (*Id.*, 1:34–38). In view of *Dominic* and/or the Applicant Admitted Prior Art in the '652 Patent, it would have been obvious to a person of ordinary skill in the art at the time of the invention of the '652 Patent to modify *Kreysar '049* to incorporate an optical input or fiber optic bundle, in particular a light pipe, to collect a portion of the light reflected by a reflector when it is aligned with the optical path and transmit the reflected light to a spectrometer allowing the user to measure the same area of light with two different image sensors. |

295

| | Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | | Therefore, *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent renders obvious each and every feature of claim 5. |

**Claim 6**

| | Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| 6 | The imaging device of claim 4 wherein the optical input is an optical fiber. | *Kreysar '049*, *Haenel*, and *Dominic* and/or the Admitted Prior Art in the '652 Patent are applied as above against Claim 4.<br><br>As discussed above, there are many examples of the use of a fiber optic to transmit reflected light to spectrometers in the prior art.<br><br>For example, *Dominic* (EX1008), which is generally directed to a dual colorimeter and spectrometer, discloses the use of a fiber optic to collect reflected light. *Dominic* discloses an embodiment (FIG. 5) wherein light is reflected to and collected by an optical input in the form of a fiber optic 124 towards detector 104 when the reflector is in a first position aligned with the optical path and to the second detector 102 when moved out of alignment with the optical path 108. (*Id.,* ¶¶ [0019], [0023]; Fig. 5)<br><br>*Dominic* further teaches that detector 104 can be part of a spectrophotometer, spectroradiometer, or calorimeter. The spectrophotometer, spectroradiometer, or colorimeter can be part of the apparatus 100, or alternatively, components of a spectrophotometer, spectroradiometer, calorimeter, or any other device for analyzing signals |

| Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
| | from the detector 104, can be part of the apparatus 100. (*Id.*, ¶ [0029]; *see also* Fig. 5 below). |

Figure 5

Furthermore, in the Background of the '652 Patent, the inventors state that Figures 1A and 1B (which are Applicant Admitted Prior Art) show schematic illustrations of a conventional system for collecting light within a camera. (EX1001, 1:32–34). The '652 Patent further states that, "[r]eferring to FIGS. 1A and 1B together, the light passes through a lens assembly or imaging lens 102, and the system 100 sends the light to an optical or spectrometer fiber optic input 104. The optical fiber 104 in turn transmits the light to a spectrometer (not shown)." (*Id.*, 1:34–38).

In view of *Dominic* and/or the Applicant Admitted Prior Art in the '652 Patent, it would have been obvious to a person of ordinary skill in the art at the time of the invention of the '652 Patent to modify *Kreysar '049* to incorporate an optical input that is an optical fiber to collect a portion of the light reflected by a reflector when it is aligned with the optical path, and transmit the reflected light to a spectrometer allowing the user to measure the same area of light with two different image sensors.

297

| | Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | | Therefore, *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent renders obvious each and every feature of claim 6. |

**Claim 7**

| | Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| 7 | The imaging device of claim 1 wherein the reflector comprises a continuous surface mirror. | *Kreysar '049*, *Haenal*, and *Dominic* and/or the Admitted Prior Art in the '652 Patent are applied as above against claim 1.<br><br>*Haenel* discloses the first mirror 24 as a singular "first reflecting surface," which is inherently a continuous surface mirror. (EX1003, *e.g.*, 6:6.) Alternatively, it would have been obvious to a POSITA that this refers to a continuous surface mirror.<br><br>Moreover, *Dominic* (EX1008) teaches that various types of reflectors are interchangeable for the purpose of reflecting at least a portion of light in the optical path toward an optical input different than an image sensor in the optical path in an imaging device. Dominic teaches, for example, that a mirror, prism, beamsplitter, or another type of reflector, are all interchangeable for such purpose. (*Id.*, ¶ [0023]).<br><br>Thus, to the extent *Haenel* is considered to not teach a continuous surface mirror, it would have been obvious in view of *Dominic* to a POSITA that the reflector of *Kreysar '049* can be substituted for a continuous surface mirror. |

| | Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | | Therefore, *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent renders obvious each and every feature of claim 7. |

## Claim 8

| | Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| 8 | The imaging device of claim 1 wherein the reflector comprises a Fresnel mirror. | *Kreysar '049*, *Haenel*, and *Dominic* and/or the Admitted Prior Art in the '652 Patent are applied as above against claim 1.<br><br>*Dominic* (EX1008) teaches the reflector (the coupling element 116) can be a movable or rotational optical element, such as a mirror, prism, beamsplitter, another type of reflector, or a fiber bundle, that has at least two positions to selectively direct light when in a first position to the first detector 104 or in a second position to the second detector 102. FIG. 5 illustrates an embodiment similar to that in FIG. 3 except that the light is directed along a fiber optic 124 towards the first detector 104 when the coupling element is in a first position aligned with the optical path and to the second detector 102 when moved out of alignment with the optical path 108. (*Id.*, ¶ [0023]).<br><br>*Dominic*, thus, teaches, that any of these coupling elements, for example, a mirror, prism, beamsplitter, or another type of reflector, are interchangeable and can be substituted one for another for the purpose of moving the reflector between first and second positions in and out of alignment with an optical path such that when positioned at least partially in the optical path reflects at least a portion of light in the optical |

| | Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | | path toward an optical input different than an image sensor in the optical path. |
| | | It would, thus, be obvious for a POSITA to substitute one type of reflector (such as a Fresnel mirror) for another type of reflector or mirror. |
| | | Therefore, *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent renders obvious each and every feature of claim 8. |

**Claim 9**

| | Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| 9 | The imaging device of claim 1 wherein the reflector comprises a diffuser. | *Kreysar '049*, *Haenel*, and *Dominic* and/or the Admitted Prior Art in the '652 Patent are applied as above against claim 1.<br><br>*Dominic* (EX1008) teaches the reflector (the coupling element 116) can be a movable or rotational optical element, such as a mirror, prism, beamsplitter, another type of reflector, or a fiber bundle, that has at least two positions to selectively direct light when in a first position to the first detector 104 or in a second position to the second detector 102. FIG. 5 illustrates an embodiment similar to that in FIG. 3 except that the light is directed along a fiber optic 124 towards the first detector 104 when the coupling element is in a first position in alignment with the optical path and to the second detector 102 when moved out of alignment with the optical path 108. (*Id.*, ¶ [0023]). |

*Dominic*, thus, teaches that any of these coupling elements, for example, a mirror, prism, beamsplitter, or another type of reflector, are interchangeable and can be substituted one for another for the purpose of moving the reflector between first and second positions in and out of alignment with an optical path such that when positioned at least partially in the optical path reflects at least a portion of light in the optical path toward an optical input different than an image sensor in the optical path.

It would, thus, be obvious for a POSITA to substitute one type of reflector (such as a diffuser) for another type of reflector or mirror.

Therefore, *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent renders obvious each and every feature of claim 9.

## Claim 10

| | Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| 10 | The imaging device of claim 1 wherein the filter assembly has a thickness, and wherein the reflector fits within a thickness of the filter assembly. | *Kreysar '049*, *Haenel*, and *Dominic* and/or the Admitted Prior Art in the '652 Patent are applied as above against claim 1.<br><br>Neither the '652 Patent specification nor claim 10 provide a point of reference for determining what constitutes a thickness of the filter assembly. For example, neither specifies whether the "thickness" is determined in the longitudinal direction along the optical path or in a direction transverse to the optical path.<br><br>Considering that the filter assembly is defined as comprising both the filter wheel and the reflector, and that both the filter wheel and the |

| Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
| | reflector are component parts of the filter assembly, whether or not the reflector is carried by the filter wheel, inherently the reflector is within a thickness of the filter assembly. |

*Kreysar '049* (EX1007) discloses a filter assembly that has a thickness, and wherein the reflector (the neutral density filter) fits within a thickness of the filter assembly.

*Kreysar '049* discloses "[t]he body portions 144 (and the corresponding base plates 146 and cover plates 148) include a plurality of filter apertures 150 (six are shown as 150a-f) arranged circumferentially about a central aperture 152. The filter apertures 150a-f are configured to releasably hold various types of filters. In the illustrated embodiment, for example, one or more color filters (not shown) can be carried by the first filter wheel 140a and one or more neutral density filters (not shown) can be carried by the second filter wheel 140b. In other embodiments, however, the arrangement of the filters within the first and second filter wheels 140a and 140b can be different." (*Id.*, ¶ [0021]).

Moreover, *Haenel* (EX1003), as discussed above, discloses that the reflector fits within a thickness of the filter assembly. In the embodiment wherein the reflector (mirror 24) is disposed in a mount 23 (shown in dotted lines in FIG. 1) fastened to filter wheel 15 at the location of an opening for one of the filters 19, the dotted lines in Fig. 1 fit within the opening for a filter in the filter wheel and, thus, fits within a transverse thickness of the filter assembly. (*Id.*, 5:56-59).

302

| Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
| | Therefore, *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent renders obvious each and every feature of claim 10. |

## Claim 13

| | Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| [13.0] | A digital imaging system, comprising: | *Kreysar '049* discloses an imaging system. (EX1007, ¶¶ [0001]-[0002], [0013]-[0014]; Fig. 1A ). |
| | | *Kreysar '049* discloses an imaging device, in particular an imaging photometer described as a type of digital camera (*Id.*, ¶ [0001]-[0002]) including a filter assembly positioned between a lens (lens assembly 110) and an image sensor 180 (*Id.*, ¶ [0013]-[0014]). |
| | | *Kreysar '049* discloses a lens configured to introduce light into the imaging device along an optical path, as shown in Figure 1A below. |
| | | |
| | | Fig. 1A |
| | | *Kreysar '049* discloses the imaging photometer includes an imaging lens assembly 110 releasably coupled to a cover unit 112. The lens assembly 110 can include one or more lenses and/or optical elements |

303

| Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
| | configured to shape, size, and/or condition the light from the light source L before directing the light along the optical axis A toward the shutter assembly 120. (*Id.*, ¶ [0014]). |
| **[13.1]** a digital camera including a body; | *Kreysar '049* also discloses that its imaging system is a digital camera including a body. (EX1007, ¶¶ [0001]-[0002], [0013]-[0014], [0024]; Fig. 1A ) <br><br> Kreysar '049 discloses an imaging device, in particular an imaging photometer described as a type of digital camera (*see*, ¶ [0001]-[0002]) including a filter assembly positioned between a lens (lens assembly 110) and an image sensor 180. (*Id., see*, ¶ [0013]-[0014]). <br><br> *Kreysar '049* further discloses "[t]he shutter assembly 120, first filter wheel 140a, and second filter wheel 140b can be rotatably mounted to a camera housing 160 [a body] with a suitable fastener 162 that projects along the axis B through the central aperture 123 of the shutter assembly 120 and the central apertures 152 of the first and second filter wheels 140a and 140b. (*Id., see*, ¶ [0024]). <br><br> Further, *Haenel* (EX1003) discloses a digital camera that includes a body. The Background of the Invention states that "[t]he present invention relates to a camera for opto-electronically scanning any desired scene," and further states that the fields of use for such camera include image transmission, image processing, and image evaluation" (*Id.*, 1:6-15). |

304

| | Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | | *Haenel* further discloses "a camera having a front wall 16 in which a lens connecting device 17 is attached for mounting an exchangeable lens 20." (*Id.*, 4:57–59). |
| [13.2] | a lens carried by the body, wherein the lens allows light to enter the body; | *Kreysar '049* discloses a lens carried by the body wherein the lens allows light to enter into the body of the imaging device along an optical path, as shown in Figure 1 below. (EX1007, ¶ [0014]; Fig. 1A).<br><br><br><br>*Fig. 1A*<br><br>*Kreysar '049* discloses the imaging photometer includes an imaging lens assembly 110 releasably coupled to a cover unit 112. The lens assembly 110 can include one or more lenses and/or optical elements configured to shape, size, and/or condition the light from the light source L before directing the light along the optical axis A toward the shutter assembly 120. (*Id.*, ¶ [0014]). |

305

| Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
| | *Haenel* (EX1003) also discloses a lens carried by the body, the lens allowing light to enter the body. *Haenel* discloses "a camera having a front wall 16 in which a lens connecting device 17 is attached for mounting an exchangeable lens 20." (*Id.*, 4:57–59). The dashed/dotted line labeled as 12 is described as the major beam path or primary beam path, which is used to represent light allowed by the lens to enter the body of the camera along an optical path. (*Id., see, e.g.,* 5:28–31; 5:43–47; Fig. 1).<br><br><br>Fig. 1 |
| **[13.3]** an image sensor carried by the body, wherein the image sensor detects at least a portion of the light that enters the body; | *Kreysar '049* discloses an image sensor carried by the body wherein the image sensor detects at least a portion of the light that enters the body along the optical path, as shown in Figure 1 below. (EX1007, ¶¶ [0001]-[0002], [0013]-[0014], [0025]; Fig. 1A ) |

| Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
|  | |

*Fig. 1A*

*Kreysar '049* discloses an imaging device, in particular an imaging photometer described as a type of digital camera (*Id., see*, ¶ [0001]-[0002]) including a filter assembly positioned between a lens (lens assembly 110) and an image sensor 180 *(Id., see*, ¶ [0013]-[0014]).

*Kreysar '049* further discloses "[t]he image sensor 180 is carried by a sensor housing 182 configured to be releasably attached to the camera housing 160. The image sensor 180 can include a CCD imaging array 184 having a plurality of pixels or detectors arranged in a two-dimensional grid array. The pixels are light-sensitive cells capable of producing an electrical charge proportional to the amount of light they receive. The number of pixels in a horizontal or x-direction and a vertical or y-direction constitute the resolution of the CCD imaging array 184. The resolution of the CCD imaging array 184 should be sufficient to capture a desired imaging area of the light source L. In other embodiments, the CCD imaging array 184 can have a different arrangement of pixels or the imaging array can include a CMOS image sensor." (*Id., see*, ¶ [0025]).

307

| | Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | | Further, *Haenel* (EX1003) discloses an image sensor carried by the body wherein the image sensor detects at least a portion of the light that enters the body along the optical path, as shown in Figure 1 below.<br><br>*Haenel* discloses both a line sensor 32 and an auxiliary sensor 7 that are disposed on a carrier spaced apart from the lens. (*Id., see, e.g.,* 4:62–68).<br><br>*Haenel* further describes and illustrates the line sensor 32 and the auxiliary sensor 7 spaced apart from the lens 20, and either sensor may be configured to receive at least a portion of the light entering the body of the camera along the optical path or primary beam path 12. (*Id., see, e.g.,* 4:62–68; 5:11–14; 5:26–34;7:24–27; Fig. 1).<br><br><br>Fig. 1 |
| **[13.4]** | a filter wheel movably positioned in the body between the lens and the image sensor, | *Kreysar '049* and *Haenel* each disclose a filter wheel movably positioned in the body between the lens and the image sensor, wherein the filter wheel is configured to rotate within the body about a rotational axis that is generally parallel with an optical path of the light passing from the lens to the image sensor. (EX1007, ¶¶ [0023], [0024]; Fig. 1A.) |

308

| Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
| wherein the filter wheel is configured to rotate within the body about a rotational axis that is generally parallel with an optical path of the light passing from the lens to the image sensor; | *Kreysar '049* discloses a filter wheel movably positioned in the body between the lens and the image sensor, wherein the filter wheel is configured to rotate about a rotational axis that is generally parallel to the light path passing form the lens to the image sensor.<br><br>*Kreysar '049* discloses a filter wheel (first and second filter wheels 140a and 140b) carrying a plurality of filters 19, the filter wheel having a rotational axis generally parallel to the optical (optical axis A) from the lens to the image sensor, and a reflector (a neutral density filter, which is a type of reflector) carried by the second filter wheel 140b at a location of an opening for one of the filters in the filter wheel, which "can reduce transmission of light using either reflection or absorption. Reflective neutral density filters, for example, use partial reflection to reduce light transmission evenly." (*Id.*, ¶ [0023]).<br><br>As shown in Figure 1A below, filter wheels 140a and 140b are positioned between the lens assembly 110 and the image sensor 180.<br><br><br><br>*Fig. 1A*<br><br>Further, *Kreysar '049* discloses the shutter assembly 120, first filter wheel 140a, and second filter wheel 140b can be rotatably mounted to a camera |

309

| Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
| | housing 160 with a suitable fastener 162 that projects along the axis B through the central aperture 123 of the shutter assembly 120 and the central apertures 152 of the first and second filter wheels 140a and 140b. The shutter assembly 120 and the first and second filter wheels 140a and 140b can accordingly rotatably move about the axis B, axis B being generally parallel to the optical axis A in a correlated manner to precisely align the shutter assembly 120 and one or more desired filters with the optical axis A. (*Id.*, ¶ [0024]).<br><br>*Haenel* (EX1003) also discloses a filter wheel 15 that is located downstream of the lens 20 and upstream of the line sensor 32 or auxiliary sensor 7 and, thus, filter wheel 15 is positioned in the body of the camera between the lens and the image sensor. (*Id.*, 5:39-42; 6:48-57; Fig. 1). *Haenel* further describes that a plurality of filters 19 may be fastened to mounts 18 on the filter wheel. *Id.*<br><br><br>Fig. 1 |

310

| | Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | | Further, shown in Fig. 1 above, the filter wheel 15 is configured to rotate about a rotational axis connected to filter wheel drive 9 that is generally parallel to the optical path 12 of light passing from the lens to the image sensor. (*Id., see, e.g.,* 7:36-47). |
| [13.5] | a filter carried by the filter wheel; a reflector carried by the filter wheel, wherein the filter wheel is configured to selectively position one of the filter and the reflector between the lens and the image sensor; and | *Kreysar '049* discloses a filter carried by the filter wheel, and a reflector carried by the filter wheel, wherein the filter wheel is configured to selectively position one of the filter and the reflector between the lens and the image sensor. (EX1007, ¶¶ [0023], [0024]; Fig. 1A)<br><br>As shown in Figure 1A below, filter wheels 140a and 140b are positioned between the lens assembly 110 and the image sensor 180.<br><br><br>*Fig. 1A* |

311

Specifically, as shown in Figure 1A above, *Kreysar '049* discloses a filter assembly including first filter wheel 140a, and second filter wheel 140b that can be rotatably mounted to a camera housing 160 with a suitable fastener 162 that projects along the axis B through the central aperture 123 of the shutter assembly 120 and the central apertures 152 of the first and second filter wheels 140a and 140b. The shutter assembly 120 and the first and second filter wheels 140a and 140b can accordingly rotatably move about the axis B, that is generally parallel to the optical axis A in a correlated manner to precisely align the shutter assembly 120 and one or more desired filters with the optical axis A. (*Id.*, ¶ [0024]). Thus, the filter wheels 140a and 140b are configured to selectively position one of a filter and a reflector (the neutral density filter, which is a type of reflector, (*Id.*, ¶ [0023]) between the lens and the image sensor. For example, the filter wheels 140a and 140b are configured to position the reflector (the neutral density filter) on filter wheel 140b in a second position outside of alignment with the optical axis A while filter wheel 140a is configured to place a filter in a filtering position in alignment with optical axis A.

*Dominic* (EX1008) teaches that various types of reflectors are interchangeable for the purpose of reflecting at least a portion of light in the optical path toward an optical input different than an image sensor in the optical path in an imaging device. *Dominic* teaches, for example, that a mirror, prism, beamsplitter, or another type of reflector, are all interchangeable and can be substituted one for another for such purpose. (*Id.*, *see, e.g.*, ¶¶ [0023], [0023]).

*Dominic* further teaches that a moveable reflector can be substituted for a beam splitter, wherein the movement of the reflector can be the movement that "can be, for example, translational, rotational, or any

312

combination thereof" in and out of the optical path. (*Id. see*, e.g., ¶¶ [0023] [0030]).

However, to the extent the functionality of the reflector of *Kreysar '049* is not the same as the claimed reflector, it would have been obvious to a person of ordinary skill in the art at the time of the invention that a reflector could have been substituted for the reflector of *Kreysar '049* and mounted on either the rotary filter wheel 140a or 140b of *Kreysar '049* as shown by *Haenel*.

*Haenel* (EX1003) also discloses a filter carried by a filter wheel movably positioned in the body between the lens and the image sensor, wherein the filter wheel is configured to rotate about a rotational axis that is generally parallel to the light path passing form the lens to the image sensor, as shown in Figure 1 below and that the filter wheel can carry both a reflector and a filter.

*Haenel* discloses that a plurality of filters 19 may be fastened to mounts 18 on the filter wheel 15. (*Id.*, 5:39–42; 6:48–57; Fig. 1).

*Haenel* further discloses a first mirror 24 and mount 23 being mounted as an attached component at the location of a filter opening in filter wheel 15 built into the camera, the reflecting surface of mirror 24 laying completely in the primary beam path 12 if filter wheel 15 is rotated into a predetermined position. (*Id., see, e.g.,* 6:31–38).

313



Fig. 1

filter wheel [15]

mirror [24]

mount [23]

*Haenel*, thus, discloses a filter wheel (filter wheel 15) carrying both a filter and a reflector.

*Haenel* further discloses that when the first mirror 24 is fastened to the filter wheel 15, the reflector may be rotated in and out of a predetermined position (namely, in and out of optical path 12) by turning the filter wheel. (*Id., see, e.g.,* 6:31-38; 7:4-8; 7:34–39).

*Haenel* further discloses that in a first position, the reflector is aligned with the primary beam path 12 or optical path and reflects light toward an input different than the image sensor. (*Id., see, e.g.,* 5:48–62; 5:60–62: "First mirror 24 produces a deflected ancillary beam path 25 for a view finder sensor 30. View finder sensor 30 is likewise an area sensor"; 7:4–12). *Haenel* further discloses that that in a second position, the reflector is removed from the primary beam path 12 or optical path such that fine focusing can take place by the auxiliary sensor 7. (*Id., see, e.g.,* 7:20–31).

314

| Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
| | *Haenel* further discloses a filter wheel disposed immediately downstream of lens connecting device having a plurality of filters fastened in respective mounts which are supported by the filter wheel. (*Id., see, e.g.,* 6:48–57: "The respectively used filter 19 is concentrically pivoted into primary beam path 12"). *Haenel* further discloses the mirror 24 can be disposed on the filter wheel 15 and can be disposed in a first position completely outside of alignment with the primary beam path 12 or completely within the primary beam path 12. (*Id., see, e.g.,* 5:48–62: "The position of the first mirror 24, depends on the functional state of the camera, i.e., as shown in Fig. 2 mirror 24 is either within primary beam path 12 or outside of the primary beam path 12").<br><br>*Haenel* further discloses pivoting a previously selected filter on a filter wheel into position and then pivoting another filter on the filter wheel into position in the primary beam path. (*Id., see, e.g.,* 7:36–47). |
| [13.6] an optical input configured to receive at least a portion of the light reflected from the reflector when the filter wheel positions the reflector between the lens and the | The use of an optical input configured to receive at least a portion of the light reflected from a reflector when the filter wheel positions the reflector between a lens and an image sensor to collect a portion of reflected light was well-known by persons of ordinary skill in the art of systems for acquiring optical data, including spectrometers, at the time of the invention of the '652 Patent.<br><br>*Dominic* (EX1008) and *Haenel* (EX1003) each disclose an optical input configured to receive at least a portion of the light reflected from the reflector when the reflector is positioned between the lens and the image sensor. |

315

| | Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | image sensor; and | For example, *Dominic*, which is generally directed to a dual colorimeter and spectrometer, discloses the use of a fiber optic to collect reflected light. *Dominic* discloses an embodiment (FIG. 5) wherein light is reflected to and collected by an optical input in the form of a fiber optic 124 towards detector 104 when the reflector is in a first position aligned with the optical path and to the second detector 102 when moved out of alignment with the optical path 108. (EX1008, ¶ [0023]). |

*Dominic* further teaches that detector 104 can be part of a spectrophotometer, spectroradiometer, or calorimeter. The spectrophotometer, spectroradiometer, or colorimeter can be part of the apparatus 100, or alternatively, components of a spectrophotometer, spectroradiometer, calorimeter, or any other device for analyzing signals from the detector 104, can be part of the apparatus 100. (*Id.*, ¶ [0029]; *see also* Fig. 5 below).

Figure 5

*Haenel* (EX1003) also discloses an "optical input" – namely, "a structure that gathers light and directs it to another location" and that the optical input is configured to receive at least a portion of the light reflected from the reflector when the filter wheel positions the reflector between the lens and the image sensor.

316

| Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|-------|--------------------------------------------------------------------------------------------------|
|       | *Haenel* discloses that in a first position, the reflector is aligned with the primary beam path 12 or optical path and reflects light toward an input different than the image sensor. (*Id., see, e.g.,* 5:48–62; 5:60–62). *Haenel* further discloses that "[t]he ancillary beam path 25 is produced by way of a light focusing Fresnel lens 26, a deflecting mirror 27, which produces a true-to-side view finder image 29 and an additional lens 28 which produces a reduced image. The view finder sensor 30 is mounted on a fixed carrier 31." (*Id.,* 5:63-68).<br><br>The Fresnel lens 26 is "a structure that gathers light and directs it to another location," namely to the deflecting mirror 27 and ultimately to the additional lens 28 and view finder sensor 20, as shown in more in Figure 2 below:<br><br><br><br>Furthermore, in the Background of the '652 Patent, the inventors state that Figures 1A and 1B (which are Applicant Admitted Prior Art) show schematic illustrations of a conventional system for collecting light within a camera. (EX1001, 1:32–34). The '652 Patent further states that, "[r]eferring to FIGS. 1A and 1B together, the light passes through a lens assembly or imaging lens 102, and the system 100 sends the light to an |

317

| Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
| | optical or spectrometer fiber optic input 104. The optical fiber 104 in turn transmits the light to a spectrometer (not shown)." (*Id.*, 1:34–38).<br><br><br>FIG. 1A<br>Prior Art     FIG. 1B<br>Prior Art<br><br>In view of *Dominic* and/or the Admitted Prior Art in the '652 Patent, it was at least within the knowledge of ordinarily skilled artisan in the art at the time of the invention of the '652 Patent to use an optical input or fiber optic bundle to collect a portion of the light reflected by the reflector 20 when the first mirror (or reflector) is aligned with the primary beam path 12 or optical path, and transmit the light to the spectral sensor 21 (a spectrometer) allowing the user to measure the same area of light with two different image sensors.<br><br>Further, *Dominic* (EX1008) and/or the Admitted Prior Art in the '652 Patent (EX1001) provide motivation to combine their disclosures to use an optical input or fiber optic bundle to collect a portion of the light reflected by a reflector when the reflector is aligned with the optical path in the imaging device of *Kreysar '049*. |

318

| | Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | | Accordingly, it would have been obvious to a person of ordinary skill in the art at the time of the invention of the '652 Patent to modify *Kreysar '049* to incorporate an optical input or fiber optic bundle to collect a portion of the light reflected by a reflector when the reflector is aligned with the optical path or axis, and collect at least a portion of the reflected light with an optical input configured to receive at least a portion of the light reflected from the reflector when the filter wheel positions the reflector between the lens and the image sensor. |
| [13.7] | A spectrometer coupled to the optical input. | *Dominic* (EX1008), which is generally directed to a dual colorimeter and spectrometer, discloses a spectrometer coupled to an optical input configured to receive at least a portion of the light reflected from a reflector and the use of an optical input, in particular a fiber optic to collect the reflected light. Dominic discloses an embodiment (FIG. 5) wherein light is reflected to and collected by an optical input in the form of a fiber optic 124 towards detector 104 when the reflector is in a first position aligned with the optical path and to the second detector 102 when moved out of alignment with the optical path 108. (*Id.*, ¶¶ [0019], [0023]; Fig. 5). <br><br> *Dominic* further teaches that detector 104 can be part of a spectrophotometer, spectroradiometer, or calorimeter. The spectrophotometer, spectroradiometer, or colorimeter can be part of the apparatus 100, or alternatively, components of a spectrophotometer, spectroradiometer, calorimeter, or any other device for analyzing signals from the detector 104, can be part of the apparatus 100. (*Id.*, ¶ [0029]; *see also* Fig. 5 below). |

319

| Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|-------|------------------------------------------------------------------------------------------------------------------|
| | Figure 5 <br><br> Furthermore, in the Background of the '652 Patent, the inventors state that Figures 1A and 1B (which are Applicant Admitted Prior Art) show schematic illustrations of a conventional system for collecting light within a camera. (EX1001, 1:32–34). The '652 Patent further states that, "[r]eferring to FIGS. 1A and 1B together, the light passes through a lens assembly or imaging lens 102, and the system 100 sends the light to an optical or spectrometer fiber optic input 104. The optical fiber 104 in turn transmits the light to a spectrometer (not shown)." (*Id.*, 1:34–38). <br><br> <br> FIG. 1A Prior Art     FIG. 1B Prior Art |

320

| | Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | | In view of *Dominic* and/or the Applicant Admitted Prior Art in the '652 Patent, it would have been obvious to a person of ordinary skill in the art at the time of the invention of the '652 Patent modify *Kreysar '049* to incorporate an optical input or fiber optic bundle to collect a portion of the light reflected by a reflector when the reflector is aligned with the primary beam path or optical path, and transmit the reflected light to a spectrometer allowing the user to measure the same area of light with two different image sensors. Therefore, *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent renders obvious each and every feature of claim 13. |

**Claim 15**

| | Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| 15 | The system of claim 13 wherein the reflector is a mirror. | *Kreysar '049*, *Haenel*, and *Dominic* and/or The Admitted Prior Art in the '652 Patent are applied as above against claim 13. *Haenel* describes a reflector that is a mirror (first mirror 24) having a reflecting surface. (EX1003, *e.g.*, 6:31–38). Therefore, *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent renders obvious each and every feature of claim 15. |

321

## Claim 16

| | Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| 16 | The system of claim 15 wherein the mirror is a Fresnel mirror | *Kreysar '049*, *Haenel*, and *Dominic* and/or the Admitted Prior Art in the '652 Patent are applied as above against claims 15 and 13.<br><br>Further, *Haenel* discloses use of a Fresnel lens 26 for directing light in ancillary optical path 26. (EX1003, 5:63-64).<br><br>*Dominic* (EX1008) teaches the reflector (the coupling element 116) can be a movable or rotational optical element, such as a mirror, prism, beamsplitter, another type of reflector, or a fiber bundle, that has at least two positions to selectively direct light when in a first position to the first detector 104 or in a second position to the second detector 102. FIG. 5 illustrates an embodiment similar to that in FIG. 3 except that the light is directed along a fiber optic 124 towards the first detector 104 when the coupling element is in a first position and to the second detector 102 when moved out of the optical path 108. (*Id., see,* ¶ [0023]).<br><br>*Dominic*, thus, teaches that any of these coupling elements, for example, a mirror, prism, beamsplitter, or another type of reflector, are interchangeable and can be substituted one for another for the purpose of moving a reflector between first and second positions in and out of an optical path such that when positioned in at least partially in the optical path reflects at least a portion of light in the optical path toward an optical input different than an image sensor in the optical path allowing the user to measure the same area of light with two different image sensors. |

322

| Claim | | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | | Therefore, *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent renders obvious each and every feature of claim 16. |

## Claim 17

| | Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| 17 | The system of claim 13 wherein the spectrometer is integral with the digital camera. | *Kreysar '049*, *Haenel*, and *Dominic* and/or the Admitted Prior Art in the '652 Patent are applied as above against claim 13. |
| | | *Dominic* (EX1008), which is generally directed to a dual colorimeter and spectrometer and in which the spectrometer can be integral with the imaging system, discloses the use of a fiber optic to collect at least a portion of the reflected light and direct the light to a spectrometer. The imaging system of *Dominic* allows a user to measure light properties with two different detectors using a single device. (*Id.*, ¶¶ [0019], [0023]; Fig. 5). |
| | | *Dominic* discloses an embodiment (FIG. 5) wherein light is reflected to and collected by an optical input in the form of a fiber optic 124 towards detector 104 when the reflector is in a first position aligned with the optical path and to the second detector 102 when moved out of alignment with the optical path 108. (*Id., see*, ¶ [0023]; Fig. 5). |
| | | *Dominic* further teaches that detector 104 can be part of a spectrophotometer, spectroradiometer, or calorimeter. The spectrophotometer, spectroradiometer, or colorimeter can be part of the apparatus 100, or alternatively, components of a spectrophotometer, |

323

| Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
| | spectroradiometer, calorimeter, or any other device for analyzing signals from the detector 104, can be part of the apparatus 100. (*Id., see,* ¶ [0029]; *see also* Fig. 5 below).

Figure 5

Furthermore, in the Background of the '652 Patent, the inventors state that Figures 1A and 1B (which are Applicant Admitted Prior Art) show schematic illustrations of a conventional system for collecting light within a camera. (EX1001, 1:32–34). The '652 Patent further states that, "[r]eferring to FIGS. 1A and 1B together, the light passes through a lens assembly or imaging lens 102, and the system 100 sends the light to an optical or spectrometer fiber optic input 104. The optical fiber 104 in turn transmits the light to a spectrometer (not shown)." (*Id.*, 1:34–38).

Thus, in view of *Kreysar '049* and *Haenel*, in view of *Dominic* and/or the Admitted Prior Art it would have been obvious to the POSITA at the time of the invention to integrate a spectrometer with a digital camera, in particular a colorimeter.

Therefore, *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent renders obvious each and every feature of claim 17. |

324

**Claim 18**

| | Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| [18.0] | A method of acquiring optical data with an imaging device having a filter assembly positioned along an optical axis between a lens and an imaging sensor, the method comprising: | *Kreysar '049* (EX1007) and *Haenel* (EX1003) both disclose a method of acquiring optical data with an imaging device having a filter assembly positioned along an optical axis between a lens and an imaging sensor, as shown in Figure 1A below.<br><br>*Kreysar '049* (EX1007) discloses an imaging device, in particular an imaging photometer 100 described as a type of digital camera (*Id.*, ¶ [0001]-[0002]) including a filter assembly positioned between a lens (lens assembly 110) and an image sensor 180 (*Id.*, ¶¶ [0013]-[0014]).<br><br><br>*Fig. 1A*<br><br>*Kreysar '049* discloses the photometer 100 can further include a controller 190 configured to precisely coordinate the movement of the shutter assembly 120 and the first and second filter wheels 140a and 140b such that (a) the first or second apertures 126 and 128 of the shutter 122 and (b) the filters of the first and second filter wheels 140a and 140b are aligned with the optical axis A for image measurement. The |

325

| Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
|  | controller 190 can also be operably coupled to the image sensor 180 to collect, organize, and/or calibrate the image measurement data. (*Id., see*, ¶ [0026]). |

controller 190 can also be operably coupled to the image sensor 180 to collect, organize, and/or calibrate the image measurement data. (*Id., see*, ¶ [0026]).

*Kreysar '049* discloses a filter assembly including a filter wheel (first and second filter wheels 140a and 140b) carrying a plurality of filters 19, the filter wheel having a rotational axis generally parallel to the optical axis (optical axis A) from the lens to the image sensor, and a reflector (a neutral density filter, which is a type of reflector) carried by the second filter wheel 140b at a location of an opening for one of the filters in the filter wheel, which "can reduce transmission of light using either reflection or absorption. Reflective neutral density filters, for example, use partial reflection to reduce light transmission evenly." (*Id., see*, ¶ [0023]).

As shown in Figure 1A above, filter wheels 140a and 140b are positioned between the lens assembly 110 and the image sensor 180.

*Kreysar '049* further discloses "[t]he image sensor 180 is carried by a sensor housing 182 configured to be releasably attached to the camera housing 160. The image sensor 180 can include a CCD imaging array 184 having a plurality of pixels or detectors arranged in a two-dimensional grid array. The pixels are light-sensitive cells capable of producing an electrical charge proportional to the amount of light they receive. The number of pixels in a horizontal or x-direction and a vertical or y-direction constitute the resolution of the CCD imaging array 184. The resolution of the CCD imaging array 184 should be sufficient to capture a desired imaging area of the light source L. In other embodiments, the CCD imaging array 184 can have a different

326

| | Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | | arrangement of pixels or the imaging array can include a CMOS image sensor." (*Id., see,* ¶ [0025]).<br><br>*Haenel* (EX1003) discloses an imaging device (i.e., a camera) that acquires optical data using a filter assembly positioned along an optical axis between a lens and an imaging sensor, as shown below in Figure 1 of *Haenel*.<br><br><br><br>*Haenel* further discloses "a camera having a front wall 16 in which a lens connecting device 17 is attached for mounting an exchangeable lens 20." (*Id.,* 4:57–59). The dashed/dotted line labeled as 12 is described as the major beam path or primary beam path, which is used to represent light entering the camera along an optical path. (*Id., see, e.g.,* 5:28–31; 5:43–47; Fig. 1).<br><br>*Haenel* further discloses both a line sensor 32 and an auxiliary sensor 7 that are disposed on a carrier spaced apart from the lens. (*See, e.g.,* 4:62–68). *Haenel* further discloses and illustrates the line sensor 32 and the auxiliary sensor 7 spaced apart from the lens 20, and either sensor may |

327

| | Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | | be configured to receive the light along the optical path or primary beam path 12. (*Id., see, e.g.,* 4:62–68; 5:11–14; 5:26–34; 7:24–27; Fig. 1).<br><br>*Haenel* further discloses a filter wheel 15 that is located downstream of the lens 20 and upstream of the line sensor 32 or auxiliary sensor 7. (*Id.,* 5:39–42; 6:48–57; Fig. 1).<br><br>*Haenel* further discloses a reflector (mirror 24) that is located downstream of the lens 20 and upstream of the line sensor 32 or auxiliary sensor 7. (*Id.,* 5:48-59; 7:4-8; Fig. 1).<br><br>The filter wheel and the reflector are components of the filter assembly in claim 18. |
| [18.1] | selectively moving the filter assembly to move a reflector carried by the filter assembly between a first position and a second position aligned with the optical axis extending between the lens and the imaging sensor; | *Kreysar '049* (EX1007) and *Haenel* (EX1003) both disclose selectively moving the filter assembly to move a reflector carried by the filter assembly between a first position and a second position aligned with the optical axis extending between the lens and the imaging sensor.<br><br>*Kreysar '049* (EX1007) discloses a reflector (a neutral density filter, which is a type of reflector) carried by the second filter wheel 140b at a location of an opening for one of the filters in the filter wheel, which "can reduce transmission of light using either reflection or absorption. Reflective neutral density filters, for example, use partial reflection to reduce light transmission evenly." (*Id., see,* ¶ [0023]).<br><br>As shown in Figure 1A below, filter wheels 140a and 140b are positioned between the lens assembly 110 and the image sensor 180. |



Fig. 1A

*Kreysar '049* discloses the photometer 100 can further include a controller 190 configured to precisely coordinate the movement of the shutter assembly 120 and the first and second filter wheels 140a and 140b such that (a) the first or second apertures 126 and 128 of the shutter 122 and (b) the filters of the first and second filter wheels 140a and 140b are aligned with the optical axis A for image measurement. The controller 190 can also be operably coupled to the image sensor 180 to collect, organize, and/or calibrate the image measurement data. (*Id., see,* ¶ [0026]).

*Kreysar '049*, thus, discloses a filter assembly that includes a filter wheel, wherein the filter wheel 140b is configured to move the reflector (the neutral density filter) carried by filter wheel 140b into a first position aligned with the optical axis A and reflects at least a portion of the light and into a second position wherein the reflector is positioned outside of alignment with the optical axis A.

*Dominic* (EX1008) teaches that various types of reflectors are interchangeable for the purpose of reflecting at least a portion of light in the optical path toward an optical input different than an image sensor in the optical path in an imaging device allowing the same area of a sample

329

| Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
|  | light to be measured by two different image sensors. Dominic teaches, for example, that a mirror, prism, beamsplitter, or another type of reflector, are all interchangeable and can be substituted one for another for such purpose. (*Id., see, e.g.*, ¶ [0023]). |
|  | *Dominic* further teaches that a moveable reflector is interchangeable with other reflectors, wherein the movement of the reflector can be the movement that "can be, for example, translational, rotational, or any combination thereof" in and out of alignment with the optical path. (*Id., see*, e.g., ¶ [0030], [0032]). |
|  | *Haenel* (EX1003) discloses a reflector carried by a filter wheel: "A first mirror 24 is disposed on a carrier 22 mounted in a guide 21, i.e., on a micro roll table equipped with a controllable drive 42, 43 (not shown in FIG. 1)." (*Id.*, 5:48–50). |

330

| Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
| | Fig. 1 "In a further embodiment, first mirror 24 may be disposed in a mount 23 (shown in dotted lines in FIG. 1) fastened to filter wheel 15 at the location of an opening for one of the filters 19." (*Id.*, 5:56–59). "In the further embodiment in which first mirror 24 and mount 23 are mounted as an attached component at the location of a filter opening in filter wheel 15 which is built into the camera, the reflecting surface of mirror 24 lies completely in the primary beam path 12 if filter wheel is rotated into a predetermined position." (*Id.*, 6:31–37). In addition, *Haenel* states, "First mirror 24 may be replaced by a known pivotal mirror with associated pivot drive or by a known fixed, partially transmitting beam dividing mirror in a manner understood by those skilled in the art." (*Id.,* 6:39–42). Accordingly, it would have been obvious to modify *Kreysar '049* to substitute its reflector (the neutral density filter) with a moveable |

331

| | Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | | reflector configured to be moveable between a first position aligned with the optical path and a second position aligned outside of the optical axis extending between the lens and the imaging sensor as taught by both *Haenel*, and *Dominic* and/or the Admitted Prior Art in the '652 Patent.<br><br>A POSITA would have been motivated to make such a modification to *Kreysar '049* to make a more efficient use of space as well as to utilize the reflective properties of the reflector to allow the same area of a sample light source light to be measured by two different image sensors.<br><br>The filter assembly of *Kreysar '049*, as modified above, is configured to move the reflector between first and second positions, wherein in the first position the reflector is aligned with the optical path and reflects at least a portion of the light toward an input different than the image sensor, and in the second position the reflector is positioned outside of alignment with the optical path. |
| [18.2] | wherein selectively moving the filter assembly comprises rotating a filter wheel about a rotational axis that is generally parallel with the optical axis; | *Kreysar '049* (EX1007) and *Haenel* (EX1003) each disclose selectively moving a filter assembly comprises rotating a filter wheel about a rotational axis that is generally parallel with the optical axis.<br><br>*Kreysar '049* discloses a filter assembly positioned between the lens and the image sensor, wherein the filter assembly comprises a filter wheel configured to rotate about a rotational axis that is generally parallel to the optical path. (EX1007, ¶¶ [0023], [0024]; Fig. 1A).<br><br>*Kreysar '049* discloses the filter assembly comprises a filter wheel (first and second filter wheels 140a and 140b) carrying a plurality of filters 19, the filter wheel having a rotational axis generally parallel to the optical (optical axis A) from the lens to the image sensor, and a reflector (a |

| Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
| | neutral density filter) carried by the second filter wheel 140b at a location of an opening for one of the filters in the filter wheel, which "can reduce transmission of light using either reflection or absorption. Reflective neutral density filters, for example, use partial reflection to reduce light transmission evenly." (*Id., see*, ¶ [0023]). |

As shown in Figure 1A below, filter wheels 140a and 140b are positioned between the lens assembly 110 and the image sensor 180.

*Fig. 1A*

Further, *Kreysar '049* discloses the shutter assembly 120, first filter wheel 140a, and second filter wheel 140b can be rotatably mounted to a camera housing 160 with a suitable fastener 162 that projects along the axis B through the central aperture 123 of the shutter assembly 120 and the central apertures 152 of the first and second filter wheels 140a and 140b. The shutter assembly 120 and the first and second filter wheels 140a and 140b can accordingly rotatably move about the axis B, that is generally parallel to the optical axis A in a correlated manner to precisely align the shutter assembly 120 and one or more desired filters with the optical axis A. (*Id., see*, ¶ [0024]).

333

| | Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | | *Haenel* (EX1003) also discloses a filter assembly including a filter wheel as one of its component parts that can be rotated about a rotational axis that is generally parallel with the optical axis. (*Id.*, 7:36-47; Fig. 1).<br><br>As shown in Fig. 1 below, the filter wheel is configured to rotate about a rotational axis connected to filter wheel drive 9 that is generally parallel to the optical path 12. (*Id., see, e.g.,* 7:36-47).<br><br><br><br>Fig. 1<br><br>optical path or primary beam path [12]　　rotational axis of filter wheel [15] |
| [18.3] | reflecting at least a portion of light transmitted along the optical axis when the reflector is | *Kreysar '049* discloses reflecting at least a portion of light transmitted along the optical axis when the reflector is aligned with the optical axis. (EX1007, ¶¶ [0023], [0024], [0026]; Fig. 1A).<br><br>*Kreysar '049* discloses a reflector (a neutral density filter, which is a type of reflector) carried by the second filter wheel 140b at a location of an opening for one of the filters in the filter wheel, which "can reduce transmission of light using either reflection or absorption. Reflective |

334

| | Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | aligned with the optical axis; and | neutral density filters, for example, use partial reflection to reduce light transmission evenly." (*Id., see,* ¶ [0023]).<br><br>As shown in Figure 1A below, *Kreysar '049* discloses the filter assembly including first filter wheel 140a, and second filter wheel 140b can be rotatably mounted to a camera housing 160 with a suitable fastener 162 that projects along the axis B through the central aperture 123 of the shutter assembly 120 and the central apertures 152 of the first and second filter wheels 140a and 140b. The shutter assembly 120 and the first and second filter wheels 140a and 140b can accordingly rotatably move about the axis B, that is generally parallel to the optical axis A in a correlated manner to precisely align the shutter assembly 120 and one or more desired filters with the optical axis A. (*Id., see,* ¶ [0024]).<br><br><br>*Fig. 1A*<br><br>*Kreysar '049* discloses the photometer 100 can further include a controller 190 configured to precisely coordinate the movement of the shutter assembly 120 and the first and second filter wheels 140a and 140b such that (a) the first or second apertures 126 and 128 of the shutter 122 and (b) the filters of the first and second filter wheels 140a and 140b are aligned with the optical axis A for image measurement. The |

| | Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | | controller 190 can also be operably coupled to the image sensor 180 to collect, organize, and/or calibrate the image measurement data. (*Id., see,* ¶ [0026]).<br><br>*Kreysar '049*, thus, discloses wherein the filter wheel 140b is configured to move the reflector (the neutral density filter) carried by filter wheel 140b into a first position at least partially aligned with the optical axis A and reflects at least a portion of the light and into a second position wherein the reflector is positioned outside of alignment with the optical axis A.<br><br>*Haenel* (EX1003) also discloses reflecting at least a portion of the light transmitted along the optical axis when the reflector is aligned with the optical axis.<br><br>*Haenel* discloses that when reflector (mirror 24) is aligned with the optical path 12 at least a portion of the light in the optical path is reflected to an input different than the imaging sensor. (EX1003, 5:48–62; 6:31–38; 7:4-12; 7:34–39; Figs. 1 and 2).<br><br>*Haenel* discloses that the second moving device, comprised of either carrier 22 and guide 21 in one embodiment or filter wheel 15 in another embodiment, brings the reflector (mirror 24) into the primary optical path 12. By deflection at a right angle, ancillary beam path 25 is produced directing at least a portion of the light in the optical path away from the imaging sensor. (*Id.,* 7:4-9).<br><br>*Haenel* also discloses that when the first mirror 24 is fastened to the filter wheel 15, the reflector may be rotated in and out of a predetermined |

336

| | Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | | position (namely, in and out of optical path 12) by turning the filter wheel. (*Id., see, e.g.,* 6:31–38; 7:4–8; 7:34–39).<br><br>*Haenel* further discloses the mirror 24 can be disposed on the filter wheel 15 and can be disposed in a first position completely outside of alignment with the primary beam path 12 or completely within the primary beam path 12. *(Id., see, e.g.,* 5:48–62: "The position of the first mirror 24, depends on the functional state of the camera, i.e., as shown in Fig. 2 mirror 24 is either within primary beam path 12 or outside of the primary beam path 12").<br><br>*Haenel* further discloses that in a first position, the reflector is aligned with the primary beam path 12 or optical path and reflects light toward an input different than the image sensor. (*Id., see, e.g.,* 5:48–62; 5:60–62: "First mirror 24 produces a deflected ancillary beam path 25 for a view finder sensor 30. View finder sensor 30 is likewise an area sensor"; 7:4–12). |
| [18.4] | collecting at least a portion of the reflected light with an optical input. | *Haenel* discloses collecting at least a portion of the reflected light with an optical input. (EX1003, 5:48–62; 5:60–68; 7:4-10; Figs. 1 and 2).<br><br>*Haenel* discloses an "optical input" – namely, "a structure that gathers light and directs it to another location" and collecting at least a portion of the reflected light with an optical path. Haenel discloses that in a first position, the reflector is aligned with the primary beam path 12 or optical path and reflects light toward an input different than the image sensor. (*Id., see, e.g.,* 5:48–62; 5:60–62).<br><br>*Haenel* further discloses the second moving device, comprised of either carrier 22 and guide 21 in one embodiment or filter wheel 15 in another |

337

| | Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | | embodiment, brings the first reflecting surface 24 into the primary beam path 12. By deflection at a right angle, ancillary beam path 25 is produced. Directing at least a portion of the light in the optical path 12 to an optical input in the form of View Finder including view finder sensor 30 that is connected with a monitor 44 by switching a video duplex circuit 45 and an image of the scene appears on the monitor's screen 44. (*Id.*, 7:4-10).<br><br>*Haenel* further discloses that "[t]he ancillary beam path 25 is produced by way of a light focusing Fresnel lens 26, a deflecting mirror 27, which produces a true-to-side view finder image 29 and an additional lens 28 which produces a reduced image. The view finder sensor 30 is mounted on a fixed carrier 31." (*Id.*, 5:63-68).<br><br>The Fresnel lens 26 is an optical Input, namely "a structure that gathers light and directs it to another location," namely to the deflecting mirror 27 and ultimately to the additional lens 28 and view finder sensor 20, as shown in more in Figure 2 below:<br><br><br><br>In the alternative, to the extent that the Fresnel lens 26 does not constitute an "optical input," the use of an optical input to collect a portion of |

338

| Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
| | reflected light was well-known by persons of ordinary skill in the art of systems for acquiring optical data, including spectrometers, at the time of the invention of the '652 Patent.<br><br>For example, *Dominic* (EX1008), which is generally directed to a dual colorimeter and spectrometer, discloses the use of a fiber optic to collect reflected light. *Dominic* discloses an embodiment (FIG. 5) wherein light is reflected to and collected by an optical input in the form of a fiber optic 124 towards detector 104 when the reflector is in a first position aligned with the optical path and to the second detector 102 when moved out of alignment with the optical path 108. (*Id., see*, ¶¶ [0019], [0023]; Fig. 5).<br><br>Furthermore, in the Background of the '652 Patent, the inventors state that Figures 1A and 1B (which are Applicant Admitted Prior Art) show schematic illustrations of a conventional system for collecting light within a camera. (EX1001, 1:32–34). The '652 Patent further states that, "[r]eferring to FIGS. 1A and 1B together, the light passes through a lens assembly or imaging lens 102, and the system 100 sends the light to an optical or spectrometer fiber optic input 104. The optical fiber 104 in turn transmits the light to a spectrometer (not shown)." (*Id.*, 1:34–38). |

339

| Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
| | |

FIG. 1A
Prior Art

FIG. 1B
Prior Art

In view of *Dominic* and/or the Admitted Prior Art in the '652 Patent, it was at least within the knowledge of ordinarily skilled artisan in the art at the time of the invention of the '652 Patent to use an optical input or fiber optic bundle to collect a portion of the light reflected by a reflector when the reflector is aligned with the optical path allowing the same area of a sample light source to be measured by two different image sensors. Further, *Dominic* and/or the Admitted Prior Art in the '652 Patent (EX1001) provide motivation to combine their disclosures to use an optical input or fiber optic bundle to collect a portion of the light reflected by a reflector when the reflector is aligned with the optical path in the imaging device of *Kreysar '049*.

Accordingly, it would have been obvious to a person of ordinary skill in the art at the time of the invention of the '652 Patent to modify *Kreysar '049* to use an optical input or fiber optic bundle to collect a portion of the light reflected by a reflector when the reflector is aligned with the optical path or axis, and collect at least a portion of the reflected light with an optical input.

340

| | Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | | Thus, *Kreysar '049* and *Haenel* each alone or further in view of *Dominic* and/or the Applicant Admitted Prior Art in the '652 Patent, show it would have been obvious to a person of ordinary skill in the art at the time of the invention of the '652 Patent to substitute the reflector (the neutral density filter) of *Kreysar '049* for another reflector and to use an optical input or fiber optic bundle to collect a portion of the light reflected by the reflector when aligned with the optical path or axis allowing the same area of a sample light source to be measured by two different image sensors.<br><br>Therefore, *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent renders obvious each and every feature of claim 18. |

**Claims 19 and 20**

| | Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| 19 | The method of claim 18, further comprising transmitting at least a portion of the reflected light from the optical input to a spectrometer. | *Kreysar '049*, *Haenel*, and *Dominic* and/or the Admitted Prior Art in the '652 Patent are applied as above against claim 18.<br><br>*Dominic* (EX1008), which is generally directed to a dual colorimeter and spectrometer, discloses a spectrometer coupled to an optical input configured to receive at least a portion of the light reflected from a reflector and the use of an optical input, in particular a fiber optic to collect the reflected light. *Dominic* discloses an embodiment (FIG. 5) wherein light is reflected to and collected by an optical input in the form of a fiber optic 124 towards detector 104 when the reflector is in a first |

341

| Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
| | position aligned with the optical path and to the second detector 102 when moved out of alignment with the optical path 108. (*Id., see*, ¶¶ [0019], [0023]; Fig. 5).

*Dominic* further teaches that detector 104 can be part of a spectrophotometer, spectroradiometer, or calorimeter. The spectrophotometer, spectroradiometer, or colorimeter can be part of the apparatus 100, or alternatively, components of a spectrophotometer, spectroradiometer, calorimeter, or any other device for analyzing signals from the detector 104, can be part of the apparatus 100. (*Id., see*, ¶ [0029]; *see also* Fig. 5 below).

Figure 5

Furthermore, in the Background of the '652 Patent, the inventors state that Figures 1A and 1B (which are Applicant Admitted Prior Art) show schematic illustrations of a conventional system for collecting light within a camera. (EX1001, 1:32–34). The '652 Patent further states that, "[r]eferring to FIGS. 1A and 1B together, the light passes through a lens assembly or imaging lens 102, and the system 100 sends the light to an optical or spectrometer fiber optic input 104. The optical fiber 104 in turn transmits the light to a spectrometer (not shown)." (*Id.*, 1:34–38). |

342

| | Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | |

FIG. 1A
Prior Art          FIG. 1B
Prior Art

In view of *Dominic* and/or the Admitted Prior Art in the '652 Patent, it was at least within the knowledge of ordinarily skilled artisan in the art at the time of the invention of the '652 Patent to use an optical input or fiber optic bundle to collect a portion of the light reflected by a reflector when the reflector is aligned with the optical path and transmit light reflected by the reflector to a spectrometer allowing the same area of a sample light source to be measured by the image sensor and also by a spectrometer.

Further, *Dominic* and/or the Admitted Prior Art in the '652 Patent provide motivation to combine their disclosures to use an optical input or fiber optic bundle to collect a portion of the light reflected by a reflector when the reflector is aligned with the optical path in the imaging device of *Kreysar '049*.

In view of *Dominic* and/or the Admitted Prior Art in the '652 Patent, it would have been obvious to a person of ordinary skill in the art at the time of the invention of the '652 Patent modify *Kreysar '049* to use an |

343

| | Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| | | optical input or fiber optic bundle to collect a portion of the light reflected by a reflector when the reflector is aligned with the primary beam path or optical path, and transmit the light to a spectrometer allowing the same area of a sample light source to be measured by the image sensor and also by the spectrometer.<br><br>Therefore, *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent renders obvious each and every feature of claim 19. |
| 20 | The method of claim 18 wherein selectively moving the filter assembly to align the reflector with the optical axis comprises selectively moving the filter assembly to align a mirror with the optical axis. | *Kreysar '049*, *Haenel*, and *Dominic* and/or the Admitted Prior Art in the '652 Patent are applied as above against claim 18.<br><br>It would have been obvious to a person of ordinary skill in the art at the time of the invention that the reflector of the moveable filter assembly could be replaced with a mirror. (EX1001, 1:53-63)<br><br>Specifically, *Haenel* (EX1003) discloses a reflector carried by a filter wheel: "A first mirror 24 is disposed on a carrier 22 mounted in a guide 21, i.e., on a micro roll table equipped with a controllable drive 42, 43 (not shown in FIG. 1)." (*Id.,* 5:48–50). |

344

| Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
| | Fig. 1 |

"In a further embodiment, first mirror 24 may be disposed in a mount 23 (shown in dotted lines in FIG. 1) fastened to filter wheel 15 at the location of an opening for one of the filters 19." (*Id.,* 5:56–59).

"In the further embodiment in which first mirror 24 and mount 23 are mounted as an attached component at the location of a filter opening in filter wheel 15 which is built into the camera, the reflecting surface of mirror 24 lies completely in the primary beam path 12 if filter wheel is rotated into a predetermined position." (*Id.,* 6:31–37).

In addition, *Haenel* states, "First mirror 24 may be replaced by a known pivotal mirror with associated pivot drive or by a known fixed, partially transmitting beam dividing mirror in a manner understood by those skilled in the art." (*Id.,* 6:39–42).

345

| Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
| | *Dominic* (EX1008) teaches that various types of reflectors are interchangeable for the purpose of reflecting at least a portion of light in the optical path toward an optical input different than an image sensor in the optical path in an imaging device. *Dominic* teaches, for example, that a mirror, prism, beamsplitter, or another type of reflector, are all interchangeable and can be substituted one for another for such purpose. (*Id., see,* e.g., ¶ [0023], [0032]).<br><br>*Dominic* further teaches that a moveable reflector can be substituted for any other reflector, wherein the movement of the reflector can be the movement that "can be, for example, translational, rotational, or any combination thereof" in and out of the optical path (*Id., see,* e.g., ¶¶ [0030] [0032]).<br><br>Accordingly, it would have been obvious to modify *Kreysar '049* such that the reflector of the filter assembly of *Kreysar '049* is replaced with a moveable mirror and the method of acquiring optical data comprises selectively moving the filter assembly to align a mirror with the optical axis considering that the '652 Patent and *Dominic* specifically teach the interchangeability of various mirrors and beam splitters and that a moveable reflector in the form of a mirror can be substituted for another reflector.<br><br>Therefore, *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent renders obvious each and every feature of claim 20. |

346

**Claim 21**

| | Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| 21 | The method of claim 18 wherein selectively moving the filter assembly to align the mirror with the optical axis comprises selectively moving the filter assembly to align a Fresnel mirror with the optical axis. | *Kreysar '049*, *Haenel*, and *Dominic* and/or the Admitted Prior Art in the '652 Patent are applied as above against claim 18.<br><br>Further, *Haenel* discloses use of a Fresnel lens 26 for directing light in ancillary optical path 26. (EX1003, 5:63-64)<br><br>*Dominic* (EX1008) teaches the reflector (the coupling element 116) can be a movable or rotational optical element, such as a mirror, prism, beamsplitter, another type of reflector, or a fiber bundle, that has at least two positions to selectively direct light when in a first position to the first detector 104 or in a second position to the second detector 102. FIG. 5 illustrates an embodiment similar to that in FIG. 3 except that the light is directed along a fiber optic 124 towards the first detector 104 when the coupling element is in a first position and to the second detector 102 when moved out of the optical path 108. (*See Id.*, ¶¶ [0023], [0030]; Fig. 5).<br><br>*Dominic* teaches that any of these coupling elements, for example, a mirror, prism, beamsplitter, or another type of reflector, and any of a number of different modes of movement of a reflector are interchangeable and can be substituted one for another for the purpose of moving the reflector between first and second positions in and out of alignment with an optical path such that when positioned at least partially in the optical path reflects at least a portion of light in the optical path toward an optical input different than an image sensor in the optical path. (*See Id.*, ¶¶ [0023], [0032]; Figs. 2-5). |

347

| Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
| | It would, thus, be obvious for a POSITA to substitute one type of reflector (such as a Fresnel mirror) for another type of reflector or mirror as in *Kreysar '049* or *Haenel*.<br><br>Therefore, *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent renders obvious each and every feature of claim 21. |

## Claim 23

| | Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|---|
| 23 | The method of 18 further comprising selectively moving the filter assembly to align a filter with the optical axis, wherein the filter is aligned with the optical axis when the reflector is not aligned with the optical axis. | *Kreysar '049*, *Haenel*, and *Dominic* and/or the Admitted Prior Art in the '652 Patent are applied as above against claim 18.<br><br>*Kreysar '049* (EX1007) and *Haenel* (EX1003) both disclose selectively moving the filter assembly to align a filter with the optical axis, wherein the filter is aligned with the optical axis when the reflector is not aligned with the optical axis.<br><br>*Kreysar '049* (EX1007) discloses a reflector (a neutral density filter) carried by the second filter wheel 140b at a location of an opening for one of the filters in the filter wheel, which "can reduce transmission of light using either reflection or absorption. Reflective neutral density filters, for example, use partial reflection to reduce light transmission evenly." (*Id.,* ¶ [0023]). |

348

As shown in Figure 1A below, *Kreysar '049* discloses the filter assembly including first filter wheel 140a, and second filter wheel 140b can be rotatably mounted to a camera housing 160 with a suitable fastener 162 that projects along the axis B through the central aperture 123 of the shutter assembly 120 and the central apertures 152 of the first and second filter wheels 140a and 140b. The shutter assembly 120 and the first and second filter wheels 140a and 140b can accordingly rotatably move about the axis B, that is generally parallel to the optical axis A in a correlated manner to precisely align the shutter assembly 120 and one or more desired filters with the optical axis A. (*Id., see,* ¶ [0024]).



*Kreysar '049* discloses the photometer 100 can further include a controller 190 configured to precisely coordinate the movement of the shutter assembly 120 and the first and second filter wheels 140a and 140b such that (a) the first or second apertures 126 and 128 of the shutter 122 and (b) the filters of the first and second filter wheels 140a and 140b are aligned with the optical axis A for image measurement. The controller 190 can also be operably coupled to the image sensor 180 to collect, organize, and/or calibrate the image measurement data. (*Id., see,* ¶ [0026]).

*Kreysar '049*, thus, discloses wherein the filter wheel 140b is configured to move the reflector (the neutral density filter) carried by filter wheel 140b into a first position aligned with the optical axis A and reflects at least a portion of the light and into a second position wherein the reflector is positioned outside of alignment with the optical axis A and one of the filters is aligned with the optical axis A.

Moreover, as discussed above, *Haenel* (EX1003) describes a mirror being either a component of a filter assembly separate from a filter wheel or as an attached component at the location of a filter opening in a filter wheel which is built into the camera, the reflecting surface of mirror the lying completely outside the optical path if the filter wheel is rotated into a predetermined position with a filter in the filtering position. (*Id., see, e.g.,* 6:31–38).

*Haenel* states that an electronic camera containing a filter wheel with various filters that can be selectively inserted into an optical axis (the beam path 12) by rotating the filter wheel by means of a controllable drive was well-known by persons of ordinary skill in the art of systems for acquiring optical data, including spectrometers, at the time of the invention of the '652 Patent. (*Id., see, e.g.,* 3:16–25).

*Haenel* also discloses that when the reflector (mirror 24) is in a position outside of the optical axis, the filter wheel can be rotated to place one of its filters in a filtering position in the optical axis.

*Haenel* discloses that in operation, carrier 22 and guide 21 in one embodiment or filter wheel 15 in the alternative embodiment, can bring the first reflecting surface (mirror 24) into the primary optical path 12. By deflection at a right angle, ancillary optical path 25 is produced. View finder sensor 30 is connected with a monitor 44 by switching a video

350

| Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
| | duplex circuit 45 and an image of the scene appears on the monitor's screen 44. (*Id.*, 7:5-12).<br><br>*Haenel* further discloses that if control unit 34 indicates that fine focusing is taking place, the second moving device 43 can remove the first reflecting mirror 24 from the primary optical path 12 and the monitor 44 is connected, via the video duplex circuit 45, with the auxiliary sensor 7. (*Id.*, 7:20-24).<br><br>*Haenel* then discloses after performing all settings, control unit 34 puts the electronic camera into the state of scanning. If necessary, a previously selected filter 19 is pivoted into primary beam path 12 by actuating filter wheel 15. For this purpose, control unit 34 activates filter wheel drive 9. Then, control unit 34, by means of the first moving device brings line sensor 32 over image field 11. (*Id.*, 7:36-42).<br><br>*Haenel* also discloses when the reflector is attached as a component at the location of a filter opening in a filter wheel 15 which is built into the camera, the reflecting surface of mirror 24 lies completely in the primary beam path if filter wheel 15 is rotated into a predetermined position. (*Id.*, see, e.g., 6:31–38; *see also* 7:36-47).<br><br>*Haenel* further discloses the mirror 24 can be disposed on the filter wheel 15 and can be disposed in a first position completely outside of primary beam path 12 or completely within the primary beam path 12. (*Id.*, *see, e.g.,* 5:48–62: "The position of the first mirror 24, depends on the functional state of the camera, i.e., as shown in Fig. 2 mirror 24 is either within primary beam path 12 or outside of the primary beam path 12"). |

351

| Claim | Disclosure in *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art |
|---|---|
| | *Haenel* further discloses a filter wheel disposed immediately downstream of lens connecting device having a plurality of filters fastened in respective mounts which are supported by the filter wheel. (*Id.*, see, e.g., 6:48–57: "The respectively used filter 19 is concentrically pivoted into primary beam path 12."). *Haenel* further discloses the mirror 24 can be disposed on the filter wheel 15 and can be disposed in a first position completely outside of alignment with the primary beam path 12 or completely within the primary beam path 12. (*Id.*, see, e.g., 5:48–62: "The position of the first mirror 24, depends on the functional state of the camera, i.e., as shown in Fig. 2 mirror 24 is either within primary beam path 12 or outside of the primary beam path 12").<br><br>*Haenel* further discloses pivoting a previously selected filter into position and then pivoting another filter into position in the primary beam path. (*Id.*, see, e.g., 7:36–47).<br><br>In view of *Kreysar '049* and *Haenel* it would have been obvious for the method of claim 18 to further comprise selectively moving the filter assembly to align a filter with the optical axis, wherein the filter is aligned with the optical axis when the reflector is not aligned with the optical axis.<br><br>Therefore, *Kreysar '049* in view of *Haenel* and further in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent renders obvious each and every feature of claim 23. |

352

(xiii) **Proposed Rejection E2:** Claims *11, 12, 14, and 22* **are rendered obvious under 35 U.S.C. § 103(a) by** *Kreysar '049* **and** *Haenel* **in view of** *Dominic* **and/or the Admitted Prior Art in the '652 Patent and further in view of** *Schiff*.

**Claims 11, 12, 14, and 22**

| | Claim | Disclosure in *Kreysar '049* and *Haenel*, further in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent and further in view of *Schiff* |
|---|---|---|
| 11 | The imaging device of claim 1 wherein the reflector is a first mirror, and wherein the imaging device further comprises a second mirror positioned outside of the optical path and a third mirror positioned outside of the optical path, wherein when the first mirror is in | *Kreysar '049*, *Haenel*, and *Dominic* and/or the Admitted Prior Art in the '652 Patent are applied as above against claim 1.<br><br>*Schiff* (EX1009) discloses a three-mirror system (mirrors 10, 12 and 14) as in claim 11 in an imaging device.<br><br>*Schiff* discloses an imaging device in the form of a compact multiple image camera also with a color filter wheel (filter disc 106). (*Id.*, 4:63-5:6). *Schiff* discloses a filter assembly positioned between a lens (lens 102 or 104) and an image sensor (camera back 37), the filter assembly comprising a filter wheel 106 having a rotational axis generally parallel to the optical path 30 from the lens to the image sensor (*Id.*, 5:22-44), and a reflector (mirror 10) carried by the filter assembly movable in first and second positions in and out of alignment with the optical path 30 that when positioned at least partially in the optical path reflects at least a portion of the light toward an input (filter and lens assembly 16 and optical system housing for assembly 16) different than the image sensor (camera back 37) (*Id.*, 3:53-63: Fig. 1), and wherein the filter wheel 106 carries color filters 134, 136 and 138, the filter wheel configured to move a filter at least partially aligned with the optical path in a filtering position and out of alignment with the optical path in a non-filtering position, and wherein when the reflector is in a second position outside |

| Claim | Disclosure in *Kreysar '049* and *Haenel*, further in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent and further in view of *Schiff* |
|---|---|
| the first position the first mirror reflects at least a portion of the light to the second mirror, and the second mirror reflects at least a portion of the light to the third mirror. | of the optical path the filter carried by the filter wheel is configured to be in a filtering position in the optical path (*Id.*, 5:33-44).<br><br>*Schiff* also discloses what is described as a folded optical path system comprising three mirrors 10, 12, 14. (*Id.*, 3:16-22). An annotated version of Fig. 1 is reproduced below.<br><br><br><br>In the folded optical path system, mirror 10 is positioned in the primary optical path 30 between a lens and an imaging sensor. Mirror 10 is slidably mounted for transverse motion to and from a first position, illustrated in dotted lines in FIG. 1, wherein the mirror 10 operates to reflect light received along optical path 30, at right angles along optical path leg 32, to the mirror 12 outside of the primary optical path 30. Mirror 12 reflects light along a second optical path 34 to an optical input 16 including lens and a second filter wheel and after passing through optical input 16 to a third mirror 14. Thus, an image of the screen may be photographed on the film 22. For use of the auxiliary camera module 37, 38, mirror 10 is slid to a second position, shown in solid lines, in which the optical path leg 30 completely bypasses the mirror and strikes |

354

| Claim | Disclosure in *Kreysar '049* and *Haenel*, further in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent and further in view of *Schiff* |
|---|---|
| | the aligned lens and filter system 38 of the auxiliary camera module. (*Id.*, 3:53-63).<br><br>Considering *Schiff* discloses an analogous prior art imaging system including a filter assembly comprised of a filter wheel and a reflector carried by the filter assembly for determining whether at least a portion of light entering the imaging system is reflected to an alternate image sensor, it would have been obvious at the time the claimed invention was made for a POSITA to incorporate a three mirror system such as disclosed by *Schiff* into an imaging device such as that in *Sugiyama* as modified by *Haenel* as recited in claim 11.<br><br>Therefore, *Kreysar '049* and *Haenel* in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent and further in view of *Schiff* renders obvious each and every feature of claim 11. |
| 12 | The imaging device of claim 11 wherein each of the first, second, and third mirrors is independently adjustable within the imaging device. | *Kreysar '049*, *Haenel*, and *Dominic* and/or the Admitted Prior Art in the '652 Patent are applied as above against claim 11.<br><br>*Schiff* (EX1009) discloses that at least mirror 10 is moveable/adjustable independent of the other two mirrors 12 and 14 in the folded mirror system.<br><br>It would have been obvious at the time the claimed invention was made for a POSITA to not only configure mirror 10 to be adjustable but also mirrors 12 and 14. |

355

| Claim | Disclosure in *Kreysar '049* and *Haenel*, further in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent and further in view of *Schiff* |
|---|---|
| | Therefore, *Kreysar '049* and *Haenel* in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent and further in view of *Schiff* renders obvious each and every feature of claim 11. |
| **14** The system of claim 13 wherein the reflector is a first mirror, and wherein the system further comprises second and third mirrors carried by the body, and wherein when the first mirror is positioned between the lens and the imaging sensor the first mirror reflects light to the second | *Kreysar '049*, *Haenel*, and *Dominic* and/or the Admitted Prior Art in the '652 Patent are applied as above against claim 13.<br><br>As described above, *Schiff* (EX1009) discloses a three-mirror folded optical path system in which mirror 10 is positioned in the primary optical path 30 between a lens and an imaging sensor. Mirror 10 is slidably mounted for transverse motion to and from a first position, illustrated in dotted lines in FIG. 1, wherein the mirror 10 operates to reflect light received along optical path 30, at right angles along optical path leg 32, to the mirror 12 outside of the primary optical path 30. Mirror 12 reflects light along a second optical path 34 to an optical input 16 including lens and a second filter wheel and after passing through optical input 16 to a third mirror 14. Thus, an image of the screen may be photographed on the film 22. For use of the auxiliary camera module 37, 38, mirror 10 is slid to a second position, shown in solid lines, in which the optical path leg 30 completely bypasses the mirror and strikes the aligned lens and filter system 38 of the auxiliary camera module. (*Id.*, 3:53-63).<br><br>Considering *Schiff* discloses an analogous prior art imaging system including a filter assembly comprised of a filter wheel and a reflector carried by the filter assembly for determining whether at least a portion of light entering the imaging system is reflected to an alternate image sensor, it would have been obvious at the time the claimed invention was made for a POSITA to incorporate a three mirror system such as |

356

| Claim | Disclosure in *Kreysar '049* and *Haenel*, further in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent and further in view of *Schiff* |
|---|---|
| mirror, the second mirror reflects light from the first mirror to the third mirror, and the third mirror reflects light from the second mirror to the optical input. | disclosed in *Schiff* into an imaging device such as that in *Sugiyama* and *Haenel* combined with the optical input to a spectrometer as disclosed in *Dominic*.<br><br>Therefore, *Kreysar '049* and *Haenel* in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent and further in view of *Schiff* renders obvious each and every feature of claim 14. |
| **22** The method of claim 18 wherein the reflector is a first mirror, and wherein reflecting at least a portion of the light comprises: reflecting at least a portion of the light from the first | *Kreysar '049*, *Haenel*, and *Dominic* and/or the Admitted Prior Art in the '652 Patent are applied as above against claim 18.<br><br>*Schiff* (EX1009) discloses a three-mirror system (mirrors 10, 12 and 14) in an imaging device.<br><br>*Schiff* discloses an imaging device in the form of a compact multiple image camera also with a color filter wheel (filter disc 106). (*Id.*, 4:63-5:6). *Schiff* discloses a filter assembly positioned between a lens (lens 102 or 104) and an image sensor (camera back 37), the filter assembly comprising a filter wheel 106 having a rotational axis generally parallel to the optical path 30 from the lens to the image sensor (*Id.*, 5:22-44), and a reflector (mirror 10) carried by the filter assembly movable in first and second positions in and out of alignment with the optical path 30 that when positioned at least partially in the optical path reflects at least |

357

| Claim | Disclosure in *Kreysar '049* and *Haenel*, further in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent and further in view of *Schiff* |
|---|---|
| mirror to a second mirror, and reflecting at least a portion of the light from the second mirror to a third mirror, wherein the second and third mirrors are not aligned with the optical axis. | a portion of the light toward an input (filter and lens assembly 16 and optical system housing for assembly 16) different than the image sensor (camera back 37) (*Id.*, 3:53-63: Fig. 1), and wherein the filter wheel 106 carries color filters 134, 136 and 138, the filter wheel configured to move a filter at least partially aligned with the optical path in a filtering position and out of alignment with the optical path in a non-filtering position, and wherein when the reflector is in a second position outside of the optical path the filter carried by the filter wheel is configured to be in a filtering position in the optical path (*Id.*, 5:33-44).<br><br>*Schiff* also discloses what is described as a folded optical path system comprising three mirrors 10, 12, 14. (*Id.*, 3:16-22). An annotated version of Fig. 1 is reproduced below.<br><br><br><br>In the folded optical path system, mirror 10 is positioned in the primary optical path 30 between a lens and an imaging sensor. Mirror 10 is slidably mounted for transverse motion to and from a first position, illustrated in dotted lines in FIG. 1, wherein the mirror 10 operates to reflect light received along optical path 30, at right angles along optical |

358

| Claim | Disclosure in *Kreysar '049* and *Haenel*, further in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent and further in view of *Schiff* |
|---|---|
| | path leg 32, to the mirror 12 outside of the primary optical path 30. Mirror 12 reflects light along a second optical path 34 to an optical input 16 including lens and a second filter wheel and after passing through optical input 16 to a third mirror 14. Thus, an image of the screen may be photographed on the film 22. For use of the auxiliary camera module 37, 38, mirror 10 is slid to a second position, shown in solid lines, in which the optical path leg 30 completely bypasses the mirror and strikes the aligned lens and filter system 38 of the auxiliary camera module. (*Id.*, 3:53-63).<br><br>Considering *Schiff* discloses an analogous prior art imaging system including a filter assembly comprised of a filter wheel and a reflector carried by the filter assembly for determining whether at least a portion of light entering the imaging system is reflected to an alternate image sensor, it would have been obvious at the time the claimed invention was made for a POSITA to incorporate a three mirror system such as disclosed by *Schiff* into an imaging device such as that in *Sugiyama* and *Haenel*.<br><br>Considering *Schiff* discloses an analogous prior art imaging system including a filter assembly comprised of a filter wheel and a reflector carried by the filter assembly for determining whether at least a portion of light entering the imaging system is reflected to an alternate image sensor, it would have been obvious at the time the claimed invention was made for a POSITA to incorporate a three mirror system such as disclosed by *Schiff* into an imaging device such as that in *Sugiyama* as modified by *Haenel* wherein the second and third mirrors are not aligned with the optical axis. |

| Claim | Disclosure in *Kreysar '049* and *Haenel*, further in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent and further in view of *Schiff* |
|---|---|
| | Therefore, *Kreysar '049* and *Haenel* in view of *Dominic* and/or the Admitted Prior Art in the '652 Patent and further in view of *Schiff* renders obvious each and every feature of claim 22. |

## III. DISCLOSURE OF CONCURRENT LITIGATION

Requester is aware of the following litigation in which the '652 Patent is involved: *Radiant Vision Systems, LLC. v. Admesy B.V.*, Case No. 1:21-cv-01115-DAE, United States District Court for the Western District of Texas, Austin Division (W.D. Tex).

## IV. CERTIFICATION REGARDING NO ESTOPPEL

In accordance with 37 C.F.R. § 1.510(b)(6), Requester hereby certifies that the estoppel provisions of 53 U.S.C. § 315(e)(1) or 53 U.S.C. § 325(e)(1) do not prohibit the Requester from filing this Request.

## V. LIST OF EXHIBITS

Exhibit 1001    ("the '652 Patent") U.S. Patent 8,482,652 to Kreysar et al., filed March 26, 2010, and issued July 9, 2013. Admitted Prior Art in Figs. 1A, 1B, and 2. (EX1001, 1:25 – 2:9).

Exhibit 1002    ("the '035 Application") Prosecution File History for U.S. Patent Application No. 12/748,035, filed on March 26, 2010.

Exhibit 1003    ("*Haenel*") U.S. Patent No. 4,755,880 to Haenel et al., filed January 7, 1987, and issued July 5, 1988.

Exhibit 1004   ("*Walker*") Richard A. Walker, "Optical Systems for Defining the Viewing and Measuring Fields in Luminance/Radiance Meters," Applied Optics, Vol. 11, No. 9, published September 1972.

Exhibit 1005   ("Pritchard") PR-1980B Pritchard SpectraRadiometer Systems, published and publicly accessible on Photo Research's website at least as early as April 9, 2004.

Exhibit 1006   ("*Sugiyama*") U.S. Patent No. 5,432,609 to Sugiyama et al., filed January 5, 1994, and issued July 11, 1995.

Exhibit 1007   ("*Kreysar '049*") U.S. Patent Publication No. 2007/0177049 to Kreysar et al., filed January 30, 2006, and published August 2, 2007.

Exhibit 1008   *("Dominic")* U.S. Patent Publication No. 2007/0272844 to Dominic et al., filed May 25, 2006, and published November 29, 2007.

Exhibit 1009   *("Schiff")* U.S. Patent 4,673,269 to Schiff et al., filed March 25, 1985, and issued June 16, 1987.

Exhibit 1010   Claim Construction Order from Concurrent Litigation *Radiant Vision Systems, LLC. v. Admesy B.V.,* Case No. 1:21-cv-01115-DAE, United States District Court for the Western District of Texas, Austin Division (W.D. Tex).

Exhibit 1011   Radiant's Opening Claim Construction Brief from Concurrent Litigation *Radiant Vision Systems, LLC. v. Admesy B.V.,* Case No. 1:21-cv-01115-DAE, United States District Court for the Western District of Texas, Austin Division (W.D. Tex).

Exhibit 1012   Website for Radiant Vision Systems, LLC (www.radiantvisionsystems.com).

Exhibit 1013   Website   for   Specim,   A   Konica   Minolta   Company (https://www.specim.com/technology/how-does-spectral-sensing-work/).

361

Exhibit 1014    Wikipedia Web Page for Photodetector (https://en.wikipedia.org/wiki/Photodetector).

Exhibit 1015    U.S. Patent No. 3,818,198 ("the '198 Patent") to Walker et al., filed August 31, 1972, and issued June 18, 1974.

## VI. CONCLUSION

In view of the new prior art discussed herein, Requester respectfully submits that there are substantial new questions of patentability regarding claims 1-23 of the '652 Patent. More specifically, claims 1-23 are anticipated and/or rendered obvious in view *Haenel, Walker, Pritchard, Sugiyama, Kreysar '049, Dominic, Schiff* and the Admitted Prior Art, as discussed and illustrated above in the proposed rejections. Thus, Requester respectfully requests that this Request for reexamination be granted and that claims 1-23 of the '652 Patent be cancelled.

As identified in the attached Certificate of Service and in accordance with 37 C.F.R. § 1.33(c) and 1.510(b)(5), a copy of the present Request, in its entirety, is being served to the address of the attorney or agent of record.

Please direct all correspondence in this matter to the undersigned.

Dated: December 9, 2023

Respectfully submitted,

**Thomas|Horstemeyer, LLP**

By: /Todd Deveau/_____
**Todd Deveau**
**Registration No. 29,526**

3200 Windy Hill Rd., SE
Suite 1600E
Atlanta, Georgia  30339
Phone:  770.933.9500

UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/019,327 | 12/09/2023 | 8482652 | 820150-7021 | 4375 |

25096        7590        02/12/2024
PERKINS COIE LLP - SEA General
PATENT-SEA
P.O. BOX 1247
SEATTLE, WA 98111-1247

| EXAMINER |
|---|
| CORSARO, NICK |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3992 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 02/12/2024 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)



**UNITED STATES PATENT AND TRADEMARK OFFICE**

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

THOMAS I HORSTEMEYER, LLP
3200 WINDY HILL ROAD, SE
SUITE 1600E
ATLANTA, GA 30339

# *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. *90/019,327* .

PATENT UNDER REEXAMINATION  *8482652* .

ART UNIT *3992* .

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

PTOL-465 (Rev.07-04)

| **Order Granting Request For Ex Parte Reexamination** | **Control No.** 90/019,327 | | **Patent Under Reexamination** 8482652 |
|---|---|---|---|
| | **Examiner** NICK CORSARO | **Art Unit** 3992 | **AIA (FITF) Status** No |

*--The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

The request for *ex parte* reexamination filed 12/09/2023 has been considered and a determination has been made. An identification of the claims, the references relied upon, and the rationale supporting the determination are attached.

Attachments:   a)☐   PTO-892,        b)☑   PTO/SB/08,       c)☐   Other: _____

1. ☑    The request for *ex parte* reexamination is GRANTED.

RESPONSE TIMES ARE SET AS FOLLOWS:

For Patent Owner's Statement (Optional):  TWO MONTHS  from the mailing date of this communication (37 CFR 1.530 (b)). **EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).**

For Requester's Reply (optional): TWO MONTHS from the **date of service** of any timely filed Patent Owner's Statement (37 CFR 1.535). **NO EXTENSION OF THIS TIME PERIOD IS PERMITTED.** If Patent Owner does not file a timely statement under 37 CFR 1.530(b), then no reply by requester is permitted.

| /NICK CORSARO/ Primary Examiner, Art Unit 3992 | | |
|---|---|---|

cc:Requester ( if third party requester )

Control Number: 90/019,327                                                Page 2
Art Unit: 3992

## ORDER GRANTING REQUEST FOR

## EX PARTE REEXAMINATION

### I. Introduction

This action is an order granting *Ex Parte* reexamination of U.S. Pat. No. 8,482,652 ("**652 Patent**") to Kreysar et al., titled "IMAGING DEVICES WITH COMPONENTS FOR REFLECTING OPTICAL DATA AND ASSOCIATED METHODS OF USE AND MANUFACTURE."

The 652 Patent is based upon U.S. Application No. 12/748,035, filed Mar. 26, 2010.

A substantial new question of patentability (SNQ) affecting claims 1 - 23 of the 652 Patent is raised by the prior art cited in a request for Ex Parte reexamination filed Dec. 09, 2023 ("**Request**").

### II. Priority

**A)    Priority**

U.S. Pat. No. 8,482,652 ("**652 Patent**") is based upon U.S. application 12/748,035, filed Mar. 26, 2010 and which claims priority to U.S. Provisional Application No. 61/164,331, filed Mar. 07, 2009.

**B)    Effective Filing Date**

Based upon the above claimed priority the Examiner finds that the 652 Patent would have an effective filing date of Mar. 07, 2009.

Control Number: 90/019,327                                                     Page 3
Art Unit: 3992

### C)    Term

Based upon review of the 652 Patent file record the Examiner finds that the term of the

652 Patent has not expired.

### D)    AIA Provisions

Because the 652 Patent has an effective filling date before March 13, 2013 the present

proceeding is being examined under the pre-AIA first to invent provisions.

## III. Papers Filed

The Request included, among other things, the prior art asserted as raising the SNQ listed

in two IDS documents, filed December 09, 2023  ("**Dec 2023 IDS Documents**").

## IV. Consideration of Papers

The Dec 2023 IDS Documents, and references cited therein, have been fully considered,

and placed of record in the file.

## V. Patents and Publication Cited in the Request

### A)    Cited References

**1.    Dominic:** Pub No: U.S. 2007/0272844, filed May 25, 2006 and published Nov.

29, 2007.

**2.    Kreysar:** Pub No: U.S. 2007/0177049, filed Jan. 30, 2006 and published Aug. 02,

2007.

Control Number: 90/019,327                                                                 Page 4
Art Unit: 3992

3.    **Sugiyama:** Patent Number: U.S. 5,432,609, filed Jan. 5, 1994 and issued Jul. 11, 1995.

4.    **Haenel:** Patent Number: U.S. 4,755,880, filed Jan. 07, 1987 and issued Jul. 5, 1998.

5.    **Schiff:** Patent Number: U.S. 4,673,269, filed Mar. 0725, 1985 and issued Jun. 16, 1987.

6.    **Walker:** Patent Number: U.S. 3,818,198, filed Aug. 31, 1972 and issued Jun. 18, 1974.

7.    **Prichard:** "PR-1980B Pritchard SpectraRadiometer Systems," (2004).

**B)    Evaluation of References**

1)    Dominic and Kreysar are U.S. Patent Publications. Both Dominic and Kreysar have publication dates more than one year before the effective filing date of the '652 Patent. Accordingly, these references qualifies as prior art under §102(b).

2)    Sugiyama, Haenel, Schiff, and Walker are U.S. Patents with issue dates more than one year before the effective filing date of the '652 Patent. Accordingly, these reference qualifies as prior art under §102(b).

3)    Prichard is Non-Patent Literature. According to the Request, at pp. 25 - 27, Prichard is a publication describing a combination photo meter/spectrometer for performing the function of imaging colorimeter and a spectrometer. The Request states Prichard was available to the public as early as April 9, 2004 as evidence by the availability on a Photo Research public website via Internet Archives (i.e. the Wayback Machine) (Request pp. 25 - 27). Assuming,

Control Number: 90/019,327                                                                    Page 5
Art Unit: 3992

arguendo, the document was available as of 2004, as asserted by the Requester, the Examiner

finds that Prichard qualifies as prior art under § 102(b).

## VI. Concurrent Proceedings

Based upon Examiner's review of the 652 Patent itself, the prosecution history, and the

file wrapper, the Examiner finds that there are no concurrent *Ex Parte* reexaminations,

supplemental reexaminations, reissues, or IPR proceedings involving the 652 Patent.

## VII. Litigation

Based upon the Examiner's review of the prosecution history, the file record including

the Request, with associated submissions, and a litigation search conducted by the USPTO, the

Examiner finds that the 652 Patent is in litigation. *(Request p.2).*

## VIII. Prosecution History

**A)**    **Original Prosecution of the Base Application**

    **1.**    **Introduction.**

The 652 Patent is based upon U.S. Application No. 12/748,035 ("**035 Application**" or

"**base application**").

    **2.**    **Discussion of Original Prosecution.**

    **a)**    On March 26, 2010 the base application was filed with 26 claims. Claims 1, 14,

and  20 were the independent claim.

    **b)**    On July 19, 2012 a Non-Final Office Action. Claims 1, 8, 11, 20, and 23 were

rejected under § 102(b) as being anticipated by Thibault (Pat # U.S. 7,280,735).  Claims 9 - 10,

24, and 26 were rejected under § 103(a) as being unpatentable over Thibault. Claims 5 - 7, 14, 17 - 19, and 21 were rejected under §103 an unpatentable over Thibault in view of Treado (Pub # U.S. 2009/0147242). Claims 1 - 4, and 20 - 22 were rejected under §103 as unpatentable over Ingram (Pub # U.S. 2007/0081086) in view of O'Connell (Pub # U.S. 2008/0088918). Claims 14 - 15 were rejected under §103 as unpatentable over Ajito (Pub # U.S. 2006/00203100) in view of O'Connell. Claims 12, 16, and 25 were objected to as being dependent upon a rejected base claim, but would be allowable if rewritten in independent form including all of the limitations of the base claim.

e)     On January 10, 2013 the examiner conducted and interview. The Interview Summary was entered in the file record January 15, 2013. The Substance of Interview states: "Applicant's representative discusses differences between the claim invention and the applied references and possible amendment to clarify the difference" (Jan 2013 Applicant Initiated Interview Summary, p. 2).

f)     On January 14, 2013 the Office received an Applicant response ("**Jan 2013 Applicant Response**"). Independent claim 1 was combined with dependent claim 2. Independent claim 14 was combined with dependent claim 15. And, independent claim 20 was combined with dependent claim 22. Independent claim 2 is representative and shown below.

> 2. (Currently Amended) An imaging device, comprising: ~~The imaging device of claim 1~~
>> a lens configured to introduce light into the imaging device along an optical path;
>> an image sensor spaced apart from the lens and configured to receive at least a portion of the light along the optical path;
>> a filter assembly positioned between the lens and the image sensor, wherein the filter assembly comprises a filter wheel configured to rotate about a rotational axis that is generally parallel to the optical path; and
>> a reflector carried by the filter assembly, wherein the filter assembly is configured to move the reflector between first and second positions, and wherein in the first position the reflector is at least partially aligned with the optical path and

Control Number: 90/019,327                                                    Page 7
Art Unit: 3992

reflects at least a portion of the light, and in the second position the reflector is positioned outside of the optical path.

In the Jan 2013 Remarks, Applicant generally stated that the claims had been amended according to the interview conducted with the examiner on January 10, 2013, and the Applicant stated "Examiner's acknowledgment that proposed amendments to the claims to further clarify the arrangement of the filter assembly relative to an optical path or optical axis of the device/system would distinguish the claims over Thibault, Treado, and the other art of record". (Jan 2013 Remarks, p. 8.).

d)      On March 14, 2013 the examiner issued a notice of allowance ("**March 2013 Notice of Allowance**"). In the March 2013 Notice of Allowance the Examiner stated the reasons for allowance were as in the Applicant's Remarks 01/14/13. (March 2013 Notice of Allowance p. 4).

## 3.      Conclusion of Original Prosecution

The examiner in the original prosecution supplied reasons for allowance essentially referencing Applicants remarks in the Jan 2013 Remarks, and the amendments in the Jan 2013 claim amendments.

Accordingly, the Examiner herein finds based upon the amendments in the prosecution history and the Applicant statements about independent claims, resulting in claim 1 of the patent, that claim 1 of the patent was allowed because the prior art of record did not teach "*An imaging device comprising . . . a filter assembly positioned between the lens and the image sensor, wherein the filter assembly comprises a filter wheel configured to rotate about a rotational axis that is generally parallel to the optical path,*" as amended into claim 2 during prosecution, and becoming claim 1 of the 652 Patent.

Control Number: 90/019,327                                                      Page 8
Art Unit: 3992

Accordingly, a review of the prosecution history does give an indication what elements of the claims were not taught by the prior art of record.

## IX. Requirements for an SNQ

For "a substantial new question of patentability" to be present, it is only necessary that:

(A) the prior art patents and/or printed publications raise a substantial question of patentability regarding at least one claim, i.e., the teaching of the (prior art) patents and printed publications is such that a reasonable examiner would consider the teaching to be important in deciding whether or not the claim is patentable; and

(B) the same question of patentability as to the claim has not been decided by the Office in an earlier <u>concluded</u> examination or review of the patent, raised to or by the Office in a pending reexamination or supplemental examination of the patent, or decided in a final holding of invalidity (after all appeals) by a federal court in a decision on the merits involving the claim.

If a reexamination proceeding was terminated/vacated without resolving the substantial question of patentability question, it can be re-presented in a new reexamination request.

Additionally, it is not necessary that a "prima facie" case of unpatentability exist as to the claim in order for "a substantial new question of patentability" to be present as to the claim. Thus, "a substantial new question of patentability" as to a patent claim could be present even if the examiner would not necessarily reject the claim as either fully anticipated by, or obvious in view of, the prior art patents or printed publications.  MPEP § 2242

Control Number: 90/019,327                                                                      Page 9
Art Unit: 3992

## X. Technical Feature Evaluated for SNQ

As noted above, during prosecution of the original application there was some indication

of what features of the claims were deemed as allowable over the prior art.

For evaluation of substantial new question concerning patentability (SNQ), the Examiner

herein finds that the technical feature of the claims, and reprinted below, is the technical feature

for which the claims were issued:

Technical Feature:

"*a filter assembly positioned between the lens and the image sensor, wherein the filter assembly comprises a filter wheel configured to rotate about a rotational axis that is generally parallel to the optical path. . ..*"

As in independent claim 1 of the 652 Patent.

Accordingly if a requester provides a reference or a combination of references suggesting

the technical feature recited above making the claims of the 652 Patent allowable over the prior

art the reference or combination of references would raise a substantial new question of

patentability.

## XI.  Issues Asserted as Raising an SNQ

The Request, alleges that Haenel, Dominic, Schiff, Walker, Prichard, Sugiyama, and

Kreysar, raise a substantial new questions of patentability (SNQ's) of claim 1 - 23 of the '652

Patent.

To comply with 37 C.F.R. § 1.510 the Requester provided the issues listed below.

**A)**     Issue 1:  Claims 1 - 3, 7, 10, 18, 20, and 23 as anticipated by Haenel (U.S.

4,755,880) under §102 and/or obvious under §103 based upon Haenel.   Request pp. 42 - 67.

Control Number: 90/019,327                                              Page 10
Art Unit: 3992

**B)**    Issues 2 - 3: Claims 4 - 6, 8, 9, 11 - 17, 19, 21, and 22 obvious under §103 based upon Haenel (U.S. 4,755,880) in view of Dominic (U.S. 2007/0272844) and/or Schiff (U.S. 4,673,269) and/or Admitted Prior art in the '652 Patent. Request pp. 67 - 103.

**C)**    Issue 4:  Claims 1 - 3, 7, 10, 18, 20,  and 23 as anticipated by Walker (U.S. 3,818,198) under §102 and/or obvious under §103 based upon Walker.   Request pp. 103 - 128.

**D)**    Issues 5 and 6: Claims 4 - 6, 8, 9, 11, 12, 19, 21, and 22 obvious under §103 based upon Walker (U.S. 3,818,198) in view of Dominic (U.S. 2007/0272844) and/or Schiff (U.S. 4,673,269) and/or Admitted Prior art in the '652 Patent. Request pp. 128 - 148.

**E)**    Issue 7:  Claims 1 - 4, 7, 10, 18, 19, 20,  and 23 as anticipated by Prichard "PR-1980 SpectraRadiometer under §102 and/or obvious under §103 based upon Prichard.   Request pp. 149 - 180.

**F)**    Issues 8 and 9: Claims 5 - 6, 8, 9, 11, 12, 21, and 22 obvious under §103 based upon Prichard in view of Dominic (U.S. 2007/0272844) and/or Schiff (U.S. 4,673,269) and/or Admitted Prior art in the '652 Patent. Request pp. 181 - 194.

**G)**    Issue 10:  Claims 1 - 10, 13, 15 - 21, and 23 as obvious under §103 based upon Sugiyama (U.S. 5,432,609) in view of Haenel (U.S. 4,755,880), and further in view of Dominic (U.S. 2007/0272844)  and/or the Admitted Prior Art in the '652 Patent.   Request pp. 195 - 273.

**H)**    Issues 11: Claims 11, 12, 14, and 22 obvious under §103 based upon Sugiyama (U.S. 5,432,609)  in view of Haenel (U.S. 4,755,880), and further in view of Dominic (U.S. 2007/0272844) and/or the Admitted Prior Art and in view of  Schiff (U.S. 4,673,269). Request pp. 274 - 280.

**I)**    Issue 12:  Claims 1 - 10, 13, 15 - 21, and 23 as obvious under §103 based upon Kreysar (U.S. 2007/0177049) in view of Haenel (U.S. 4,755,880), and further in view of

Control Number: 90/019,327                                                          Page 11
Art Unit: 3992

Dominic (U.S. 2007/0272844) and/or the Admitted Prior Art in the '652 Patent.   Request pp. 280 - 352.

**H)**      Issues 13: Claims 11, 12, 14, and 22 obvious under § 103 based upon Kreysar (U.S. 2007/0177049) in view of Haenel (U.S. 4,755,880), and further in view of Dominic (U.S. 2007/0272844) and/or the Admitted Prior Art and in view of Schiff (U.S. 4,673,269). Request pp. 353 - 360.

## XII. Evaluation of SNQ

**A)      Haenel alone or in combination with Dominic and/or Schiff and Admitted Prior Art (Issues 1 - 3).**

The request asserts that a substantial new question of patentability (SNQ) as to the claims is raised by Haenel (U.S. 4,755,880) alone or in view of Dominic (U.S. 2007/0272844) and/or Schiff (U.S. 4,673,269) and/or Admitted Prior art in the '652 Patent (Request pp. 42 - 128).  The Examiner Agrees:

As discussed in the Request, Haenel, Figure 1 below, is teaching an imaging device that includes a lens 20 where the light has an optical path 12 through the lens 20 toward the device 24 allowing the light into the image sensing apparatus. (See Haenel C4:L55 - 68, C5:L:L25 - 58). Haenel teaches a filter wheel 15 positioned between the lens 20 and the remainder of the imaging sensing apparatus. (See Haenel C5:L39 - 48). Haenel teaches that the filter wheel has a plurality of filter 19 support by the wheel pivotable into the beam path. (*Id*).

Control Number: 90/019,327
Art Unit: 3992

Page 12



Fig. 1

-    Haenel (U.S. 4,755,880), Figure 1.

Thus Haenel alone appears to at least be teach the technical feature for which the 652 Patent was allowed. For example, Haenel's filter wheel 15, Figure 1 above appears to teach "*a filter assembly positioned between the lens and the image sensor, wherein the filter assembly comprises a filter wheel configured to rotate about a rotational axis that is generally parallel to the optical path*," as in the Technical Feature for which the 651 Patent was issued.

Because, Haenel appears to teach the above Technical Feature in context of "*an imaging system*," as in claim 1 of the 652 Patent, the Examiner finds that a reasonable examiner would find the teachings of Haenel important in determining the patentability of claim 1 of the 652 Patent.

Therefore, the Examiner agrees with the Requester that Haenel raises a substantial new question (SNQ) of patentability for claim 1, because Haenel teaches the Technical Feature discussed above for which claim 1 was allowed.

Control Number: 90/019,327                                    Page 13
Art Unit: 3992

The Examiner finds that Dominic, (Abstract, Figure 1 and Par [0019]), Schiff (Abstract, Figure 1, item 106 ), and the Admitted Prior (652 Patent, Optical System Figures 1A and 1B) are also teaching imaging system.

Because Haenel raises an SNQ, discussed above, the Examiner finds the combination of Haenel, in view of Dominic, and/or Schiff, and/or Admitted Prior art in the 652 Patent, would also raise and SNQ because the combinations would also teach the Technical Feature for which the 652 Patent was issued.

Therefore, the Examiner agrees with the Requester that Haenel, in view of Dominic, and/or Schiff, and/or Admitted Prior art in the 652 Patent raises a substantial new question of patentability for claim 1, because Haenel, in view of Dominic, and/or Schiff, and/or Admitted Prior art in the 652 Patent would teach the Technical Feature, discussed above, for which claim 1 was allowed.

Haenel, in view of Dominic, and/or Schiff, and/or Admitted Prior art in the 652 Patent was not cumulative to any written discussion of the requested claims on the record and was not previously addressed during a prior examination, and are not the subject of a final holding of invalidity by Federal Courts.

Accordingly, the Examiner finds Haenel, in view of Dominic, and/or Schiff, and/or Admitted Prior art in the 652 Patent raises a substantial new question of patentability of the 652 Patent.

Control Number: 90/019,327                                                    Page 14
Art Unit: 3992

**B)      Walker alone or in combination with Dominic and/or Schiff and Admitted Prior Art**

**(Issues 4 - 6).**

The request asserts that a substantial new question of patentability (SNQ) as to the claims is raised by Walker (U.S. 3,818,198) alone or in view of Dominic (U.S. 2007/0272844) and/or Schiff (U.S. 4,673,269) and/or Admitted Prior art in the '652 Patent. (Request pp. 103 - 148.) The Examiner Agrees:

As discussed in the Request, Walker, in the Figure below, is teaching an imaging device that includes a lens 12 where the light has an optical path through the lens 12 toward the Photo Sensor 11. The light passe through with filter wheels 16 and 17 arranged in the optical path between the lens 12 and sensor 11. (See Walker C3:L10 - 24, describing a photometer with filter wheels). As can be seen from the figure the wheels 16 and 17 are rotatable around and axis parallel to the beam path. (*Id*).  See for example the arrow, below the number 16.



-      Walker (U.S. 3,818,198), Only Disclosed Figure, Partial Reprint.

Control Number: 90/019,327                                      Page 15
Art Unit: 3992

Thus, Walker alone appears to at least be teach the technical feature for which the 652 Patent was allowed. For example, Walker filter wheel 16, 17, Figure above appears to teach "*a filter assembly positioned between the lens and the image sensor, wherein the filter assembly comprises a filter wheel configured to rotate about a rotational axis that is generally parallel to the optical path*," as in the Technical Feature for which the 652 Patent was issued.

Because, Walker appears to teach the above Technical Feature in context of "*an imaging system*," as in claim 1 of the 652 Patent, the Examiner finds that a reasonable examiner would find the teachings of Walker important in determining the patentability of claim 1 of the 652 Patent.

Therefore, the Examiner agrees with the Requester that Walker raises a substantial new question (SNQ) of patentability for claim 1, because Walker teaches the Technical Feature discussed above for which claim 1 was allowed.

The Examiner finds that Dominic, (Abstract, Figure 1 and Par [0019]), Schiff (Abstract, Figure 1, item 106 ), and the Admitted Prior ('652 Patent, Optical System Figures 1A and 1B) are also teaching imaging system.

Because Walker raises an SNQ, discussed above, the Examiner finds the combination of Walker, in view of Dominic, and/or Schiff, and/or Admitted Prior art in the '652 Patent, would also raise and SNQ because the combinations would also teach the Technical Feature for which the 652 Patent was issued.

Therefore, the Examiner agrees with the Requester that Walker, in view of Dominic, and/or Schiff, and/or Admitted Prior art in the 652 Patent raises a substantial new question of patentability for claim 1, because Walker, in view of Dominic, and/or Schiff, and/or Admitted

Control Number: 90/019,327                                        Page 16
Art Unit: 3992

Prior art in the 652 Patent would teach the Technical Feature, discussed above, for which claim 1 was allowed.

Walker, in view of Dominic, and/or Schiff, and/or Admitted Prior art in the 652 Patent was not cumulative to any written discussion of the requested claims on the record and was not previously addressed during a prior examination, and are not the subject of a final holding of invalidity by Federal Courts.

Accordingly, the Examiner finds Walker, in view of Dominic, and/or Schiff, and/or Admitted Prior art in the 652 Patent raises a substantial new question of patentability of the 652 Patent.

**C)    Prichard alone or in combination with Dominic and/or Schiff and Admitted Prior Art, (Issues 7 - 9).**

The request asserts that a substantial new question of patentability (SNQ) as to the claims is raised by Prichard: "PR-1980B Pritchard SpectraRadiometer Systems," alone or in view of Dominic (U.S. 2007/0272844) and/or Schiff (U.S. 4,673,269) and/or Admitted Prior art in the '652 Patent. (Request pp. 149 - 194). The Examiner Agrees:

As discussed in the Request, Prichard, Figure 1 below, is teaching an imaging device that includes an Objective Lens where the light has an optical path through the lens (Shown by Arrows) toward the photomultiplier tube, passing through a Filter Turries. (Prichard, Page 1, First Column below Figure 1).   As can be seen from Figure 1 the Filter Turries are shaped like a wheel with a rotational axis parallel to the light path. (*Id*).



-    Prichard, Figure 1 , Only Disclosed Figure, Partial Reprint.

Thus, Prichard alone appears to at least be teach the technical feature for which the 652 Patent was allowed. For example, the T filter wheel 16, 17, Figure above appears to teach "*a filter assembly positioned between the lens and the image sensor, wherein the filter assembly comprises a filter wheel configured to rotate about a rotational axis that is generally parallel to the optical path*," as in the Technical Feature for which the 652 Patent was issued.

Because, Prichard appears to teach the above Technical Feature in context of "*an imaging system*," as in claim 1 of the 652 Patent, the Examiner finds that a reasonable examiner would find the teachings of Prichard important in determining the patentability of claim 1 of the 652 Patent.

Control Number: 90/019,327                                          Page 18
Art Unit: 3992

Therefore, the Examiner agrees with the Requester that Prichard raises a substantial new question (SNQ) of patentability for claim 1, because Prichard teaches the Technical Feature discussed above for which claim 1 was allowed.

The Examiner finds that Dominic, (Abstract, Figure 1 and Par [0019]), Schiff (Abstract, Figure 1, item 106 ), and the Admitted Prior ('652 Patent, Optical System Figures 1A and 1B) are also teaching imaging system.

Because Prichard raises an SNQ, discussed above, the Examiner finds the combination of Prichard in view of Dominic, and/or Schiff, and/or Admitted Prior art in the 652 Patent, would also raise and SNQ because the combinations would also teach the Technical Feature for which the 652 Patent was issued.

Therefore, the Examiner agrees with the Requester that Prichard in view of Dominic, and/or Schiff, and/or Admitted Prior art in the 652 Patent raises a substantial new question of patentability for claim 1, because Prichard in view of Dominic, and/or Schiff, and/or Admitted Prior art in the 652 Patent would teach the Technical Feature, discussed above, for which claim 1 was allowed.

Prichard in view of Dominic, and/or Schiff, and/or Admitted Prior art in the 652 Patent was not cumulative to any written discussion of the requested claims on the record and was not previously addressed during a prior examination, and are not the subject of a final holding of invalidity by Federal Courts.

Accordingly, the Examiner finds Prichard in view of Dominic (U.S. 2007/0272844) and/or Schiff (U.S. 4,673,269) and/or Admitted Prior art in the 652 Patent raises a substantial new question of patentability of the 652 Patent.

Control Number: 90/019,327                                                        Page 19
Art Unit: 3992

**D)    Sugiyama alone or in combination with Haenel, Dominic and Admitted Prior Art and Schiff (Issues 10 - 11).**

The request asserts that a substantial new question of patentability (SNQ) as to the claims is raised by Sugiyama (U.S. 5,432,609) in view of Haenel (U.S. 4,755,880), and further in view of Dominic (U.S. 2007/0272844) and/or the Admitted Prior Art and in view of Schiff (U.S. 4,673,269) (Request pp. 195 - 280).  The Examiner Agrees:

As discussed in the Request, Sugiyama, Partial Print of Figure 1 below and Figure 3 is teaching an imaging device (Colorimeter) that includes a lens 4 where the light has an optical path through the lens 4 toward element 2. The arrangement allows the light to pass into the image sensing apparatus toward the light receiving element 2 by passage through a rotary filter 3. (See Sugiyama C2:L55 - 68).   The filter 3 is rotatable around the axis 3d, shown in Figure 3 below. (Sugiyama C3:L19 - 28). Accordingly, it can be seen that the filter has a rotational axis generally parallel to the light path [shown by the arrow] in Figure 1 light sample 6 and light receiving element 2 (*Id*).

          

- Sugiyama (US 5,432,609), Figure 1.          - Sugiyama, Figure 3.

*Ex Parte Reexamination of U.S. Pat. No. 8,482,652*          *Part of Paper No. 20240205*
*Order Granting Reexamination*

Thus Sugiyama alone appears to at least be teach the technical feature for which the 652 Patent was allowed. For example, Sugiyama filter wheel 3, Figure 1, Figure 3 above appears to teach "*a filter assembly positioned between the lens and the image sensor, wherein the filter assembly comprises a filter wheel configured to rotate about a rotational axis that is generally parallel to the optical path*," as in the Technical Feature for which the 651 Patent was issued.

Because, Sugiyama appears to teach the above Technical Feature in context of "*an imaging system*," as in claim 1 of the 652 Patent, the Examiner finds that a reasonable examiner would find the teachings of Sugiyama important in determining the patentability of claim 1 of the 652 Patent.

Therefore, the Examiner agrees with the Requester that Sugiyama raises a substantial new question (SNQ) of patentability for claim 1, because Sugiyama teaches the Technical Feature discussed above for which claim 1 was allowed.

As noted above, the Examiner found that Haenel, Figure 1 below, is teaching an imaging device that includes a lens 20 where the light has an optical path through the lens 20 toward the device 24 allowing the light into the image sensing apparatus. (See Haenel C4:L55 - 68, C5:L:L25 - 34). Haenel teaches a filter wheel 15 positioned between the Lens and the remainder of the imaging sensing apparatus. (See Haenel C5:L39 - 47). Haenel teaches that the filter wheel has a plurality of filter 19 support by the wheel pivotable into the beam path. (*Id*).



Fig. 1

-      Haenel (U.S. 4,755,880), Figure 1.

Additionally, the Examiner finds that Dominic, (Abstract, Figure 1 and Par [0019]), Schiff (Abstract, Figure 1, item 106 ), and the Admitted Prior ('652 Patent, Optical System Figures 1A and 1B) are also teaching imaging system.

Because Sugiyama raises an SNQ, discussed above, the Examiner finds the combination of Sugiyama with Haenel, in view of Dominic, and/or Schiff, and/or Admitted Prior art in the 652 Patent, would also raise and SNQ because the combinations would also teach the Technical Feature for which the 652 Patent was issued.

Therefore, the Examiner agrees with the Requester that Sugiyama, with Haenel in view of Dominic, and/or Schiff, and/or Admitted Prior art in the 652 Patent raises a substantial new question of patentability for claim 1, because Sugiyama, with Haenel, in view of Dominic, and/or Schiff, and/or Admitted Prior art in the 652 Patent would teach the Technical Feature, discussed above, for which claim 1 was allowed.

Control Number: 90/019,327                                                                    Page 22
Art Unit: 3992

Sugiyama with Haenel in view of Dominic and/or Schiff and/or Admitted Prior art in the '652 Patent was not cumulative to any written discussion of the requested claims on the record and was not previously addressed during a prior examination, and are not the subject of a final holding of invalidity by Federal Courts.

Accordingly, the Examiner finds Sugiyama, with Haenel (U.S. 4,755,880) in view of Dominic (U.S. 2007/0272844) and/or Schiff (U.S. 4,673,269) and/or Admitted Prior art in the '652 Patent raises a substantial new question of patentability of the 652 Patent.

**E)    Kreysar alone or in combination with Haenel, Dominic and Admitted Prior Art and Schiff (Issues 12 - 13).**

The request asserts that a substantial new question of patentability (SNQ) as to the claims is raised by Kreysar (U.S. 2007/0177049) in view of Haenel (U.S. 4,755,880), and further in view of Dominic (U.S. 2007/0272844) and/or the Admitted Prior Art and in view of Schiff (U.S. 4,673,269) (Request pp. 280 - 360). The Examiner Agrees:

As discussed in the Request, Kreysar, Figure 1A below is teaching an imaging device (Photometer, 100, Figure 1A) that includes a lens 110 where the light has an optical path through the lens 110 toward image sensor 180 allowing the light into the image sensing apparatus that passes through a rotary filter 140 a. (See Kreysar Par [0013] [0014] [0019]). As can be seen from Figure 1A, the filter 140a is rotatable around the axis 8, Figure 1A Below, which is parallel to the optical axis A. (Kreysar, Par [0013]Par [0019] to [0022]). Accordingly, it can be seen that the filter has a rotational axis generally parallel to the light path shown in Figure 1.

Control Number: 90/019,327                                          Page 23
Art Unit: 3992



Fig. 1A

-      Kreysar (US 2007/0177049), Figure 1A.

Thus Kreysar alone appears to at least be teach the technical feature for which the 652 Patent was allowed. For example, Kreysar's filter wheel 140a, Figure 1A above, appears to teach "*a filter assembly positioned between the lens and the image sensor, wherein the filter assembly comprises a filter wheel configured to rotate about a rotational axis that is generally parallel to the optical path*," as in the Technical Feature for which the 651 Patent was issued.

Because, Kreysar appears to teach the above Technical Feature in context of "*an imaging system*," as in claim 1 of the 652 Patent, the Examiner finds that a reasonable examiner would find the teachings of Kreysar important in determining the patentability of claim 1 of the 652 Patent.

Therefore, the Examiner agrees with the Requester that Kreysar raises a substantial new question (SNQ) of patentability for claim 1, because Kreysar teaches the Technical Feature discussed above for which claim 1 was allowed.

As noted above, the Examiner found that Haenel, Figure 1 below, is teaching an imaging device that includes a lens 20 where the light has an optical path through the lens 20 toward the device 24 allowing the light into the image sensing apparatus. (See Haenel C4:L55 - 68,

Control Number: 90/019,327                                                      Page 24
Art Unit: 3992

C5:L:L25 - 34). Haenel teaches a filter wheel 15 positioned between the Lens and the remainder
of the imaging sensing apparatus. (See Haenel C5:L39 - 47). Haenel teaches that the filter wheel
has a plurality of filter 19 support by the wheel pivotable into the beam path. (*Id*).



-          Haenel (U.S. 4,755,880), Figure 1.

Additionally, the Examiner finds that Dominic, (Abstract, Figure 1 and Par [0019]),
Schiff (Abstract, Figure 1, item 106 ), and the Admitted Prior ('652 Patent, Optical System
Figures 1A and 1B) are also teaching imaging system.

Because Kreysar raises an SNQ, discussed above, the Examiner finds the combination of
Kreysar with Haenel in view of Dominic, and/or Schiff , and/or Admitted Prior art in the '652
Patent, would also raise and SNQ because the combinations would also teach the Technical
Feature for which the 652 Patent was issued.

Therefore, the Examiner agrees with the Requester that Kreysar, with Haenel in view of
Dominic and/or Schiff and/or Admitted Prior art in the '652 Patent raises a substantial new
question of patentability for claim 1, because Kreysar, with Haenel in view of Dominic and/or

Schiff and/or Admitted Prior art in the 652 Patent would teach the Technical Feature, discussed above, for which claim 1 was allowed.

Kreysar with Haenel in view of Dominic, and/or Schiff, and/or Admitted Prior art in the 652 Patent was not cumulative to any written discussion of the requested claims on the record and was not previously addressed during a prior examination, and are not the subject of a final holding of invalidity by Federal Courts.

Accordingly, the Examiner finds Kreysar, with Haenel in view of Dominic and/or Schiff and/or Admitted Prior art in the 652 Patent raises a substantial new question of patentability of the 652 Patent.

## XIII.   35 U.S.C. § 325 (d)

A review of the post grant history for the 652 Patent indicates that there have been no other prior Office post grant challenges involving the patent (Reexamination Proceedings or Inter Partes Review, Post Grant Review, Covered Business Method trials). Accordingly, a determination of whether to exercise discretion to reject the request pursuant to 35 U.S.C. § 325(d) is not applicable.

## XIV. Notices Regarding Patent Owners Correspondence Address

Effective May 16, 2007, 37 C.F.R. § 1.33(c) has been revised to provide that:

The patent owner's correspondence address for all communications in an Ex Parte reexamination or an Inter Partes reexamination is designated as the correspondence address of the patent.

Control Number: 90/019,327                                                          Page 26
Art Unit: 3992

Revisions and Technical Corrections Affecting Requirements for Ex Parte and Inter Partes Reexamination, 72 FR 18892 (April 16, 2007) (Final Rule).

The correspondence address for any pending reexamination proceeding not having the same correspondence address as that of the patent is, by way of this revision to 37 CFR 1.33(c), automatically changed to that of the patent file as of the effective date.

This change is effective for any reexamination proceeding which is pending before the Office as of May 16, 2007, including the present reexamination proceeding, and to any reexamination proceeding which is filed after that date.

Parties are to take this change into account when filing papers, and direct communications accordingly.

In the event the patent owner's correspondence address listed in the papers (record) for the present proceeding is different from the correspondence address of the patent, it is strongly encouraged that the patent owner affirmatively file a Notification of Change of Correspondence Address in the reexamination proceeding and/or the patent (depending on which address patent owner desires), to conform the address of the proceeding with that of the patent and to clarify the record as to which address should be used for correspondence.

## XV. Conclusion and Correspondence Information

Claims 1 - 23 will be reexamined.

Extensions of time under 37 C.F.R. § 1.136(a) will not be permitted in these proceedings because the provisions of 37 C.F.R. § 1.136 apply only to "an applicant" and not to parties in a reexamination proceeding. Additionally, 35 U.S.C. 305 requires that Ex Parte reexamination proceedings "will be conducted with special dispatch" (37 CFR 1.550(a)). Extensions of time in Ex Parte reexamination proceedings are provided for in 37 CFR 1.550(c).

Patent owner is reminded of the continuing responsibility under 37 CFR 1.565(a), to apprise the Office of any litigation activity, or other prior or concurrent proceeding, involving the 376 Patent throughout the course of this reexamination proceeding. See MPEP §§ 2207, 2282 and 2286. The third-party requester is similarly apprised of the ability to disclose such proceedings.

All correspondence relating to this Ex Parte reexamination proceeding should be directed:

By U.S. Mail: Mail Stop Ex Parte Reexamination Central Reexamination Unit Commissioner for Patents United States Patent & Trademark Office P.O. Box 1450 Alexandria, VA 22313-1450.

Any inquiry concerning this communication or earlier communications from the Reexamination Legal Advisor or Examiner, or as to the status of this proceeding, should be directed to the Central Reexamination Unit at telephone number (571) 272-7705.

Information regarding the status of reexamination proceedings may be obtained from the USPTO's Patent Center. To file and manage patent submissions in Patent Center, visit: https://patentcenter.uspto.gov.

Control Number: 90/019,327                                                          Page 28
Art Unit: 3992

Visit https://www.uspto.gov/patents/apply/patent-center for more information about Patent Center and https://www.uspto.gov/patents/docx for information about filing papers in DOCX format. For additional questions, contact the Electronic Business Center (EBC) at (866) 217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative, call (800) 786-9199 (IN USA OR CANADA) or (571) 272-1000.

/NICK CORSARO/
Primary Examiner, Art Unit 3992

Conferees:

/Eric B. Kiss/
Patent Reexam Specialist AU 3992

/ANDREW J. FISCHER/
Supervisory Patent Reexamination Specialist, Art Unit 3992

# UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/019,327 | 12/09/2023 | 8482652 | 820150-7021 | 4375 |

25096          7590          08/08/2024

PERKINS COIE LLP - SEA General
PATENT-SEA
P.O. BOX 1247
SEATTLE, WA 98111-1247

| EXAMINER |
|---|
| CORSARO, NICK |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3992 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 08/08/2024 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)



**UNITED STATES PATENT AND TRADEMARK OFFICE**

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

THOMAS I HORSTEMEYER, LLP
3200 WINDY HILL ROAD, SE
SUITE 1600E
ATLANTA, GA 30339

# *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. *90/019,327* .

PATENT UNDER REEXAMINATION  *8482652* .

ART UNIT *3992* .

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

PTOL-465 (Rev.07-04)

| | Control No. | Patent Under Reexamination |
|---|---|---|
| ***Office Action in Ex Parte Reexamination*** | 90/019,327 | 8482652 |
| | **Examiner** NICK CORSARO | **Art Unit** 3992 | **AIA (FITF) Status** No |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

a. ☑ Responsive to the communication(s) filed on 09 December 2023.

  ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

b. ☐ This action is made FINAL.

c. ☑ A statement under 37 CFR 1.530 has not been received from the patent owner.

A shortened statutory period for response to this action is set to expire 2 month(s) from the mailing date of this letter. Failure to respond within the period for response will result in termination of the proceeding and issuance of an *ex parte* reexamination certificate in accordance with this action. 37 CFR 1.550(d). **EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).** If the period for response specified above is less than thirty (30) days, a response within the statutory minimum of thirty (30) days will be considered timely.

Part I    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:

  1. ☑ Notice of References Cited by Examiner, PTO-892.      3. ☐ Interview Summary, PTO-474.

  2. ☑ Information Disclosure Statement, PTO/SB/08.        4. ☐ _____.

Part II    SUMMARY OF ACTION

  1a. ☑ Claims 1-23 are subject to reexamination.

  1b. ☐ Claims _____ are not subject to reexamination.

  2. ☐ Claims _____ have been canceled in the present reexamination proceeding.

  3. ☑ Claims 11-12,14 and 22 are patentable and/or confirmed.

  4. ☑ Claims 1-10,13,15-21 and 23 are rejected.

  5. ☐ Claims _____ are objected to.

  6. ☐ The drawings, filed on _____ are acceptable.

  7. ☐ The proposed drawing correction, filed on _____ has been (7a)  ☐ approved (7b)  ☐ disapproved.

  8. ☐ Acknowledgment is made of the priority claim under 35 U.S.C. 119(a)-(d) or (f).

    a) ☐ All  b)  ☐ Some*  c) ☐None      of the certified copies have

    1 ☐ been received.

    2 ☐ not been received.

    3 ☐ been filed in Application No. _____.

    4 ☐ been filed in reexamination Control No. _____.

    5 ☐ been received by the International Bureau in PCT application No. _____.

    * See the attached detailed Office action for a list of the certified copies not received.

  9. ☐ Since the proceeding appears to be in condition for issuance of an *ex parte* reexamination certificate except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte* Quayle, 1935 C.D. 11, 453 O.G. 213.

  10. ☐ Other: _____

cc: Requester (if third party requester)

Control Number: 90/019,327                                                    Page 2
Art Unit: 3992

## NON-FINAL OFFICE ACTION

### I. Introduction

**A)    The Patent Under Reexamination**

This action addresses *Ex Parte* reexamination of U.S. Pat. No. 8,482,652 ("**652 Patent**") to Kreysar et al., titled "IMAGING DEVICES WITH COMPONENTS FOR REFLECTING OPTICAL DATA AND ASSOCIATED METHODS OF USE AND MANUFACTURE." The 652 Patent Issued, July 09, 2013.

**B)    Priority, Effective Filing Date, Patent Term**

U.S. Pat. No. 8,482,652 ("652 Patent") is based upon U.S. application 12/748,035, filed Mar. 26, 2010 and which claims priority to U.S. Provisional Application No. 61/164,331, filed Mar. 07, 2009.

To the extent that the claims are supported by the above provisional application, the 652 Patent would have an effective filing date of Mar. 07, 2009.

Additionally, based upon the U.S. filing date the Examiner finds that the term of 652 Patent has not expired.

**C)    Summary of the Proceeding**

On Dec. 9, 2023, a Third-Party Requester ("**Requester**") filed a request ("**Request**") for Ex Parte reexamination of claims 1 - 23 of the 652 Patent. The Request was assigned reexamination control number 90/019,327 ("**327 Proceeding**" or "**Instant Reexamination Proceeding**").

Control Number: 90/019,327                                                        Page 3
Art Unit: 3992

On Feb. 12, 2024, the Office issued an order ("**Order**") granting reexamination of the requested claims. For that reason, claims 1 - 23 of the 652 Patent are addressed in this office action.

**D)      Submission After the Order**

1.      The Examiner has reviewed the file record and finds that the Patent Owner **has not** submitted a Patent Owner statement under 37 CFR §1.530.

2.       The Examiner has reviewed the file record and finds that the Patent Owner submitted and Information Disclosure Statement on Mar. 14, 2023 ("**Mar. 2024 IDS**"). The Mar. 2024 IDS has been considered and placed of record in the file.

**E)      Reminder Concerning Status of Concurrent Proceedings.**

Patent owner is reminded of the continuing responsibility under 37 CFR 1.565(a), to apprise the Office of any litigation activity, or other prior or concurrent proceeding, involving the patent throughout the course of this reexamination proceeding. See MPEP §§ 2207, 2282 and 2286.

The third-party requester is similarly apprised of the ability to disclose such proceedings.

## II.  Status of Claims

**A)      Claims Addressed in this Proceeding**

1.      Claims 1- 23 were the patented claims ("**Patented Claims**").

2.      Claims 1 - 23 were requested for reexamination and are pending and under reexamination ("**Reexamined Claims**")

Control Number: 90/019,327                                                    Page 4
Art Unit: 3992

**B)** **Disposition of Claims as a Result of this Action**

1. Claims 1-3, 7, 10, 18, 20, and 23: Rejected under 35 U.S.C. §102.

2. Claims 1 - 10, 13, 15 - 21, and 23: Rejected under 35 U.S.C. §103.

3. Claims 11, 12, 14, and 22 are confirmed as patentable.

### III. Acknowledgements

**1.** AIA: Because the 652 Patent has an effective filling before March 13, 2013, the present application is being examined under the pre-AIA first to invent provisions.

**2.** Concurrent Proceedings: Based upon Examiner's review of the 652 Patent itself, the prosecution history, and the image file wrapper, the Examiner finds that there are no concurrent Ex Parte reexaminations, supplemental reexaminations, reissues, or IPR proceedings involving the 652 Patent.

**3.** Litigation: Based upon the Examiner's review of the prosecution history, the file record including the Request, with associated submissions, and a litigation search conducted by the USPTO, the Examiner finds that the 652 Patent is in litigation. *(Request p.2).*

### IV. References Supplied in the Request

**A)** **Prior Art References Supplied by Requester**

**1.** **Dominic:** Pub No: U.S. 2007/0272844, filed May 25, 2006 and published Nov. 29, 2007. ("**Dominic**").

*Ex Parte Reexamination of U.S. 8,482,652*                          *Part of Paper No. 20240719*
*Non-Final Office Action*

Control Number: 90/019,327                                                    Page 5
Art Unit: 3992

2.    **Kreysar:** Pub No: U.S. 2007/0177049, filed Jan. 30, 2006 and published Aug. 02, 2007. ("**Kreysar**").

3.    **Sugiyama:** Patent Number: U.S. 5,432,609, filed Jan. 5, 1994 and issued Jul. 11, 1995. ("**Sugiyama**").

4.    **Haenel:** Patent Number: U.S. 4,755,880, filed Jan. 07, 1987 and issued Jul. 5, 1998. ("**Haenel**").

5.    **Schiff:** Patent Number: U.S. 4,673,269, filed Mar. 0725, 1985 and issued Jun. 16, 1987. ("**Schiff**").

6.    **Walker:** Patent Number: U.S. 3,818,198, filed Aug. 31, 1972 and issued Jun. 18, 1974. ("**Walker Patent**").

7.    **Prichard:** "PR-1980B Pritchard SpectraRadiometer Systems," (2004). ("**Pritchard**")

8.    **Walker:** "Optical Systems for Defining the Viewing and Measuring Fields in Luminance/Radiance Meters," Applied Optics, Vol. 11, No. 9, (1972). ("**Walker Article**").

**B)    References Supplied by Examiner**

The following references were found by the Examiner and applied for claim interpretation and or support of motivation only.

1.    **Heffelfinger:**  Pat. No. US 5,863,504.

2.    **Pauly**: Pat. No. US 4,000,733.

3.    **Kawai**: Pat. No. US 4,806,724.